UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2021
```

MATTHEW CHARLES BELANGER,

                    Plaintiff,

-against-

NEW YORK UNIVERSITY and NYU SHANGHAI,

                    Defendants.

1:21-cv-01644-GHW

ORDER OF SERVICE

GREGORY H. WOODS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants New York University and NYU Shanghai. Plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package

    SO ORDERED.

Dated:   March 23, 2021
          New York, New York

                                            GREGORY H. WOODS
                                         United States District Judge