USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                          :

MATTHEW CHARLES BELANGER,          :
                                                          :

                      Plaintiff,       :               1:21-cv-01644-GHW
                                                          :

                   -against-             :               ORDER
                                                          :

NEW YORK UNIVERSITY AND NYU      :
SHANGHAI,                            :
                                                          :

                     Defendants.     :
                                                          :

------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

On July 1, 2021, Plaintiff requested that the Court permit him to serve defendant NYU Shanghai through "President Andrew Hamilton, as the chief officer of both NYU and NYU Shanghai, or on any employee working at NYUSH's domestic office located at 14 East 4th Street in New York City." Dkt. No. 15 at 1.

A plaintiff seeking to effect alternative service must make a showing that the other prescribed methods of service were "impracticable." *S.E.C. v. Nnebe*, No. 01 CV 5247, 2003 WL 402377, at *3 (S.D.N.Y. Feb. 21, 2003) (quotation omitted). Plaintiff merely asserts that proper service of NYU Shanghai would be expensive and time consuming. The fact that service on a defendant may be difficult is not an adequate justification for alternative service. Because Plaintiff has not demonstrated that it would be impracticable to serve NYU Shanghai by traditional methods of service, his request for an alternative means of service is denied.

Plaintiff is directed to confer with the Southern District of New York's *Pro Se* Office regarding any inquiries as to the process for requesting a new summons for NYU Shanghai.

Plaintiff is directed to serve a copy of this order on defendant NYU Shanghai and to retain proof of service.

SO ORDERED.

Dated: July 2, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge