USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
MATTHEW CHARLES BELANGER, :
:
                  Plaintiff, :    1:21-cv-01644-GHW
:
      -against- :    ORDER
:
NEW YORK UNIVERSITY AND NYU :
SHANGHAI, :
:
                 Defendants. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    The Court has received Plaintiff's August 9, 2021 request for an extension to file a Civil Case Management Plan and Joint Scheduling Order. Dkt. No. 24. However, on July 2, 2021, the Court referred this case to the assigned magistrate judge for general pretrial matters. Dkt. No. 19. Thus, the Court denies Plaintiff's request without prejudice. Should Plaintiff seek to refile this request, the request should be addressed to the assigned magistrate judge. The parties are directed to address any further communications regarding general pretrial matters to the assigned magistrate judge.

    In addition, the initial pretrial conference before Judge Woods scheduled for August 18, 2021 is adjourned *sine die.*.

    Plaintiff is directed to serve a copy of this order on defendant NYU Shanghai and to retain proof of service.

    SO ORDERED.

Dated: August 9, 2021
New York, New York

                                        GREGORY H. WOODS
                                       United States District Judge