USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/4/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW BELANGER,

        Plaintiff,

   -v-

NEW YORK UNIVERSITY, *et ano.*,

        Defendants.
------------------------------------------------------------X

**ORDER**

21-CV-1644 (GHW) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court has reviewed Plaintiff's letter regarding his efforts to effect service on Defendant Shanghai New York University (Dkt. No. 43). As an initial matter, the Court grants Plaintiff's request to extend his time to serve Shanghai New York University to May 1, 2022. Moreover, the Court has received the following guidance from the Clerk's Office regarding service:

1. As set forth in the Foreign Mailing Instructions Guide at pages 5–7 (available on the court website here https://nysd.uscourts.gov/sites/default/files/2019-11/Foreign_Mailing_Instructions.pdf), Plaintiff should complete the USM-94 Form (available here https://www.usmarshals.gov//forms/usm94.pdf);

2. Plaintiff should then submit the completed form to the Clerk's Office and request that the Clerk execute the form.

The Clerk's Office will then return the executed form to Plaintiff, after which Plaintiff will be responsible for effecting service on Defendant Shanghai New York University in accordance with the guidelines set forth in the Foreign Mailing Instructions Guide.

Should Plaintiff have any further questions, he should contact the Clerk's Office at (212)-805-0140.

**SO ORDERED.**

Dated: April 4, 2022
      New York, New York

JAMES L. COTT
United States Magistrate Judge