# EXHIBIT "3"

Page 1

1

2     UNITED STATES DISTRICT COURT

3     SOUTHERN DISTRICT OF NEW YORK

4     --------------------------------------x

5     MATTHEW CHARLES BELANGER,

6                         Plaintiff,

7              -against-

8     NEW YORK UNIVERSITY and NYU SHANGHAI,

9                         Defendants.

10    Case No. 1:21-cv-01644-GHW

11    --------------------------------------x

12                       (Via Zoom Videoconference)

13                       March 30, 2023

                          9:37 a.m.

14

15

16              Virtual Videoconference Deposition

17       of MATTHEW CHARLES BELANGER, before

18       Kristi Cruz, a Stenographic Reporter and

19       Notary Public of the State of New York.

20

21

22

23

      Job No. CS5838797

24

25

Page 2

1

2      A P P E A R A N C E S:

3

4      MATTHEW CHARLES BELANGER

5      Plaintiff Pro Se

6            447 Broadway, 2nd Floor

7            New York, New York 10013

8            fatbits@gmail.com

9

10     JACKSON LEWIS P.C.

11     Attorneys for Defendants

12            44 South Broadway, 14th Floor

13            White Plains, New York 10601

14     BY:   SUSAN FRIEDFEL, ESQ.

15            MONIKA ZARSKI, ESQ.

16            susan.friedfel@jacksonlewis.com

17            monika.zarski@jacksonlewis.com

18

19     ALSO PRESENT:

20            DANIEL MAGIDA, ESQ., NYU Shanghai

21            DELONIE PLUMMER, ESQ., NYU

22

23

24

25

                                              Page 3

1                         - M. BELANGER -

2       M A T T H E W   C H A R L E S    B E L A N G E R,

3              called as a witness, having been duly

4              sworn by a Notary Public, was examined

5              and testified as follows:

6              Q.    Good morning, Mr. Belanger.  My name

7       is Susan Friedfel, and I'm here today as an

8       attorney for the defendants, New York

9       University and Shanghai New York University.

10      With me are representatives, the General

11      Counsel from Shanghai New York University and

12      Assistant General Counsel for New York

13      University, as well as my colleague from

14      Jackson Lewis.

15                  Just throughout the deposition

16      today, I'm going to refer to defendant New

17      York University either as New York University

18      or as NYU.  You'll understand when I refer to

19      NYU, I'm referring to defendant New York

20      University?

21              A.    Yes.

22              Q.    And I'll refer to defendant Shanghai

23      New York University at NYU Shanghai, so you'll

24      understand what I mean when I say NYU Shanghai?

25              A.    Yes.

1                    - M. BELANGER -

2          Q.    Great.  So today I'm going to ask

3     you a series of questions that you will answer

4     under oath, just as if you were in a court of

5     law.  You understand that?

6          A.    Yes.

7          Q.    And have you ever been deposed

8     before?

9          A.    No.

10          Q.    Okay.  Have you ever provided any

11     type of sworn testimony at any time?

12          A.    No.

13          Q.    Where are you physically right now?

14          A.    I'm in a bedroom in my house.

15          Q.    And is anyone else there with you?

16          A.    No.  You mean in the room?

17          Q.    Yeah, in the room.

18          A.    Nobody's in the room.

19          Q.    And do you have anything in front of

20     you other than the Zoom screen?

21          A.    I do.

22          Q.    What do you have in front of you?

23          A.    I have a hotspot I borrowed from the

24     public library in the event that it is needed.

25     I have two bottles of hemp water.  I have a

```
 1                  - M. BELANGER -
 2      box of tissue.  I have reading glasses in case
 3      they become necessary.  And I have my father's
 4      ashes.
 5           Q.    Do you have any documents of any
 6      kind, whether electronic or hard copy, in
 7      front of you?
 8           A.    No.
 9           Q.    Do you have any other apps open on
10      the computer that you're using?
11           A.    I do.  I can close them.
12           Q.    If you would.  Thank you.
13           A.    Yes.
14                 Okay.
15           Q.    Are you --
16           A.    One app is not quitting.  There,
17      it's quit now.
18           Q.    Thank you.
19                 And are you recording this
20      proceeding in any way?
21           A.    No.
22           Q.    Do you have a cell phone in front of
23      you?
24           A.    I do not.
25           Q.    Do you understand that while we're
```

Page 6

                    - M. BELANGER -

1

2       on the record, that you are not permitted to

3       communicate with anybody else?

4              A.    Understood.

5              Q.    Thank you.  If at any point in time

6       you'd like to take a break, we can take a

7       break, just let me know.  The only thing I

8       would ask is that if there's a question

9       pending, that you answer the question before

10      we take the break.  Okay?

11             A.    Understood.

12             Q.    Please understand that it's

13      important that you give verbal answers to the

14      questions and that, you know, in normal

15      parlance or normal conversation we might shrug

16      or use uh-huh or uh-uh, but those are very

17      difficult for the court reporter to accurately

18      transcribe, so we'll need you to provide

19      verbal answers not questions.  Do you

20      understand?

21             A.    I do.

22             Q.    And if you can't hear a question at

23      any time, please let me know and I'll repeat

24      it for you.

25             A.    Okay.

Page 7

                        - M. BELANGER -

1
2        Q.    Similarly, if at any point you don't
3    understand a question that I've asked, just
4    tell me and I'll try to rephrase it for you.
5    Okay?
6        A.    Okay.
7        Q.    I'd ask that you please wait until I
8    finish my question before you begin to answer
9    even if you think you know sort of where the
10   questions's going, because it's very difficult
11   for the court reporter to transcribe two
12   people speaking at the same time.  Do you
13   understand?
14       A.    I do.
15       Q.    So if you answer a question, I'm
16   going to assume that you heard the question
17   and that you understood it.  Okay?
18       A.    Okay.
19       Q.    Are you presently under the
20   influence of any substance that would affect
21   your ability to understand and answer my
22   questions today?
23       A.    No.
24       Q.    Is there any other reason you can
25   think of why you wouldn't be able to

Page 8

1                      - M. BELANGER -

2       understand and answer apply questions

3       truthfully and accurately today?

4            A.    I sleep rather poorly, and my

5       anxiety does affect my ability to concentrate.

6            Q.    Well, I just want to reiterate that

7       if at any point you feel like you need to take

8       a break, that we're happy to do that.  Okay?

9            A.    Okay.

10           Q.    For the record, could you please

11      state your full name?

12           A.    Matthew Charles Belanger.

13           Q.    And you ever been known by any other

14      name?

15           A.    No.

16           Q.    How long have you lived at your

17      current address?

18           A.    Am I allowed to ask questions of

19      you?  I want to clarify.  I've owned the

20      property, but I've lived in China off and on.

21      So I don't know how to answer that question

22      exactly.

23           Q.    Okay.  And the property, that's the

24      property on Summer Street in Adams,

25      Massachusetts?

```
1                    - M. BELANGER -
2         A.    Correct.
3         Q.    How long have you owned that
4    property?
5         A.    October of 2006, I believe.
6         Q.    Why don't we work backwards.  When
7    was the last time that you lived in China?
8         A.    I was there until the end of May of
9    2022.
10        Q.    Between the end of May of 2022 and
11   now, has anybody else lived with you?
12        A.    Yes.
13        Q.    Who?
14        A.    My wife, Kyomi Takeda.
15        Q.    Anybody other than your wife?
16        A.    No.
17        Q.    Have how long have you been married?
18        A.    Since October of last year.
19        Q.    Of 2022?
20        A.    Correct.
21        Q.    Congratulations.
22        A.    Thank you.
23              Sorry, November, November.
24        Q.    November?
25        A.    Yeah.  As you may recall, that was a
```

```
 1                    - M. BELANGER -
 2      pretty intense period of my life.
 3           Q.    Yeah.  I'm very sorry for your loss.
 4           A.    Thank you.
 5           Q.    So prior to May 2022, how long did
 6      you live in China?
 7           A.    Between August of 2013, and I left
 8      for a period during COVID beginning in January
 9      of 2020 or -- yeah, late January 2020.  And
10      then I returned back to China I believe
11      October of 2022.
12           Q.    Okay.  So you're saying that from
13      January 2020 to October of 2022 you were in
14      Massachusetts, living in Massachusetts?
15           A.    Correct.
16           Q.    So you were in China fro August of
17      2013 until January of 2020?
18           A.    Correct.  Periods of time in the
19      U.S. and other countries.
20           Q.    With whom did you live while you
21      were in China?
22           A.    For part of that time I lived with
23      Marianne Petit.
24           Q.    For what period of time did you live
25      with Ms. Petit?
```

```
 1                    - M. BELANGER -
 2           A.    From August 2013 until -- I don't
 3      remember a firm date.
 4           Q.    Approximately.  Was it 2015, 2016,
 5      2014?
 6           A.    I don't recall.  Sorry.
 7           Q.    That's okay.  Did you live with
 8      anybody else while you were in China?
 9           A.    No.
10           Q.    Did you attend college,
11      Mr. Belanger?
12           A.    I did.
13           Q.    Where?
14           A.    The Art Institute of Boston.
15           Q.    And did you obtain --
16           A.    And New York University.
17           Q.    And did you obtain degrees from
18      those institutions?
19           A.    I did.  I also attended University
20      of Arkansas at Little Rock.  I did not obtain
21      a degree.  From there, I transferred to Art
22      Institute of Boston, where I did obtain my
23      degree.
24           Q.    And when did you graduate from NYU?
25           A.    May of 2003.
```

```
 1                  - M. BELANGER -
 2        Q.    With what degree?
 3        A.    A Master of Professional Studies.
 4        Q.    Do you hold any professional
 5   licenses?
 6        A.    No.
 7        Q.    Have you ever been a plaintiff in a
 8   lawsuit other than this one?
 9        A.    No.
10        Q.    Have you ever been a defendant in a
11   lawsuit?
12        A.    No.
13        Q.    Have you ever been involved in any
14   capacity in any other type of legal proceeding?
15        A.    Auto accident.  I don't know whether
16   that was a legal proceeding or not, but I did
17   appear before a magistrate.
18        Q.    When was that auto accident?
19        A.    Auto accident was in -- I can't
20   recall.
21        Q.    Did you do anything to prepare for
22   the deposition today?
23        A.    I did.
24        Q.    What did you do?
25        A.    I don't know if I can object on the
```

```
 1                    - M. BELANGER -
 2       grounds of privilege, but if I can, I'd like
 3       to.
 4            Q.    You're not represented by an
 5       attorney in this case; is that correct?
 6            A.    That is correct.
 7            Q.    Okay.  I guess I'm not understanding
 8       what the privilege objection would be.
 9            A.    It's my understanding that I have
10       attorney/client privilege during the times
11       when I meet with the people that I meet with.
12            Q.    Well, with whom did you meet?
13            A.    Hofstra's Pro Se Legal Assistance
14       Program.
15            Q.    Was anyone present at that meeting
16       other than the attorneys or law students
17       involved in that program?
18            A.    Not to my knowledge.
19            Q.    And when did you meet with them?
20            A.    I met with them on Wednesday.
21            Q.    "Wednesday" meaning yesterday?
22            A.    Yes.
23            Q.    And for how long?
24            A.    About 40 minutes.
25            Q.    Did you have any other meetings with
```

```
 1                    - M. BELANGER -
 2      them in preparation for the deposition?
 3           A.    We may have spoken about the
 4      deposition at an earlier meeting, yes.
 5           Q.    And when was that, approximately?
 6           A.    I believe it was the week prior.
 7           Q.    For how long did you meet the week
 8      prior?
 9           A.    I don't recall.
10           Q.    Other than the individuals at the
11      Hofstra Pro Se Legal Assistance Program, did
12      you speak with anybody else in preparation for
13      this deposition?
14           A.    No.
15           Q.    Did you review any documents in
16      preparation for the deposition?
17           A.    Could you say that again?  My
18      radiator is clanging and the audio was a
19      little choppy.
20           Q.    That's okay.  Did you review any
21      documents in preparation for the deposition?
22           A.    No.  I'm sorry, they provided me
23      with the document, that is what I prepared
24      with, yeah.  I didn't -- I'm sorry, I was
25      confused.  I didn't know if you meant
```

1                  - M. BELANGER -

2       documents with respect to the evidence or some

3       other document.  Could you clarify?

4            Q.    So if I understand, you're saying

5       that the document you reviewed was a document

6       provided to you by the Hofstra Pro Se Legal

7       Assistance Program?

8            A.    That's correct.

9            Q.    But you didn't review any other

10      documents other than that?

11           A.    Right.

12           Q.    Okay.  So I am going to mark as

13      Exhibit 1 a copy of the amended complaint in

14      this action, and I'm going to pull it up on my

15      the screen and share my screen.  I'm not going

16      to ask you any specific questions about the

17      document.  I just want you to review it and

18      confirm that it's the complaint that you filed

19      with the court.  Okay?

20                 (Defendant's Exhibit 1, Amended

21           Complaint, marked for identification, as

22           of this date.)

23           Q.    Do you recognize the document that

24      we've marking as Exhibit 1?

25           A.    Yes.

1                    - M. BELANGER -

2          Q.    So I'm just going to scroll through

3     it.  Is that your signature there above where

4     it says "Matthew Charles Belanger"?

5          A.    That is.

6          Q.    I'm going to through to the end so

7     you can see the entirety of the document.

8                And is that your signature again

9     there above where it says "Matthew Charles

10    Belanger"?

11         A.    Yes.

12         Q.    So having just scanned through the

13    document, can you confirm that this is the

14    Amended Complaint that you filed in the

15    federal court in this action?

16         A.    I'm not able to confirm that based

17    on this skimming of the document, no.

18         Q.    Okay.  Well, you see at the head of

19    each page is the file stamp from the court?

20         A.    I don't -- I don't see that.

21         Q.    You see in blue where it says "Case

22    1:21-cv" --

23         A.    Yes, now I see.

24         Q.    And do you understand that that's

25    the file stamp showing that it was filed with

Page 17

1                        - M. BELANGER -

2        the court?

3              A.    Yes, I understand that.

4              Q.    I'm going to stop sharing now.

5                    Did you prepare the Amended

6        Complaint that you filed in this action?

7              A.    Yes.

8              Q.    And do you believe everything

9        contained in it to be factually true and

10       accurate?

11             A.    To the best of my memory at the

12       time.

13                   MS. FRIEDFEL:  Now I'm going to show

14             you what we're marking as Exhibit 2.

15                   (Defendant's Exhibit 2, Plaintiff's

16             Answers and Objections to Defendant New

17             York University's First Set of

18             Interrogatories and Document Requests,

19             marked for identification, as of this

20             date.)

21             Q.    Do you see the document that we're

22       going to mark as Exhibit 2 in front of you?

23             A.    Yes.

24             Q.    And it's headed Plaintiff's Answers

25       and Objections to Defendant New York

```
 1                  - M. BELANGER -
 2      University's First Set of Interrogatories and
 3      Document Requests.  It's a 28-page document.
 4      We're going to go to the signature page.
 5      Under where it says "Verification" on page 28,
 6      is that your signature there?
 7           A.    That is.
 8           Q.    Did anyone assist you -- let me
 9      rephrase that.
10                 Did anyone other than the attorneys
11      and law students at the Pro Se Legal
12      Assistance Program assist you in drafting
13      these responses that we've marked as
14      Exhibit 2?
15           A.    I don't recall.
16           Q.    Is there something that would
17      refresh your recollection?
18           A.    Can you provide me the date that it
19      was submitted on?
20           Q.    The date that you signed the
21      verification says that it was dated the 25th
22      of August 2022.
23           A.    I don't recall when I transitioned
24      between NYLAG and Hofstra's program.  It's
25      possible that if I began working on this
```

                          - M. BELANGER -

1    document before I transitioned to Hofstra,

2    that NYLAG would have also participated.

3        Q.    What did you do to search for

4    documents responsive to defendant's requests?

5        A.    I have been searching through

6    keywords, both on Google and other search

7    engines, DuckDuckGo.  I've been searching in

8    my email.

9        Q.    Anyplace else?

10       A.    On social media.  I have not

11   provided those documents yet.

12       Q.    Why not?

13       A.    I'm in the process of downloading

14   them, preparing them.

15       Q.    And the documents that you're in the

16   process of downloading and preparing are

17   documents that are responsive to the requests

18   contained in Exhibit 2?

19       A.    With respect to social media.

20       Q.    Okay.  And what about with respect

21   to email?

22       A.    With respect to email, as well.

23       Q.    And what about with respect to the

24   documents on DuckDuckGo?

```
 1                  - M. BELANGER -
 2        A.    I am not sure if I've found
 3   additional documents since the last DVD I
 4   provided.
 5        Q.    Okay.  And what about --
 6        A.    I also contacted my healthcare
 7   providers in China to ask that they provide
 8   the medical records.
 9        Q.    And those records have not been
10   produced to date; is that correct?
11        A.    I provided a number of those records
12   on the last DVD.
13        Q.    Right.  I'm sorry --
14        A.    I provided all the records that I
15   had at that time.
16        Q.    So, I'm sorry, I understood what you
17   were saying to be that you were still in the
18   process of seeking health records from China.
19   Is that the case?
20        A.    I had requested all records; I have
21   not received all records.
22        Q.    Okay.  Thank you.  That's what I was
23   trying to understand.
24             With respect to your emails, which
25   email accounts do you have?
```

Page 21

1                    - M. BELANGER -

2          A.    Which email accounts --

3          Q.    Do you have?  Like which email

4     accounts do you use?

5          A.    Do you have?  So I have the

6     fatbits@gmail.com account.  I have

7     matt@fatbits.com.  I have matt@fatbits.net.  I

8     have mb@fatbits.net.  And I have an NYU email

9     address.

10         Q.    Do you control the --

11         A.    I also have an email address that I

12    created for the estate of my father.

13         Q.    And the email address for the estate

14    of your father, you only use that email

15    address for business relating to his estate;

16    is that correct?

17         A.    That's correct.

18         Q.    Okay.  With respect to your other

19    email addresses, have you produced records

20    responsive to our requests from those email

21    addresses to date?

22         A.    I have not.

23         Q.    And the Fatbits.net domain, is that

24    one that you own and control?

25         A.    Yes.

```
 1                  - M. BELANGER -
 2        Q.    And the same for Fatbits.com?
 3        A.    Yes.
 4        Q.    And how have you been about
 5   searching the Fatbits.net and .com email
 6   addresses for responsive documents?
 7        A.    Searching for, you know, keywords,
 8   NYU, etcetera, and searching for any of the
 9   individuals listed in response to my
10   interrogatory.
11        Q.    When you say "searching," that's a
12   manual search, like you're just --
13        A.    Yeah.
14        Q.    Okay.  Is that through Outlook?
15        A.    No.
16        Q.    What program do you use for your
17   email?
18        A.    Apple Mail.
19        Q.    At any point since you filed your
20   EEOC charge, have you taken any steps to
21   preserve your records relating to your
22   allegations in this case?
23        A.    I'm not sure what those steps would
24   be other than to not destroy them.
25        Q.    Did you take any images of your hard
```

1                        - M. BELANGER -

2      drives?

3           A.    You mean like a backup?

4           Q.    Correct.

5           A.    I believe so.

6           Q.    Where is that backup stored?

7           A.    I don't know.

8           Q.    Is it on a cloud or is it on a

9      physical hard drive?

10          A.    I do use iCloud or whatever it's

11     called, Apple's cloud, and I have used, in the

12     past, hard drives for backup.

13          Q.    Do you continue to have access to

14     your NYU email?

15          A.    I have not accessed it.

16          Q.    When was --

17          A.    I don't know whether I continue to

18     have access or not.

19          Q.    When was the last time you accessed

20     your NYU email?

21          A.    I don't recall.

22          Q.    Have you accessed it since May of

23     2022?

24          A.    May of 2022?  I have not accessed it

25     since then.

```
 1                    - M. BELANGER -
 2          Q.    And did you download your NYU emails
 3     on to your own computer when you used your NYU
 4     email?
 5          A.    I don't -- I don't recall.
 6          Q.    So you don't -- do you know if you
 7     have access -- I don't mean access to the
 8     server, but I mean do you have currently in
 9     your possession email correspondence from your
10     NYU account?
11          A.    I'm not sure.  Oh, I do believe that
12     I do, yeah.  I do believe that I do.
13          Q.    Do you have any handwritten notes
14     relating to the events alleged in this case?
15          A.    I do not.
16          Q.    Do you have any typewritten notes?
17          A.    I do not.
18          Q.    Do you use text messaging?
19          A.    I do.
20          Q.    And what programs do you use for
21     text messaging?
22          A.    I use messages, Apple's messages.
23     I'm trying to think.  I have used WhatsApp, I
24     have used Telegram, I have used WeChat.
25          Q.    Any others?
```

1                    - M. BELANGER -

2           A.    That is what I recall.

3           Q.    And have you searched any of those

4      text messaging platforms for documents that

5      would be responsive to our document requests?

6           A.    Yes.

7           Q.    And have you produced those text

8      messages?

9           A.    No.

10          Q.    Other than what you've already

11     produced in the case, do you have any other

12     nonelectronic documents or hard copy documents

13     in your possession that you've not yet

14     produced?

15          A.    I may.

16          Q.    And where would those be?

17          A.    On the table downstairs.

18          Q.    On the table downstairs in your

19     home?

20          A.    Yes.

21          Q.    And is that where they're

22     maintained?

23          A.    Yes.

24          Q.    And what's the nature of these

25     documents?

Page 26

```
 1                    - M. BELANGER -
 2        A.     Employment contracts, other
 3   documents that would have been provided to me
 4   by NYU Shanghai over the years.  There might
 5   be some banking records from China pertaining
 6   to the remittance of money and salary and tax
 7   documentation.
 8        Q.     Other than what you've already
 9   described, are there any other hard copy or
10   electronic documents that you believe are
11   responsive to our discovery demands that you
12   have not produced?
13        A.     I'm not aware of any.
14        Q.     Were you employed before you began
15   working at NYU Shanghai?
16        A.     I was.
17        Q.     Where were you employed?
18        A.     Borough of Manhattan Community
19   College.
20        Q.     What was your position there?
21        A.     Assistant professor.  I also
22   maintained a consultancy, which I was the
23   president of.
24        Q.     What was the name of that
25   consultancy?
```

1                    - M. BELANGER -

2         A.    Fatbits LLC.

3         Q.    And for how long were you an

4    assistant professor at BMCC?

5         A.    For one academic year.

6         Q.    Was that a tenure track position?

7         A.    It was.

8         Q.    Do you have an appointment letter

9    from that position?

10        A.    I'm not sure.

11        Q.    And what were the circumstances of

12   your departure from the position at BMCC?

13        A.    I asked for a one-year leave to go

14   to NYU Shanghai.  The leave was not granted,

15   and so I resigned and pursued the position in

16   Shanghai.

17        Q.    And how did you learn that there was

18   a position available at NYU Shanghai?

19        A.    I don't recall.

20        Q.    Do you recall when you applied?

21        A.    I do not recall.

22        Q.    Did you respond to a posting or did

23   somebody approach you about the position?

24        A.    I don't recall the circumstances.

25        Q.    Were you interviewed for the

```
 1                    - M. BELANGER -
 2      position?
 3            A.    I believe I was.
 4            Q.    Who interviewed you?
 5            A.    Ronald Robin.
 6            Q.    Is he the only person who
 7      interviewed you?
 8            A.    I also spoke with Hilary Ballon in
 9      advance of being hired.  I'm not sure whether
10      that was an interview.
11            Q.    And do you remember when you were
12      interviewed for that position?
13            A.    I do not.
14            Q.    When did you start your position at
15      NYU Shanghai?
16            A.    August of 2013.
17            Q.    And prior to August of 2013, had NYU
18      Shanghai held any classes?
19            A.    I don't know.
20            Q.    Was that the first year that the
21      university enrolled students, 2013-2014?
22            A.    I wouldn't be qualified to answer
23      that.
24            Q.    So you don't know whether there were
25      courses held prior to August 2013 at NYU
```

Page 29

```
 1                - M. BELANGER -
 2     Shanghai?
 3          A.    I don't.  It's my understanding that
 4     it was a study away site.  I don't know the
 5     specifics.
 6                MS. FRIEDFEL:  I'm going to mark
 7          another document.  This one will be
 8          Exhibit 3.
 9                (Defendant's Exhibit 3, Series of
10          documents, 67 pages, marked for
11          identification, as of this date.)
12          Q.    We're going to go through the
13     document and I'm going to ask you to identify
14     each one.  It's a series of documents compiled
15     together.
16                Do you see it's a 67-page document,
17     the first page dated January 22, 2013.  So I
18     am going to scroll through the first few
19     pages, and just let me know -- you don't need
20     to read them in detail, but I'm going to ask
21     you if you recognize the documents, so just
22     let me know if you'd like me to go faster or
23     slower as you go through it.
24          A.    Please allow me to read the page.
25          Q.    Sure.  Just let my know when you're
```

```
 1                    - M. BELANGER -
 2        finished.
 3                  Actually, if it would be easier for
 4        you, Mr. Belanger, I could email it to you.
 5        We can go off the record and you can
 6        manipulate it yourself, if that would be
 7        easier.
 8             A.    That's okay.  I'm fine.
 9                  Okay.  I've read the portion on the
10        screen.
11                  Okay.
12             Q.    Is that your signature on page 2 of
13        this document?
14             A.    It is.
15             Q.    The date that you signed this
16        document, was that February 10, 2013?
17             A.    That is what is indicated.
18             Q.    Is this your initial appointment
19        letter or offer letter for your position at
20        NYU Shanghai?
21             A.    I believe it to be.
22             Q.    And I'm showing you the next page.
23        What follows the employment contract -- I'm
24        just going to show you each of the pages and
25        ask you to confirm your signature.
```

1                    - M. BELANGER -

2              Is this your signature here on

3    what's indicated as page 21 of the PDF and

4    what's indicated as page 18 of the document?

5         A.    It could be.

6         Q.    Do you have any doubt that this is

7    your signature?

8         A.    Well, my signature prior to

9    moving -- well, when I moved to China, I

10   recognized that my signature previously might

11   have been a bit too eccentric, and so I made

12   changes to that signature to standardize it.

13   Prior to that, my signature was a bit erratic.

14   Looking at it, it could be my signature.

15        Q.    Did you sign a contract in 2013 for

16   your employment with NYU Shanghai?

17        A.    I did.

18        Q.    I'm going to stop sharing for now.

19             MS. FRIEDFEL:  We've been going for

20        almost an hour, so I think now would

21        probably be a good time to take a break.

22        We can go off the record.

23             (Recess was taken.)

24             THE WITNESS:  I wanted to add to a

25        previous response, if possible.

```
 1                    - M. BELANGER -
 2              MS. FRIEDFEL:  Sure.
 3              THE WITNESS:  I recalled something.
 4              MS. FRIEDFEL:  Okay.
 5         A.    I also used the app Line for text
 6    messaging.
 7         Q.    L-I-N-E?
 8         A.    L-I-N-E, correct.
 9         Q.    And have you searched that app for
10    documents responsive to our document request?
11         A.    Yes.
12         Q.    And have you produced those
13    documents?
14         A.    No.
15         Q.    When you began your employment at
16    NYU Shanghai, who was your supervisor?
17         A.    That's an interesting question, in
18    that I recall having a meeting with then dean
19    Joanna Waley-Cohen, where she made my
20    supervisor to be Daniel O'Sullivan.
21         Q.    Was anyone else present at that
22    meeting?
23         A.    Marianne Petit.
24         Q.    And did you report to
25    Dr. Waley-Cohen as the dean at the time?
```

```
 1                    - M. BELANGER -
 2          A.    Yes.
 3          Q.    She's the Dean of Arts and Sciences
 4    at NYU Shanghai?
 5          A.    That's correct.
 6          Q.    And you, at that time when you
 7    started your employment at NYU Shanghai in
 8    August 2013, you were physically present in
 9    Shanghai?
10          A.    Yes.
11          Q.    And your work at NYU Shanghai was
12    physically in Shanghai until January 2020 when
13    the COVID-19 pandemic occurred?
14          A.    There were certainly times when I
15    worked at other global sites, including in New
16    York.  I visited most, if not all, of the
17    sites in Europe for work.  I also visited Abu
18    Dhabi for work.
19          Q.    And were you ever resident at any
20    other site or campus other than Shanghai?
21          A.    What do you mean by "resident"?
22          Q.    Where your office was located where
23    you were working for an extended period.
24          A.    I did not have an office at another
25    location.
```

```
 1                  - M. BELANGER -
 2          Q.    And these other visits at these
 3    other locations, what was the longest off-site
 4    visit?
 5          A.    At any particular site?
 6          Q.    At any of the sites outside of
 7    Shanghai.
 8          A.    I don't recall.
 9          Q.    Was there any that were more than a
10    week?
11          A.    It's possible.
12          Q.    Is there a way you could confirm
13    that?  Is there something you would look at to
14    determine the answer to that question?
15          A.    I guess I would have to look at
16    appointments.
17          Q.    Meaning appointments in your
18    calendar?
19          A.    Or in email.
20          Q.    And do you maintain an electronic
21    calendar?
22          A.    I have a calendar, yes.
23          Q.    Do you maintain a hard copy
24    calendar?
25          A.    I do not.
```

1                  - M. BELANGER -

2          Q.     Have you maintained a hard copy

3     calendar at any point since August of 2013?

4          A.     I have not.

5          Q.     Have you maintained an electronic

6     calendar throughout that period?

7          A.     I stopped maintaining a calendar

8     sometime in 2018.

9          Q.     And you've not maintained one since?

10         A.     That's right.

11         Q.     What was your title when you started

12    with your initial appointment at NYU Shanghai?

13         A.     Can you say that again?

14         Q.     What was the position that you held

15    when you started your employment with NYU

16    Shanghai?

17         A.     I believe the title was visiting

18    assistant professor.

19         Q.     Did that title change at some point?

20         A.     It did.

21         Q.     And when did that change?

22         A.     I don't recall.

23         Q.     Do you recall what your title was

24    after the change?

25         A.     I believe it was assistant

1                    - M. BELANGER -

2      professor.

3          Q.    And did there come a time when you

4      became the Associate Director of the

5      Interactive Media Arts Program at NYU

6      Shanghai?

7          A.    There was a time, yeah.

8          Q.    When was that?

9          A.    I don't recall the date.

10         Q.    What were your duties as associate

11     director -- can we refer to the Interactive

12     Media Arts Program as IMA?

13         A.    That's fine.

14         Q.    What were your duties as associate

15     director of IMA?

16         A.    I pretty much did everything that

17     was necessary to run the second largest

18     academic program at the school.  All aspects

19     of running an academic program.

20         Q.    Which would include curricular

21     decisions?

22         A.    Yes.

23         Q.    And staffing decisions?

24         A.    Yes.

25         Q.    Hiring?

```
 1                  - M. BELANGER -
 2         A.    Yes.
 3         Q.    Did you interface with human
 4    resources?
 5         A.    I did.
 6         Q.    Any other specific duties that you
 7    recall?
 8         A.    Scheduling courses each semesters, I
 9    maintained the website and the blog for the
10    program, I met with colleagues in other
11    programs to discuss any number of issues that
12    would arise.  I was involved in the Curriculum
13    Committee, I was involved in I believe it was
14    Technology Enhanced Education Committee, I was
15    involved with a committee responsible for
16    developing policy.  I also conducted
17    advisement sessions for students, I oversaw
18    all aspects of the procurement of equipment,
19    the outfitting of the space, including ongoing
20    construction, evaluating faculty.
21         Q.    Evaluating faculty?
22         A.    Mentoring, mentoring faculty.
23         Q.    I don't want to interrupt you.  Are
24    you finished with your answer?
25         A.    That's what I -- that's what I can
```

```
 1                - M. BELANGER -
 2    say right now.
 3         Q.    And at some point, were you offered
 4    the title of Assistant Dean of Emerging Media?
 5         A.    I was.
 6         Q.    And what precipitated those
 7    discussions?
 8         A.    I believe Joanna Waley-Cohen came to
 9    me and we were discussing my future within NYU
10    Shanghai, and we discussed that as a way to
11    fully recognize the breadth of the work that I
12    was doing.
13         Q.    Had you at that point been
14    considering leaving NYU Shanghai?
15         A.    I would say that in any given year,
16    that could have been a possibility.
17         Q.    And did you express to anyone at NYU
18    Shanghai that you felt that you needed this
19    additional recognition to warrant your
20    continuing with the program?
21         A.    I don't recall.
22         Q.    Did you ever suggest to anybody that
23    if you didn't get some sort of additional
24    recognition, that you would leave the program?
25         A.    I don't recall suggesting that.
```

Page 39

- M. BELANGER -

1
2      Q.    Was there someone in the Assistant

3      Dean For Emerging Media position before you

4      held it?

5      A.    No.

6      Q.    Did you understand, at the time that

7      it was offered to you, that the offer of the

8      Assistant Dean title was an effort to retain

9      you?

10      A.    I can't really speculate what was in

11      the minds of Joanna or others.

12      Q.    I'm not asking you to speculate as

13      to what was in their minds.  I'm asking what

14      your understanding was at the time.

15      A.    I didn't understand it that way.

16          MS. FRIEDFEL:  I'm going to mark as

17          Exhibit 4 -- I'm sorry.  Can we just go

18          off the record for a second?

19              (Discussion held off the record.)

20          MS. FRIEDFEL:  I'm going to show you

21          what we're marking as Exhibit 4.  It is a

22          two-page document dated December 19, 2016.

23              (Defendant's Exhibit 4, Two-page

24          letter dated December 19, 2016, marked for

25          identification, as of this date.)

1                    - M. BELANGER -

2      BY MS. FRIEDFEL:

3          Q.    Mr. Belanger, I'm going to scroll

4      down to the text, and you let me know when you

5      have finished reviewing that part and I will

6      move it down.

7          A.    Okay.  Okay.

8          Q.    Please let me know when you've

9      finished.

10         A.    Okay.

11         Q.    And I'm just going to show you the

12     second page there.  Do you recognize this

13     document?

14         A.    It looks familiar.

15         Q.    Is this the initial offer letter

16     that you received in connection with the

17     Assistant Dean position?

18         A.    I can't say for sure.

19         Q.    Is there something that would assist

20     you in knowing for sure?

21         A.    I would need to review emails from

22     that time.

23         Q.    You did not sign this version of the

24     offer letter, this December 19, 2016 version;

25     is that correct?

```
 1                    - M. BELANGER -
 2         A.     I don't know.
 3         Q.     Do you recall negotiating the terms
 4    of that appointment?
 5         A.     I do.
 6         Q.     And with whom did you negotiate
 7    those terms?
 8         A.     Joanna Waley-Cohen.
 9         Q.     Anybody else?
10         A.     Daniel O'Sullivan was always
11    involved in my employment to the degree to
12    which it involved New York.  So part of my
13    responsibilities were to, as it says in the
14    letter -- can you go back to the letter,
15    please?
16         Q.     Sure.
17              MS. FRIEDFEL:  For the record, we're
18         showing Exhibit 4.
19         A.     Yeah, so where it says "and ITP
20    program in New York."  So some of those
21    responsibilities were determined by O'Sullivan
22    with respect to the Residency Graduate Program
23    and interoperation of IMA across continents.
24         Q.     Did you have any discussions with
25    Mr. O'Sullivan about the terms and conditions
```

```
1                    - M. BELANGER -
2      of your appointment as Assistant Dean?
3           A.    Yes.
4           Q.    Were those oral conversations or
5      written communications?
6           A.    Oral conversations.
7           Q.    Was anyone else present during those
8      conversations?
9           A.    I don't recall.
10          Q.    Did he have the authority to grant
11     you an appointment at NYU Shanghai?  "He"
12     meaning Mr. O'Sullivan.
13          A.    I wouldn't know.
14          Q.    Is it your contention that there was
15     something discriminatory or retaliatory
16     regarding either the process of your
17     appointment to the Assistant Dean position or
18     the terms of that appointment?
19          A.    Can you repeat the question?
20          Q.    Is it your contention in this
21     lawsuit that there was something
22     discriminatory about the process -- I'm going
23     to break it down -- about the process of your
24     negotiating the terms of the Assistant Dean
25     position?
```

```
1                  - M. BELANGER -

2        A.    Yes.

3        Q.    On what basis do you believe it was

4   discriminatory?

5        A.    What do you mean by "basis"?  Do you

6   mean protected class?

7        Q.    Yes, what protected class?

8        A.    Disability.

9        Q.    Anything else?

10       A.    In the future, certainly it becomes

11  my gender, sex, nationality.

12       Q.    I'm just talking right now about the

13  negotiation of the terms of your Assistant

14  Dean position.

15       A.    At that time, I believe the

16  discrimination to be rooted in disability.

17       Q.    Is it your contention that there was

18  anything retaliatory in connection with the

19  negotiation of that position, the Assistant

20  Dean position?

21       A.    I don't know.

22       Q.    Did you believe that the terms of

23  the Assistant Dean position that you were

24  offered were discriminatory against you on the

25  basis of your disability?
```

```
 1                    - M. BELANGER -
 2          A.    I did.
 3          Q.    And who do you believe was
 4     discriminating against you on the basis of
 5     your disability at that time?
 6          A.    Maria Montoya and Joanna Waley-Cohen.
 7          Q.    What was your disability in December
 8     of 2016?
 9          A.    I had no disability then.
10          Q.    When did you --
11          A.    Apart from the ones that I was born
12     with.
13          Q.    Okay.  And do you have reason to
14     believe that Maria Montoya perceived you as a
15     person with a disability in December of 2016?
16          A.    I do not.
17          Q.    And what about Joanna Waley-Cohen,
18     do you have reason to believe that she
19     perceived you as a person with a disability?
20          A.    Not in December 2016.
21          Q.    At what point do you believe that
22     Maria Montoya began to perceive you as a
23     person with a disability?
24          A.    In February of 2017.
25          Q.    Same question with respect to Joanna
```

```
 1                    - M. BELANGER -
 2      Waley-Cohen.
 3           A.    February 2017.
 4           Q.    What occurred in February 2017, if
 5      anything, to make you believe that they had
 6      this view of you?
 7           A.    I was hospitalized with a low back
 8      injury, at which time I spent a week in the
 9      hospital and emerged from the hospital in a
10      wheelchair.
11           Q.    And how were you injured?
12           A.    That's a question that doesn't --
13      doesn't compute.
14           Q.    Was there -- did you fall?  Was
15      there an accident?  Did you get hit by a car?
16           A.    No.
17           Q.    How did you get injured?
18           A.    It has been described to me by
19      doctors as a noninjury, so I don't -- I can't
20      tell you how I was injured.
21           Q.    Oh, okay.  I understand.
22                 So you were hospitalized, you said.
23      For how long were you hospitalized?
24           A.    I believe it was a week.
25           Q.    And then when you were released, you
```

```
 1                  - M. BELANGER -
 2      said that you were using a wheelchair.  For
 3      how long did you need the wheelchair?
 4           A.    I don't recall.
 5           Q.    Was it less than a month?
 6           A.    Yes, less than a month.
 7           Q.    Was it less than two weeks?
 8           A.    I don't recall.  There would have
 9      been periods where I relied on different
10      mobility aids at different times in the months
11      that followed my injury; wheelchair, walker,
12      cane.
13           Q.    So did you progress from the
14      wheelchair, to a walker, to a cane?  Is that
15      how it worked?
16           A.    I wouldn't call it a progression.  I
17      would call it going between them as necessary.
18           Q.    I see.  And after that injury --
19           A.    It wasn't an injury.
20           Q.    I'm sorry.  After your -- well, I
21      think you described it as a low back injury.
22      But after your hospitalization, when you
23      required the wheelchair, did you return to
24      your apartment at that time?
25           A.    No, I did not.
```

Page 47

```
 1                    - M. BELANGER -
 2          Q.    Where did you go to live?
 3          A.    In a hotel across from the campus.
 4          Q.    And who made the arrangements for
 5     that hotel?
 6          A.    I believe Clay Shirky.
 7          Q.    And who is Clay Shirky?
 8          A.    He's an employee of NYU and NYU
 9     Shanghai, or was.
10          Q.    And did NYU Shanghai pay for your
11     hotel room during that period of
12     convalescence?
13          A.    I don't know; I don't remember.
14          Q.    Did you take time off from work
15     after your release from the hospital?
16          A.    I did not take a leave.
17          Q.    Did you take any time off, sick
18     time?
19          A.    No.  I -- I don't -- I actually
20     don't recall, but I don't think so.
21          Q.    Did any of your healthcare providers
22     suggest that you take time off from work at
23     that point?
24          A.    I don't remember.
25          Q.    Did you ask anyone at NYU Shanghai
```

```
 1                    - M. BELANGER -
 2        about what benefits might be available to you
 3        as an NYU Shanghai faculty member --
 4             A.    I did.
 5             Q.    Who did you ask?
 6             A.    Sorry, did you have more to add?
 7             Q.    That's okay.  Who did you ask?
 8             A.    Joanna Waley-Cohen was in the room,
 9        I directed the question to her.  I believe
10        also Casey Owens was in the room.  I don't
11        recall whether Maria was there or not, but she
12        may have been.
13             Q.    And this was in an in-person meeting?
14             A.    Yes.
15             Q.    Where was the meeting?
16             A.    At NYU Shanghai.
17             Q.    Do you recall, was it in a
18        particular person's office?
19             A.    I don't recall the specific
20        location.  Might have been in the greater
21        Provost's office area.
22             Q.    Do you recall when that meeting was?
23             A.    Not with precision, but it was
24        following my release from the hospital and my
25        return to work.
```

Page 49

1                          - M. BELANGER -

2          Q.    And you said that you were present,

3     Joanna Waley-Cohen, Casey Owens, and possibly

4     Maria Montoya, you don't recall.  Anybody else

5     in the room?

6          A.    I don't remember anyone else being

7     present.

8          Q.    And what was the substance of that

9     conversation?

10         A.    I don't remember all of what was

11    discussed, but I do recall asking Joanna what

12    my rights were with respect to leave or

13    otherwise, and I remember her shrugging, and I

14    remember suggesting to her that, in a very

15    polite way, that my situation might warrant,

16    you know, figuring out what those rights might

17    be.

18         Q.    Did you reach out to anyone in human

19    resources?

20         A.    I don't recall.

21         Q.    But you were familiar with the

22    individuals who worked in human resources at

23    NYU Shanghai?

24         A.    Yes.

25         Q.    Did you ask the Provost if you could

Page 50

                    - M. BELANGER -

1

2        take a medical leave?

3             A.    I don't recall.

4             Q.    Did you ask the Provost for any

5        other accommodation for your illness?  I don't

6        know what -- you said it wasn't an injury, so

7        I'm not sure what term you want to use.

8             A.    I haven't figured out how to

9        characterize it either exactly.  I did ask for

10       an accommodation.  At some point I asked for a

11       business class flight back to the United

12       States.

13            Q.    When was that?

14            A.    I don't recall the date.

15            Q.    Who did you ask for that business

16       class flight?

17            A.    Maria Montoya.

18            Q.    Was that in writing or orally?

19            A.    It was in email.

20            Q.    Did she respond to you by email?

21            A.    She did.

22            Q.    And what was her response?  If you

23       recall.

24            A.    That I needed to provide her with a

25       doctor's note, essentially.

```
 1                    - M. BELANGER -
 2         Q.    Did you provide that doctor's note?
 3         A.    I did.
 4         Q.    Did you get the business class
 5    flight?
 6         A.    I did.
 7         Q.    Did you request, at or about that
 8    time in 2017, any other accommodations or
 9    modifications?
10         A.    I don't recall.
11         Q.    You were given at some point, at
12    your request, a special desk and chair in
13    Shanghai; is that correct?
14         A.    I don't recall the circumstances of
15    how that desk and chair came into my
16    possession.  Well, I shouldn't say possession,
17    but came into my office.
18         Q.    When you say you don't recall how it
19    came into your office, do you recall if you
20    asked anyone in NYU Shanghai administration
21    for a --
22         A.    I don't recall if I asked anyone in
23    the administration.  I remember speaking to
24    Helen about it.
25         Q.    And what's Helen's last name?
```

Page 52

1                    - M. BELANGER -

2          A.    I forget at this time.

3          Q.    What was Helen's role?

4          A.    She performed the role of lab

5     manager.  I don't remember her exact title,

6     but she was responsible for the operations of

7     the IMA physical space, and also some of the

8     technology infrastructure and procurement.

9          Q.    Going back to the negotiation

10    relating to the Assistant Dean position and

11    the terms of that position, you indicated that

12    you felt that the terms were discriminatory

13    against you on the basis of disability.  In

14    what way do you feel that the terms that you

15    were ultimately offered were discriminatory?

16         A.    The terms that I was offered were

17    inconsistent with the terms that had been made

18    available to me prior to my injury.

19         Q.    In what way?

20         A.    Noninjury.  Whatever we want to

21    refer to it as.

22         Q.    In what way were they inconsistent?

23         A.    Duration, the duration was shorter.

24         Q.    In what other way do you feel it was

25    less advantageous?

Page 53

```
 1                      - M. BELANGER -
 2          A.    I don't recall the specifics.  I
 3     would need to see the letter as it existed
 4     before and then after and make a comparison.
 5          Q.    I'm going to show you -- well, first
 6     let me mark it.
 7               MS. FRIEDFEL:  I'm going to mark as
 8          Exhibit 5 a document bearing Bates stamp
 9          defendant's 156 to 157, and I'm going to
10          show it to you.
11               (Defendant's Exhibit 5,
12          Acceptance/appointment letter, marked for
13          identification, as of this date.)
14          Q.    I'm showing you what's been marked
15     as Defendant's Exhibit 5.  Just let me know
16     when you want me to scroll down.
17          A.    Can you scroll to the top again?
18          Q.    Sure.
19          A.    Okay.
20          Q.    Let me know when you're ready for me
21     to scroll down, please.
22          A.    I will.
23               Okay.
24          Q.    Is that your signature where it says
25     "Accepted and Agreed"?
```

Page 54

```
 1                    - M. BELANGER -
 2          A.    It is.
 3          Q.    And the date that's listed there,
 4     does that indicate that you signed it on
 5     May 2, 2017?
 6          A.    I don't recall.  Date formats differ
 7     between the U.S. and China, as you may be
 8     aware, and I -- I don't -- I can't say right
 9     now whether that means February 5th or whether
10     that means May 2nd.  But I believe it to mean
11     May 2nd.
12          Q.    Well, I've shown you Exhibit 5 with
13     respect to the appointment.  Now, it says,
14     "This appointment is effective from
15     September 1, 2016 to May 31, 2019," correct?
16          A.    Correct.
17          Q.    And then I'm going to show you
18     Exhibit 4, which says, "for that appointment,
19     effective from September 1, 2016 to May 31,
20     2019."
21                So would you agree with me, then,
22     that it was the same duration?
23          A.    The two letters as presented here
24     appear to be the same duration.
25          Q.    So in what way is the May 2nd letter
```

```
 1                    - M. BELANGER -
 2    discriminatory?
 3         A.    In the in-between, that's when the
 4    discriminatory situation occurred.
 5         Q.    Okay.
 6         A.    I had to -- I had to work, I guess
 7    you would say, to get back to that May letter
 8    from where they had left me following my
 9    medical condition.
10         Q.    But ultimately, it was the same
11    duration to which they agreed?
12         A.    Ultimately.
13         Q.    And were your negotiations with the
14    Provost regarding the Assistant Dean role done
15    via email -- withdrawn.
16               Were the negotiations done in
17    writing, orally, both?
18         A.    Both.
19         Q.    And how many oral conversations
20    would you say that you had with the Provost
21    regarding the terms of this appointment?
22         A.    At least two.
23         Q.    Where was the first one?
24         A.    I don't recall necessarily first or
25    second, but I know that at least one of them
```

```
 1                  - M. BELANGER -
 2      occurred in her office.
 3          Q.    Do you recall where the other one
 4      occurred?
 5          A.    I believe it was her office, as
 6      well.
 7          Q.    Who was present during the first
 8      conversation, or the one you recall?
 9          A.    I believe that only Joanna and is I
10      were present.
11          Q.    And for the other conversation, do
12      you recall who was present?
13          A.    I also recall that only Joanna and I
14      were present.
15          Q.    What was said during that meeting?
16          A.    We discussed the position as
17      Assistant Dean.  We discussed the extension of
18      my faculty contract.  We discussed that I
19      would be put forward for promotion for my
20      faculty line at a future date.
21          Q.    As best as you can, can you --
22          A.    We discussed, roughly, compensation.
23      I don't remember nailing down an exact figure
24      then, but I remember that Joanna threw out a
25      figure.  I don't recall what that figure was.
```

1                  - M. BELANGER -

2        Q.    As best as you can recall, what did

3    you say and what did she say during that

4    conversation?

5        A.    The best that I can recall, I

6    remember in the first conversation that we

7    discussed several possibilities.  I don't

8    remember the details exactly, but that she

9    would get back to me about a more firm

10   arrangement, and then we met again to discuss

11   that a second time.

12       Q.    Do you recall anything else about

13   what was said during either of those

14   conversations?

15       A.    We discussed the development of the

16   Residency Graduate Program.  I don't recall

17   anything else.

18       Q.    Did you have any -- withdrawn.

19             What is the basis for your belief

20   that your disability was a factor in those

21   negotiations?

22       A.    What is the basis?

23       Q.    Yes.

24       A.    Following my hospitalization and

25   dependency on wheelchair, walker, cane, the

Page 58

- M. BELANGER -

1
2      offer that had been made available to me prior
3      to the injury -- or noninjury, however we want
4      to characterize it -- was no longer made
5      available to me until after I signed, you
6      know, that offer and put it back.
7          Q.    I'm sorry, I don't understand.
8      After you signed the offer --
9          A.    Yes, so --
10         Q.    -- what do you mean by that?
11         A.    I signed the prior offer and
12     returned that because what had been presented
13     to me following my hospitalization was
14     inconsistent with what had been agreed to
15     prior to my hospitalization.
16         Q.    Did the Provost say anything that
17     suggested to you that your hospitalization or
18     need of mobility aids was a factor in the
19     change of the offer?
20         A.    I don't recall.
21         Q.    At that time --
22         A.    You said the Provost, right?
23         Q.    Yes, that was the question.
24         A.    I don't recall the Provost saying
25     anything.

1                    - M. BELANGER -

2          Q.    Do you recall anyone else in the

3     Shanghai administration saying anything to

4     suggest that your disability had an impact on

5     the negotiations?

6          A.    I don't recall.

7          Q.    You allege in your complaint that

8     your fitness to condition your job was

9     questioned.  Was your fitness to continue your

10    job questioned at any point prior to your

11    leave in November of 2018?

12         A.    Yes.

13         Q.    When?

14         A.    In an email from Joanna Waley-Cohen

15    sometime between August of 2018 and September

16    of 2018, I believe.

17         Q.    And is that email among the emails

18    that you identified as responsive to our

19    requests, but have not yet produced?

20         A.    I'm not sure.

21         Q.    Other than that email, was there any

22    other occasion where anybody said anything to

23    suggest that you were not fit to do your job?

24         A.    I remember an occasion where Joanna

25    looked at me with great pity for my situation.

```
 1                  - M. BELANGER -
 2         Q.    Any other time?
 3         A.    Say the question again.
 4         Q.    Prior to November 2018, did anyone
 5    else at NYU Shanghai say anything that you
 6    found to be discriminatory against you based
 7    on your disability?
 8         A.    I'm sorry, say one more time.
 9         Q.    Sure.  Prior to November 1, 2018,
10    did anybody at NYU Shanghai say anything to
11    you to suggest that they were discriminatory
12    against you based on your disability?
13         A.    I can't recall.
14         Q.    Did anyone at NYU Shanghai make any
15    comments during that same period of time that
16    were offensive to you on the basis of your
17    disability?
18         A.    What was the period of time again?
19         Q.    Prior to November 1, 2018.
20         A.    Any what was the -- I'm sorry.  Can
21    you restate the question from the beginning?
22         Q.    Sure.  Did anyone at NYU Shanghai
23    make any comments to you prior to November 1,
24    2018 that you found to be offensive relating
25    to your disability?
```

- M. BELANGER -

1

2      A.    I found the notion that what I was

3    being given to sign following my disability to

4    be offensive in and of itself.

5      Q.    Is there anything else?

6      A.    No, not that I recall.

7      Q.    Did anyone at NYU say anything that

8    you found to be offensive based on your

9    disability during your employment at NYU

10   Shanghai?

11     A.    Anyone at NYU?

12     Q.    Yes.

13     A.    Say the question again.

14     Q.    Did anyone employed by NYU make any

15   comments about your disability that you found

16   to be offensive?

17     A.    Dan O'Sullivan did.

18     Q.    When was that?

19     A.    In a one-on-one meeting with him.  I

20   don't recall the date.

21     Q.    Do you remember the year?

22     A.    It was sometime between February of

23   2017 and November of 2018.

24     Q.    Can you be any more specific?

25     A.    I'm unable to.  I know that he made

```
 1                    - M. BELANGER -
 2       a trip to Shanghai at some point during that
 3       time.  It should be well documented somewhere.
 4            Q.    Where were you when this conversation
 5       occurred?
 6            A.    In my office.
 7            Q.    Was anybody else present?
 8            A.    No.
 9            Q.    What did Mr. O'Sullivan say that you
10       found to be offensive?
11            A.    I don't recall exactly.  I just
12       remember being offended by what he told me.
13       If you give me a moment to think.
14                 Yeah, I don't recall at this time.
15            Q.    In your Complaint, you allege that
16       the Vice Chancellor, Provost, and the Dean of
17       Arts and Sciences offered you less favorable
18       employment terms relative to similarly-
19       situated female colleagues without a disabling
20       condition.  To whom were you referring?  Who
21       are those similarly-situated colleagues?
22            A.    Amy Becker and Diane Geng.
23            Q.    What was their similarly-situated
24       position?
25            A.    They were both Assistant Deans.
```

Page 63

1                    - M. BELANGER -

2          Q.    What is the basis of your belief

3     that they were treated differently than you

4     based on their gender?

5          A.    Can you say the question again?

6          Q.    Sure.  You allege that you were

7     being treated differently than these

8     similarly-situated females, and my question to

9     you is:  Did you believe that they were

10    treated differently than you because of gender

11    or sex?

12         A.    There certainly seemed to be a

13    pattern of favoritism of women.

14         Q.    What do you mean by that?

15         A.    Women were being chosen for roles

16    that I could not apply to or did not have an

17    opportunity to seek.  It's my understanding

18    that they received the full amount of their

19    salary defined in their contract.  Further, my

20    understanding with respect to Amy and Diane is

21    that they had some form of tuition benefit at

22    NYU.

23         Q.    When you say that women were chosen

24    for roles that you could not or did not apply

25    to, are you still referring to Ms. Becker and

```
                      - M. BELANGER -
 1
 2     Ms. Geng, or are you referring to somebody
 3     else?
 4          A.    I'm referring to their two
 5     positions.
 6          Q.    And your --
 7          A.    I don't recall her name, but there
 8     was another female in the position of
 9     Assistant Dean, and that position, too, seemed
10     to be of question.
11          Q.    What is it that makes you believe
12     that their gender was a factor in how they
13     were treated?
14          A.    Again, there seemed to be a pattern
15     of disadvantaging men relative to women that
16     was occurring.
17          Q.    And other than what you've already
18     mentioned, was there any other way that you
19     felt that you were disadvantaged as a man?
20          A.    Say the question again.
21          Q.    Other than the things you've just
22     mentioned, was there any other way that you
23     felt that you were or that you contend that
24     you were disadvantaged during your employment
25     at NYU Shanghai because you were a man?
```

Page 65

```
1                    - M. BELANGER -
2          A.    I mean, I refer you to my Complaint.
3          Q.    But your Complaint isn't testimony,
4      so I'm asking you --
5          A.    Okay.
6          Q.    -- what ways that you can identify
7      where you feel you were disadvantaged because
8      you are a man.
9          A.    Again, it's a pattern of treatment
10     of engagement with Joanna and Maria; the way
11     in which they engaged with myself and other
12     males, the treatment of them, the treatment of
13     me, and the treatment of these females.
14         Q.    Are there any other specific ways in
15     which you felt that these females were treated
16     better than you?
17         A.    Certainly on occasions I felt like
18     the word of another female colleague was
19     taken, you know, as a -- as a more favorable
20     statement over my own or as a -- I'm having
21     trouble articulating exactly what -- that the
22     statements of women would be taken without
23     question, whereas the statements of myself and
24     other men would be met with skepticism, with
25     rejection.
```

```
 1                    - M. BELANGER -
 2          Q.    Can you identify any specific
 3     examples when that occurred?
 4          A.    There was a situation with Aly Rose.
 5     At this time I'm having trouble recalling
 6     details, but there was certainly a situation
 7     there.  When in conversation with Maria
 8     Montoya, it seemed as though she was, you
 9     know, favoring the -- sorry, I'm again
10     struggling to speak.  She seemed to exhibit
11     favoritism of Aly with respect to the
12     conversation that was being had over myself.
13          Q.    When did that occur?
14          A.    I don't recall.  I don't recall the
15     date.
16          Q.    Do you recall a year?
17          A.    I don't recall the year.
18          Q.    You mentioned that you felt that
19     women were chosen for roles that you couldn't
20     apply for.  When you say that, do you mean
21     that the position wasn't posted for general
22     application?
23          A.    That's correct.
24          Q.    Was your Associate Director of IMA a
25     position that was posted for general
```

Page 67

```
 1                    - M. BELANGER -
 2      application?
 3           A.    I don't know.
 4           Q.    Was your position as Assistant Dean
 5      of Emerging Media posted for general
 6      application?
 7           A.    I don't know.
 8           Q.    In your production, you produced
 9      various audio recordings.  The audio
10      recordings that you've produced to date, is
11      that all of the audio recordings you took of
12      any meetings or conversations in connection
13      with your employment?
14           A.    I'd need to review the documents
15      that I produced to make sure.
16           Q.    Okay.  We'd ask that you do that.
17                 What device did you use to record
18      those conversations?
19           A.    My phone.
20           Q.    Do the recordings still remain on
21      your phone?
22           A.    They were recorded on a phone that
23      has since exploded.
24           Q.    Okay.
25           A.    Yeah.  But I managed to recover them
```

1                    - M. BELANGER -

2      from that phone.

3          Q.    Did you tell anyone that you were

4      recording those conversations?

5          A.    I did not.

6          Q.    Why didn't you tell the participants

7      that you were recording them?

8          A.    I don't believe that I'm required

9      to.

10         Q.    That wasn't the question.  The

11     question was:  Why did you not?

12         A.    Because I'm not required to.

13         Q.    Why did you record the

14     conversations?

15         A.    I wanted a record.

16         Q.    And why did you feel that you needed

17     a record of those conversations?

18         A.    Because based on experience, things

19     that had been said previously in conversation

20     were not honored or reflected later on down

21     the line in writing.

22         Q.    In this lawsuit, you're alleging

23     that you were discriminated against on the

24     basis of your national origin.  What is your

25     national origin?

```
 1                      - M. BELANGER -
 2          A.     United States.
 3          Q.     And who do you believe discriminated
 4     against you on the basis of your national
 5     origin?
 6          A.     Specifically who?
 7          Q.     Yes, in connection with your
 8     employment with NYU Shanghai.
 9          A.     Very likely Daniel Magida, who is
10     present.  Anyone who's responsible for
11     developing policies or practices which
12     disadvantage the non-Chinese national
13     employees of NYU Shanghai.
14          Q.     And in what way do you believe
15     non-Chinese nationals are disadvantaged at NYU
16     Shanghai?
17          A.     We don't --
18          Q.     I'm going to withdraw the question
19     and I'm going to rephrase it.  I'm sorry.
20                 In what ways do you believe that
21     you, as a non-Chinese national, were
22     disadvantaged vis-a-vis the Chinese nationals
23     at NYU Shanghai?
24          A.     We don't receive social insurance
25     benefits, or I should say I didn't.  And my
```

```
 1                  - M. BELANGER -
 2     request for an open term contract was denied.
 3         Q.    Okay.  Any other way?
 4         A.    At this time, I don't recall, but I
 5     again direct you to the complaint.
 6         Q.    I just want to make sure I
 7     understand.  Your claim is that everyone who
 8     is not a Chinese national was treated one way,
 9     and Chinese nationals were treated a different
10     way; is that correct?
11         A.    That's my understanding.
12         Q.    Did anyone ever make any comments
13     suggesting that there was an animus against
14     non-Chinese nationals?
15         A.    What do you mean by "animus"?
16         Q.    Like a prejudice against them or a
17     negative view of them.
18         A.    I mean, I believe the deprivation of
19     equality is an expression of that.
20         Q.    But I'm asking specifically if anyone
21     made any comments that would suggest that.
22         A.    I don't recall.
23         Q.    How do you identify in terms of your
24     race or color?
25         A.    I don't know what the proper
```

```
 1                    - M. BELANGER -
 2      terminology is anymore, honestly.  I'm a --
 3      I'm an American national of mostly European
 4      decent, whatever that would make me.
 5           Q.    Do you identify as white?
 6           A.    Sure.
 7           Q.    And is it your contention that you
 8      were discriminated against on the basis of
 9      your race?
10           A.    Yes, I believe so.
11           Q.    How so?
12           A.    Again, a pattern of disadvantagement
13      of white males at NYU Shanghai.
14           Q.    Okay.  In what way were you
15      disadvantaged as a white male or because
16      you're a white male -- actually, I'm going to
17      separate it.
18                 In what ways do you believe you were
19      disadvantaged because you're white, or of
20      European descent, as you indicated?
21           A.    I'm having difficulty thinking, I'm
22      sorry.  All I can say is that there -- there
23      appeared to be a pattern of disadvantagement
24      of white men at NYU Shanghai.
25           Q.    Who is the Vice Chancellor of NYU
```

```
 1                - M. BELANGER -
 2      Shanghai?
 3           A.    Jeffrey Lehman.
 4           Q.    To your knowledge, is Jeffrey Lehman
 5      a white man?
 6           A.    I know him to be one, yes.
 7           Q.    The Provost, Joanna Waley-Cohen,
 8      what is her race?
 9           A.    I assume that she's white, if that's
10      how people are describing themselves these
11      days.  I don't know.
12           Q.    Are either Provost Cohen or Vice
13      Chancellor Lehman Chinese nationals?
14           A.    I don't believe so.
15           Q.    And is Maria Montoya a Chinese
16      national?
17           A.    I don't believe so.
18                THE WITNESS:  Can I take a lunch
19           break?
20                MS. FRIEDFEL:  Yes, we can go off
21           the record.
22                (Discussion held off the record.)
23                MS. FRIEDFEL:  Mr. Belanger, as you
24           testified earlier that there are
25           substantial emails, text messages, and
```

Page 73

1                    - M. BELANGER -

2           other documents and records that are

3           responsive to our discovery demands to

4           which responded in writing in August

5           that you have not yet produced, we are

6           going to suspend your deposition because

7           we cannot complete the deposition without

8           having access to those responsive

9           documents.  So we're going to suspended

10          deposition now, and we reserve our right

11          to continue the deposition after we

12          receive all of the responsive records.

13                  THE WITNESS:  Okay.  I don't

14          necessarily agree with the characterization

15          of "substantial," but I don't disagree

16          with the postponement of further deposition.

17                  MS. FRIEDFEL:  Okay.  Actually,

18          before we go off the record, in terms of

19          volume, how many emails that are

20          responsive do you have in your possession

21          that need to be produced?

22                  THE WITNESS:  I'm not sure.

23                  MS. FRIEDFEL:  And what about with

24          respect to text messages?

25                  THE WITNESS:  I'm not sure.

Page 74

1                     - M. BELANGER -

2              MS. FRIEDFEL:  And social media

3         messages?

4              THE WITNESS:  I'm not sure.

5              MS. FRIEDFEL:  All right.  Let's go

6         off the record, then.  Thank you.

7              THE COURT REPORTER:  Did you need

8         the rough draft?

9              MS. FRIEDFEL:  Yeah, actually, if

10        you could send us a rough, that would be

11        helpful.

12             THE WITNESS:  How am I to receive a

13        copy?

14             MS. FRIEDFEL:  So once I get the

15        copy of the final transcript, I will send

16        you a copy.  It's electronic, so I can

17        email it to you.

18             THE WITNESS:  Understood.  Thank

19        you.

20             (Time noted:  12:07 p.m.)

21

22

23

24

25

Page 75

```
 1
 2              A C K N O W L E D G M E N T
 3
      STATE OF NEW YORK    )
 4
                            :SS
 5
      COUNTY OF            )
 6
 7              I, MATTHEW CHARLES BELANGER, hereby
 8       certify that I have read the transcript of my
 9       testimony taken under oath in my deposition of
10       March 30, 2023; that the transcript is a true,
11       complete and correct record of my testimony,
12       and that the answers on the record as given by
13       me are true and correct.
14
15
16                   _____
17                    MATTHEW CHARLES BELANGER
18
19
      Signed and subscribed to before
20    me, this          day
      of                    , 20__.
21
      _____
22    Notary Public, State of New York
23
24
25
```

Page 76

1

2     ------------------I N D E X--------------------

3     WITNESS                    EXAMINATION BY   PAGE

4     MATTHEW CHARLES BELANGER    MS. CONNOLLY        3

5

6

7

8     --------------------EXHIBITS--------------------

9     DEFENDANT'S                              PAGE

10    1      Amended Complaint                     15

11    2      Plaintiff's Answers and Objections

12           to Defendant New York University's

13           First Set of Interrogatories and

14           Document Requests                     17

15    3      Series of documents, 67 pages         29

16    4      Two-page letter, December 19, 2016    39

17    5      Acceptance/appointment letter         53

18

19

20

21

22

23

24

25

Page 77

1

2                    C E R T I F I C A T E

3

      STATE OF NEW YORK        )

4
                              ) SS.:

5

      COUNTY OF SUFFOLK        )

6

7              I, KRISTI CRUZ, a Notary Public

8         within and for the State of New York, do

9         hereby certify:

10             That the witness whose deposition

11        is hereinbefore set forth, was duly

12        sworn by me and that such deposition is

13        a true record of the testimony given by

14        such witness.

15             I further certify that I am not

16        related to any of the parties to this

17        action by blood or marriage; and that I

18        am in no way interested in the outcome

19        of this matter.

20             IN WITNESS WHEREOF, I have

21        hereunto set my hand this 14th day of

22        April 2023.

23

24

                          KRISTI CRUZ

25                    KRISTI CRUZ

Page 78

1

2                    ***ERRATA SHEET***

3            VERITEXT LEGAL SOLUTIONS

4    NAME OF CASE:  BELANGER V. NEW YORK UNIVERSITY

     DATE OF DEPOSITION:  MARCH 30, 2023

5    NAME OF WITNESS:  MATTHEW CHARLES BELANGER

6    PAGE   LINE      FROM         TO        REASON

7    ____|_____|_____|_____|_____

8    ____|_____|_____|_____|_____

9    ____|_____|_____|_____|_____

10   ____|_____|_____|_____|_____

11   ____|_____|_____|_____|_____

12   ____|_____|_____|_____|_____

13   ____|_____|_____|_____|_____

14   ____|_____|_____|_____|_____

15   ____|_____|_____|_____|_____

16   ____|_____|_____|_____|_____

17   ____|_____|_____|_____|_____

18

19                       _____

20

21   Subscribed and Sworn before me

     this _____ day of _____, 20__.

22

23

24   _____    _____

25   Notary Public           My Commission Expires:

| 0 |
|---|
| **01644**  1:10 |

| 1 |
|---|

**1**  15:13,20,24
  54:15,19 60:9
  60:19,23 76:10
**10**  30:16
**10013**  2:7
**10601**  2:13
**12:07**  74:20
**14th**  2:12 77:21
**15**  76:10
**156**  53:9
**157**  53:9
**17**  76:14
**18**  31:4
**19**  33:13 39:22
  39:24 40:24
  76:16
**19939**  77:24
**1:21**  1:10 16:22

| 2 |
|---|

**2**  17:14,15,22
  18:14 19:19
  30:12 54:5
  76:11
**20**  75:20 78:21
**2003**  11:25
**2006**  9:5
**2013**  10:7,17
  11:2 28:16,17
  28:25 29:17
  30:16 31:15
  33:8 35:3

**2013-2014**
  28:21
**2014**  11:5
**2015**  11:4
**2016**  11:4
  39:22,24 40:24
  44:8,15,20
  54:15,19 76:16
**2017**  44:24
  45:3,4 51:8
  54:5 61:23
**2018**  35:8
  59:11,15,16
  60:4,9,19,24
  61:23
**2019**  54:15,20
**2020**  10:9,9,13
  10:17 33:12
**2022**  9:9,10,19
  10:5,11,13
  18:22 23:23,24
**2023**  1:13
  75:10 77:22
  78:4
**21**  31:3
**22**  29:17
**25th**  18:21
**28**  18:3,5
**29**  76:15
**2nd**  2:6 54:10
  54:11,25

| 3 |
|---|

**3**  29:8,9 76:4
  76:15

**30**  1:13 75:10
  78:4
**31**  54:15,19
**39**  76:16

| 4 |
|---|

**4**  39:17,21,23
  41:18 54:18
  76:16
**40**  13:24
**44**  2:12
**447**  2:6

| 5 |
|---|

**5**  53:8,11,15
  54:12 76:17
**53**  76:17
**5th**  54:9

| 6 |
|---|

**67**  29:10,16
  76:15

| 9 |
|---|

**9:37**  1:13

| a |
|---|

**a.m.**  1:13
**ability**  7:21 8:5
**able**  7:25 16:16
**above**  16:3,9
**abu**  33:17
**academic**  27:5
  36:18,19
**acceptance**
  53:12 76:17
**accepted**  53:25

**access**  23:13,18
  24:7,7 73:8
**accessed**  23:15
  23:19,22,24
**accident**  12:15
  12:18,19 45:15
**accommodati...**
  50:5,10
**accommodati...**
  51:8
**account**  21:6
  24:10
**accounts**  20:25
  21:2,4
**accurate**  17:10
**accurately**  6:17
  8:3
**action**  15:14
  16:15 17:6
  77:17
**actually**  30:3
  47:19 71:16
  73:17 74:9
**adams**  8:24
**add**  31:24 48:6
**additional**  20:3
  38:19,23
**address**  8:17
  21:9,11,13,15
**addresses**
  21:19,21 22:6
**administration**
  51:20,23 59:3
**advance**  28:9

advantageous
  52:25
advisement
  37:17
affect  7:20 8:5
agree  54:21
  73:14
agreed  53:25
  55:11 58:14
aids  46:10
  58:18
allegations
  22:22
allege  59:7
  62:15 63:6
alleged  24:14
alleging  68:22
allow  29:24
allowed  8:18
aly  66:4,11
amended  15:13
  15:20 16:14
  17:5 76:10
american  71:3
amount  63:18
amy  62:22
  63:20
animus  70:13
  70:15
answer  4:3 6:9
  7:8,15,21 8:2
  8:21 28:22
  34:14 37:24
answers  6:13
  6:19 17:16,24

75:12 76:11
anxiety  8:5
anybody  6:3
  9:11,15 11:8
  14:12 38:22
  41:9 49:4
  59:22 60:10
  62:7
anymore  71:2
anyplace  19:10
apart  44:11
apartment
  46:24
app  5:16 32:5,9
appear  12:17
  54:24
appeared  71:23
apple  22:18
apple's  23:11
  24:22
application
  66:22 67:2,6
applied  27:20
apply  8:2 63:16
  63:24 66:20
appointment
  27:8 30:18
  35:12 41:4
  42:2,11,17,18
  53:12 54:13,14
  54:18 55:21
  76:17
appointments
  34:16,17

approach
  27:23
approximately
  11:4 14:5
apps  5:9
april  77:22
area  48:21
arkansas  11:20
arrangement
  57:10
arrangements
  47:4
art  11:14,21
articulating
  65:21
arts  33:3 36:5
  36:12 62:17
ashes  5:4
asked  7:3 27:13
  50:10 51:20,22
asking  39:12,13
  49:11 65:4
  70:20
aspects  36:18
  37:18
assist  18:8,12
  40:19
assistance
  13:13 14:11
  15:7 18:12
assistant  3:12
  26:21 27:4
  35:18,25 38:4
  39:2,8 40:17
  42:2,17,24

43:13,19,23
  52:10 55:14
  56:17 62:25
  64:9 67:4
associate  36:4
  36:10,14 66:24
assume  7:16
  72:9
attend  11:10
attended  11:19
attorney  3:8
  13:5,10
attorneys  2:11
  13:16 18:10
audio  14:18
  67:9,9,11
august  10:7,16
  11:2 18:22
  28:16,17,25
  33:8 35:3
  59:15 73:4
authority  42:10
auto  12:15,18
  12:19
available  27:18
  48:2 52:18
  58:2,5
aware  26:13
  54:8

**b**

b  3:2
back  10:10
  41:14 45:7
  46:21 50:11
  52:9 55:7 57:9

58:6
**backup** 23:3,6
  23:12
**backwards** 9:6
**ballon** 28:8
**banking** 26:5
**based** 16:16
  60:6,12 61:8
  63:4 68:18
**basis** 43:3,5,25
  44:4 52:13
  57:19,22 60:16
  63:2 68:24
  69:4 71:8
**bates** 53:8
**bearing** 53:8
**becker** 62:22
  63:25
**bedroom** 4:14
**began** 18:25
  26:14 32:15
  44:22
**beginning** 10:8
  60:21
**belanger** 1:5,17
  2:4 3:1,6 4:1
  5:1 6:1 7:1 8:1
  8:12 9:1 10:1
  11:1,11 12:1
  13:1 14:1 15:1
  16:1,4,10 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1

30:1,4 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
40:3 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
72:23 73:1
74:1 75:7,17
76:4 78:4,5
**belief** 57:19
  63:2
**believe** 9:5
  10:10 14:6
  17:8 23:5
  24:11,12 26:10
  28:3 30:21
  35:17,25 37:13
  38:8 43:3,15
  43:22 44:3,14
  44:18,21 45:5
  45:24 47:6
  48:9 54:10
  56:5,9 59:16
  63:9 64:11
  68:8 69:3,14
  69:20 70:18

71:10,18 72:14
72:17
**benefit** 63:21
**benefits** 48:2
  69:25
**best** 17:11
  56:21 57:2,5
**better** 65:16
**bit** 31:11,13
**blog** 37:9
**blood** 77:17
**blue** 16:21
**bmcc** 27:4,12
**born** 44:11
**borough** 26:18
**borrowed** 4:23
**boston** 11:14
  11:22
**bottles** 4:25
**box** 5:2
**breadth** 38:11
**break** 6:6,7,10
  8:8 31:21
  42:23 72:19
**broadway** 2:6
  2:12
**business** 21:15
  50:11,15 51:4

## c

**c** 2:2 3:2 75:2
  77:2,2
**calendar** 34:18
  34:21,22,24
  35:3,6,7

**call** 46:16,17
**called** 3:3 23:11
**campus** 33:20
  47:3
**cane** 46:12,14
  57:25
**capacity** 12:14
**car** 45:15
**case** 1:10 5:2
  13:5 16:21
  20:19 22:22
  24:14 25:11
  78:4
**casey** 48:10
  49:3
**cell** 5:22
**certainly** 33:14
  43:10 63:12
  65:17 66:6
**certify** 75:8
  77:9,15
**chair** 51:12,15
**chancellor**
  62:16 71:25
  72:13
**change** 35:19
  35:21,24 58:19
**changes** 31:12
**characterizati...**
  73:14
**characterize**
  50:9 58:4
**charge** 22:20
**charles** 1:5,17
  2:4 8:12 16:4,9

75:7,17 76:4
78:5
**china** 8:20 9:7
10:6,10,16,21
11:8 20:7,18
26:5 31:9 54:7
**chinese** 69:12
69:15,21,22
70:8,9,14
72:13,15
**choppy** 14:19
**chosen** 63:15
63:23 66:19
**circumstances**
27:11,24 51:14
**claim** 70:7
**clanging** 14:18
**clarify** 8:19
15:3
**class** 43:6,7
50:11,16 51:4
**classes** 28:18
**clay** 47:6,7
**client** 13:10
**close** 5:11
**cloud** 23:8,11
**cohen** 32:19,25
38:8 41:8 44:6
44:17 45:2
48:8 49:3
59:14 72:7,12
**colleague** 3:13
65:18
**colleagues**
37:10 62:19,21

**college** 11:10
26:19
**color** 70:24
**com** 22:5
**come** 36:3
**comments**
60:15,23 61:15
70:12,21
**commission**
78:25
**committee**
37:13,14,15
**communicate**
6:3
**communicati...**
42:5
**community**
26:18
**comparison**
53:4
**compensation**
56:22
**compiled** 29:14
**complaint**
15:13,18,21
16:14 17:6
59:7 62:15
65:2,3 70:5
76:10
**complete** 73:7
75:11
**compute** 45:13
**computer** 5:10
24:3

**concentrate** 8:5
**condition** 55:9
59:8 62:20
**conditions**
41:25
**conducted**
37:16
**confirm** 15:18
16:13,16 30:25
34:12
**confused** 14:25
**congratulations**
9:21
**connection**
40:16 43:18
67:12 69:7
**connolly** 76:4
**considering**
38:14
**construction**
37:20
**consultancy**
26:22,25
**contacted** 20:6
**contained** 17:9
19:19
**contend** 64:23
**contention**
42:14,20 43:17
71:7
**continents**
41:23
**continue** 23:13
23:17 59:9
73:11

**continuing**
38:20
**contract** 30:23
31:15 56:18
63:19 70:2
**contracts** 26:2
**control** 21:10
21:24
**convalescence**
47:12
**conversation**
6:15 49:9 56:8
56:11 57:4,6
62:4 66:7,12
68:19
**conversations**
42:4,6,8 55:19
57:14 67:12,18
68:4,14,17
**copy** 5:6 15:13
25:12 26:9
34:23 35:2
74:13,15,16
**correct** 9:2,20
10:15,18 13:5
13:6 15:8
20:10 21:16,17
23:4 32:8 33:5
40:25 51:13
54:15,16 66:23
70:10 75:11,13
**corresponden...**
24:9
**counsel** 3:11,12

countries 10:19
county 75:5
  77:5
courses 28:25
  37:8
court 1:2 4:4
  6:17 7:11
  15:19 16:15,19
  17:2 74:7
covid 10:8
  33:13
created 21:12
cruz 1:18 77:7
  77:25
cs5838797 1:23
current 8:17
currently 24:8
curricular
  36:20
curriculum
  37:12
cv 1:10 16:22

**d**

d 75:2 76:2
dan 61:17
daniel 2:20
  32:20 41:10
  69:9
date 11:3 15:22
  17:20 18:18,20
  20:10 21:21
  29:11 30:15
  36:9 39:25
  50:14 53:13
  54:3,6 56:20

61:20 66:15
67:10 78:4
dated 18:21
  29:17 39:22,24
day 75:20
  77:21 78:21
days 72:11
dean 32:18,25
  33:3 38:4 39:3
  39:8 40:17
  42:2,17,24
  43:14,20,23
  52:10 55:14
  56:17 62:16
  64:9 67:4
deans 62:25
december
  39:22,24 40:24
  44:7,15,20
  76:16
decent 71:4
decisions 36:21
  36:23
defendant 3:16
  3:19,22 12:10
  17:16,25 76:12
defendant's
  15:20 17:15
  19:5 29:9
  39:23 53:9,11
  53:15 76:9
defendants 1:9
  2:11 3:8
defined 63:19

degree 11:21
  11:23 12:2
  41:11
degrees 11:17
delonie 2:21
demands 26:11
  73:3
denied 70:2
departure
  27:12
dependency
  57:25
deposed 4:7
deposition 1:16
  3:15 12:22
  14:2,4,13,16,21
  73:6,7,10,11,16
  75:9 77:10,12
  78:4
deprivation
  70:18
descent 71:20
described 26:9
  45:18 46:21
describing
  72:10
desk 51:12,15
destroy 22:24
detail 29:20
details 57:8
  66:6
determine
  34:14
determined
  41:21

developing
  37:16 69:11
development
  57:15
device 67:17
dhabi 33:18
diane 62:22
  63:20
differ 54:6
different 46:9
  46:10 70:9
differently 63:3
  63:7,10
difficult 6:17
  7:10
difficulty 71:21
direct 70:5
directed 48:9
director 36:4
  36:11,15 66:24
disability 43:8
  43:16,25 44:5
  44:7,9,15,19,23
  52:13 57:20
  59:4 60:7,12
  60:17,25 61:3
  61:9,15
disabling 62:19
disadvantage
  69:12
disadvantaged
  64:19,24 65:7
  69:15,22 71:15
  71:19

**disadvantage...**
71:12,23
**disadvantaging**
64:15
**disagree** 73:15
**discovery**
26:11 73:3
**discriminated**
68:23 69:3
71:8
**discriminating**
44:4
**discrimination**
43:16
**discriminatory**
42:15,22 43:4
43:24 52:12,15
55:2,4 60:6,11
**discuss** 37:11
57:10
**discussed** 38:10
49:11 56:16,17
56:18,22 57:7
57:15
**discussing** 38:9
**discussion**
39:19 72:22
**discussions**
38:7 41:24
**district** 1:2,3
**doctor's** 50:25
51:2
**doctors** 45:19
**document**
14:23 15:3,5,5

15:17,23 16:7
16:13,17 17:18
17:21 18:3,3
19:2 25:5 29:7
29:13,16 30:13
30:16 31:4
32:10 39:22
40:13 53:8
76:14
**documentation**
26:7
**documented**
62:3
**documents** 5:5
14:15,21 15:2
15:10 19:5,12
19:16,18,25
20:3 22:6 25:4
25:12,12,25
26:3,10 29:10
29:14,21 32:10
32:13 67:14
73:2,9 76:15
**doing** 38:12
**domain** 21:23
**doubt** 31:6
**download** 24:2
**downloading**
19:14,17
**downstairs**
25:17,18
**dr** 32:25
**draft** 74:8
**drafting** 18:12

**drive** 23:9
**drives** 23:2,12
**duckduckgo**
19:8,25
**duly** 3:3 77:11
**duration** 52:23
52:23 54:22,24
55:11
**duties** 36:10,14
37:6
**dvd** 20:3,12

**e**

**e** 2:2,2 3:2,2,2,2
32:7,8 75:2,2
76:2 77:2,2
**earlier** 14:4
72:24
**easier** 30:3,7
**eccentric** 31:11
**education**
37:14
**eeoc** 22:20
**effective** 54:14
54:19
**effort** 39:8
**either** 3:17
42:16 50:9
57:13 72:12
**electronic** 5:6
26:10 34:20
35:5 74:16
**email** 19:9,22
19:23 20:25
21:2,3,8,11,13
21:14,19,20

22:5,17 23:14
23:20 24:4,9
30:4 34:19
50:19,20 55:15
59:14,17,21
74:17
**emails** 20:24
24:2 40:21
59:17 72:25
73:19
**emerged** 45:9
**emerging** 38:4
39:3 67:5
**employed**
26:14,17 61:14
**employee** 47:8
**employees**
69:13
**employment**
26:2 30:23
31:16 32:15
33:7 35:15
41:11 61:9
62:18 64:24
67:13 69:8
**engaged** 65:11
**engagement**
65:10
**engines** 19:8
**enhanced**
37:14
**enrolled** 28:21
**entirety** 16:7
**equality** 70:19

**equipment** 37:18

**errata** 78:2

**erratic** 31:13

**esq** 2:14,15,20 2:21

**essentially** 50:25

**estate** 21:12,13 21:15

**etcetera** 22:8

**europe** 33:17

**european** 71:3 71:20

**evaluating** 37:20,21

**event** 4:24

**events** 24:14

**evidence** 15:2

**exact** 52:5 56:23

**exactly** 8:22 50:9 57:8 62:11 65:21

**examination** 76:3

**examined** 3:4

**examples** 66:3

**exhibit** 15:13 15:20,24 17:14 17:15,22 18:14 19:19 29:8,9 39:17,21,23 41:18 53:8,11 53:15 54:12,18

66:10

**exhibits** 76:8

**existed** 53:3

**experience** 68:18

**expires** 78:25

**exploded** 67:23

**express** 38:17

**expression** 70:19

**extended** 33:23

**extension** 56:17

**f**

**f** 77:2

**factor** 57:20 58:18 64:12

**factually** 17:9

**faculty** 37:20 37:21,22 48:3 56:18,20

**fall** 45:14

**familiar** 40:14 49:21

**faster** 29:22

**fatbits** 2:8 21:6 27:2

**fatbits.com** 22:2

**fatbits.com.** 21:7

**fatbits.net** 21:23 22:5

**fatbits.net.** 21:7,8

**father** 21:12,14

**father's** 5:3

**favorable** 62:17 65:19

**favoring** 66:9

**favoritism** 63:13 66:11

**february** 30:16 44:24 45:3,4 54:9 61:22

**federal** 16:15

**feel** 8:7 52:14 52:24 65:7 68:16

**felt** 38:18 52:12 64:19,23 65:15 65:17 66:18

**female** 62:19 64:8 65:18

**females** 63:8 65:13,15

**figure** 56:23,25 56:25

**figured** 50:8

**figuring** 49:16

**file** 16:19,25

**filed** 15:18 16:14,25 17:6 22:19

**final** 74:15

**fine** 30:8 36:13

**finish** 7:8

**finished** 30:2 37:24 40:5,9

**firm** 11:3 57:9

**first** 17:17 18:2 28:20 29:17,18 53:5 55:23,24 56:7 57:6 76:13

**fit** 59:23

**fitness** 59:8,9

**flight** 50:11,16 51:5

**floor** 2:6,12

**followed** 46:11

**following** 48:24 55:8 57:24 58:13 61:3

**follows** 3:5 30:23

**forget** 52:2

**form** 63:21

**formats** 54:6

**forth** 77:11

**forward** 56:19

**found** 20:2 60:6,24 61:2,8 61:15 62:10

**friedfel** 2:14 3:7 17:13 29:6 31:19 32:2,4 39:16,20 40:2 41:17 53:7 72:20,23 73:17 73:23 74:2,5,9 74:14

**fro** 10:16

**front** 4:19,22
5:7,22 17:22
**full** 8:11 63:18
**fully** 38:11
**further** 63:19
73:16 77:15
**future** 38:9
43:10 56:20

## g

**g** 3:2 75:2
**gender** 43:11
63:4,10 64:12
**general** 3:10,12
66:21,25 67:5
**geng** 62:22
64:2
**ghw** 1:10
**give** 6:13 62:13
**given** 38:15
51:11 61:3
75:12 77:13
**glasses** 5:2
**global** 33:15
**gmail.com** 2:8
21:6
**go** 18:4 27:13
29:12,22,23
30:5 31:22
39:17 41:14
47:2 72:20
73:18 74:5
**going** 3:16 4:2
7:10,16 15:12
15:14,15 16:2
16:6 17:4,13

17:22 18:4
29:6,12,13,18
29:20 30:24
31:18,19 39:16
39:20 40:3,11
42:22 46:17
52:9 53:5,7,9
54:17 69:18,19
71:16 73:6,9
**good** 3:6 31:21
**google** 19:7
**graduate** 11:24
41:22 57:16
**grant** 42:10
**granted** 27:14
**great** 4:2 59:25
**greater** 48:20
**grounds** 13:2
**guess** 13:7
34:15 55:6

## h

**h** 3:2,2
**hand** 77:21
**handwritten**
24:13
**happy** 8:8
**hard** 5:6 22:25
23:9,12 25:12
26:9 34:23
35:2
**head** 16:18
**headed** 17:24
**health** 20:18
**healthcare** 20:6
47:21

**hear** 6:22
**heard** 7:16
**held** 28:18,25
35:14 39:4,19
72:22
**helen** 51:24
**helen's** 51:25
52:3
**helpful** 74:11
**hemp** 4:25
**hereinbefore**
77:11
**hereunto** 77:21
**hilary** 28:8
**hired** 28:9
**hiring** 36:25
**hit** 45:15
**hofstra** 14:11
15:6 19:2
**hofstra's** 13:13
18:24
**hold** 12:4
**home** 25:19
**honestly** 71:2
**honored** 68:20
**hospital** 45:9,9
47:15 48:24
**hospitalization**
46:22 57:24
58:13,15,17
**hospitalized**
45:7,22,23
**hotel** 47:3,5,11
**hotspot** 4:23

**hour** 31:20
**house** 4:14
**huh** 6:16
**human** 37:3
49:18,22

## i

**icloud** 23:10
**identification**
15:21 17:19
29:11 39:25
53:13
**identified**
59:18
**identify** 29:13
65:6 66:2
70:23 71:5
**illness** 50:5
**ima** 36:12,15
41:23 52:7
66:24
**images** 22:25
**impact** 59:4
**important** 6:13
**include** 36:20
**including** 33:15
37:19
**inconsistent**
52:17,22 58:14
**indicate** 54:4
**indicated** 30:17
31:3,4 52:11
71:20
**individuals**
14:10 22:9
49:22

**influence** 7:20
**infrastructure** 52:8
**initial** 30:18 35:12 40:15
**injured** 45:11 45:17,20
**injury** 45:8 46:11,18,19,21 50:6 52:18 58:3
**institute** 11:14 11:22
**institutions** 11:18
**insurance** 69:24
**intense** 10:2
**interactive** 36:5,11
**interested** 77:18
**interesting** 32:17
**interface** 37:3
**interoperation** 41:23
**interrogatories** 17:18 18:2 76:13
**interrogatory** 22:10
**interrupt** 37:23
**interview** 28:10

**interviewed** 27:25 28:4,7 28:12
**involved** 12:13 13:17 37:12,13 37:15 41:11,12
**issues** 37:11
**itp** 41:19

**j**

**jackson** 2:10 3:14
**jacksonlewis....** 2:16,17
**january** 10:8,9 10:13,17 29:17 33:12
**jeffrey** 72:3,4
**joanna** 32:19 38:8 39:11 41:8 44:6,17 44:25 48:8 49:3,11 56:9 56:13,24 59:14 59:24 65:10 72:7
**job** 1:23 59:8 59:10,23

**k**

**k** 75:2
**keywords** 19:7 22:7
**kind** 5:6
**know** 6:7,14,23 7:9 8:21 12:15

12:25 14:25 22:7 23:7,17 24:6 28:19,24 29:4,19,22,25 40:4,8 41:2 42:13 43:21 47:13 49:16 50:6 53:15,20 55:25 58:6 61:25 65:19 66:9 67:3,7 70:25 72:6,11
**knowing** 40:20
**knowledge** 13:18 72:4
**known** 8:13
**kristi** 1:18 77:7 77:25
**kyomi** 9:14

**l**

**l** 3:2,2 32:7,8 75:2
**lab** 52:4
**largest** 36:17
**late** 10:9
**law** 4:5 13:16 18:11
**lawsuit** 12:8,11 42:21 68:22
**learn** 27:17
**leave** 27:13,14 38:24 47:16 49:12 50:2 59:11

**leaving** 38:14
**left** 10:7 55:8
**legal** 12:14,16 13:13 14:11 15:6 18:11 78:3
**lehman** 72:3,4 72:13
**letter** 27:8 30:19,19 39:24 40:15,24 41:14 41:14 53:3,12 54:25 55:7 76:16,17
**letters** 54:23
**lewis** 2:10 3:14
**library** 4:24
**licenses** 12:5
**life** 10:2
**likely** 69:9
**line** 32:5 56:20 68:21 78:6
**listed** 22:9 54:3
**little** 11:20 14:19
**live** 10:6,20,24 11:7 47:2
**lived** 8:16,20 9:7,11 10:22
**living** 10:14
**llc** 27:2
**located** 33:22
**location** 33:25 48:20

[locations - messaging]                                                    Page 10

| | | | |
|---|---|---|---|
| **locations** 34:3 | 61:1 62:1 63:1 | **manipulate** | 33:21 43:5,6 |
| **long** 8:16 9:3 | 64:1 65:1 66:1 | 30:6 | 54:10 58:10 |
| 9:17 10:5 | 67:1 68:1 69:1 | **manual** 22:12 | 63:14 65:2 |
| 13:23 14:7 | 70:1 71:1 72:1 | **march** 1:13 | 66:20 70:15,18 |
| 27:3 45:23 | 73:1 74:1 75:2 | 75:10 78:4 | **meaning** 13:21 |
| 46:3 | **made** 31:11 | **maria** 44:6,14 | 34:17 42:12 |
| **longer** 58:4 | 32:19 47:4 | 44:22 48:11 | **means** 54:9,10 |
| **longest** 34:3 | 52:17 58:2,4 | 49:4 50:17 | **meant** 14:25 |
| **look** 34:13,15 | 61:25 70:21 | 65:10 66:7 | **media** 19:11,20 |
| **looked** 59:25 | **magida** 2:20 | 72:15 | 36:5,12 38:4 |
| **looking** 31:14 | 69:9 | **marianne** | 39:3 67:5 74:2 |
| **looks** 40:14 | **magistrate** | 10:23 32:23 | **medical** 20:8 |
| **loss** 10:3 | 12:17 | **mark** 15:12 | 50:2 55:9 |
| **low** 45:7 46:21 | **mail** 22:18 | 17:22 29:6 | **meet** 13:11,11 |
| **lunch** 72:18 | **maintain** 34:20 | 39:16 53:6,7 | 13:12,19 14:7 |
| **m** | 34:23 | **marked** 15:21 | **meeting** 13:15 |
| | **maintained** | 17:19 18:13 | 14:4 32:18,22 |
| **m** 3:1,2 4:1 5:1 | 25:22 26:22 | 29:10 39:24 | 48:13,15,22 |
| 6:1 7:1 8:1 9:1 | 35:2,5,9 37:9 | 53:12,14 | 56:15 61:19 |
| 10:1 11:1 12:1 | **maintaining** | **marking** 15:24 | **meetings** 13:25 |
| 13:1 14:1 15:1 | 35:7 | 17:14 39:21 | 67:12 |
| 16:1 17:1 18:1 | **make** 45:5 53:4 | **marriage** 77:17 | **member** 48:3 |
| 19:1 20:1 21:1 | 60:14,23 61:14 | **married** 9:17 | **memory** 17:11 |
| 22:1 23:1 24:1 | 67:15 70:6,12 | **massachusetts** | **men** 64:15 |
| 25:1 26:1 27:1 | 71:4 | 8:25 10:14,14 | 65:24 71:24 |
| 28:1 29:1 30:1 | **makes** 64:11 | **master** 12:3 | **mentioned** |
| 31:1 32:1 33:1 | **male** 71:15,16 | **matt** 21:7,7 | 64:18,22 66:18 |
| 34:1 35:1 36:1 | **males** 65:12 | **matter** 77:19 | **mentoring** |
| 37:1 38:1 39:1 | 71:13 | **matthew** 1:5,17 | 37:22,22 |
| 40:1 41:1 42:1 | **man** 64:19,25 | 2:4 8:12 16:4,9 | **messages** 24:22 |
| 43:1 44:1 45:1 | 65:8 72:5 | 75:7,17 76:4 | 24:22 25:8 |
| 46:1 47:1 48:1 | **managed** 67:25 | 78:5 | 72:25 73:24 |
| 49:1 50:1 51:1 | **manager** 52:5 | **mb** 21:8 | 74:3 |
| 52:1 53:1 54:1 | **manhattan** | **mean** 3:24 4:16 | **messaging** |
| 55:1 56:1 57:1 | 26:18 | 23:3 24:7,8 | 24:18,21 25:4 |
| 58:1 59:1 60:1 | | | |

32:6
**met** 13:20
37:10 57:10
65:24
**minds** 39:11,13
**minutes** 13:24
**mobility** 46:10
58:18
**modifications**
51:9
**moment** 62:13
**money** 26:6
**monika** 2:15
**monika.zarski**
2:17
**month** 46:5,6
**months** 46:10
**montoya** 44:6
44:14,22 49:4
50:17 66:8
72:15
**morning** 3:6
**move** 40:6
**moved** 31:9
**moving** 31:9

**n**

**n** 2:2 3:2 32:7,8
75:2,2 76:2
**nailing** 56:23
**name** 3:6 8:11
8:14 26:24
51:25 64:7
78:4,5
**national** 68:24
68:25 69:4,12

69:21 70:8
71:3 72:16
**nationality**
43:11
**nationals** 69:15
69:22 70:9,14
72:13
**nature** 25:24
**necessarily**
55:24 73:14
**necessary** 5:3
36:17 46:17
**need** 6:18 8:7
29:19 40:21
46:3 53:3
58:18 67:14
73:21 74:7
**needed** 4:24
38:18 50:24
68:16
**negative** 70:17
**negotiate** 41:6
**negotiating**
41:3 42:24
**negotiation**
43:13,19 52:9
**negotiations**
55:13,16 57:21
59:5
**new** 1:3,8,19
2:7,7,13 3:8,9
3:11,12,16,17
3:19,23 11:16
17:16,25 33:15
41:12,20 75:3

75:22 76:12
77:3,8 78:4
**nobody's** 4:18
**non** 69:12,15
69:21 70:14
**nonelectronic**
25:12
**noninjury**
45:19 52:20
58:3
**normal** 6:14,15
**notary** 1:19 3:4
75:22 77:7
78:25
**note** 50:25 51:2
**noted** 74:20
**notes** 24:13,16
**notion** 61:2
**november** 9:23
9:23,24 59:11
60:4,9,19,23
61:23
**number** 20:11
37:11
**nylag** 18:24
19:3
**nyu** 1:8 2:20,21
3:18,19,23,24
11:24 21:8
22:8 23:14,20
24:2,3,10 26:4
26:15 27:14,18
28:15,17,25
30:20 31:16
32:16 33:4,7

33:11 35:12,15
36:5 38:9,14
38:17 42:11
47:8,8,10,25
48:3,16 49:23
51:20 60:5,10
60:14,22 61:7
61:9,11,14
63:22 64:25
69:8,13,15,23
71:13,24,25

**o**

**o** 75:2
**o'sullivan**
32:20 41:10,21
41:25 42:12
61:17 62:9
**oath** 4:4 75:9
**object** 12:25
**objection** 13:8
**objections**
17:16,25 76:11
**obtain** 11:15,17
11:20,22
**occasion** 59:22
59:24
**occasions** 65:17
**occur** 66:13
**occurred** 33:13
45:4 55:4 56:2
56:4 62:5 66:3
**occurring**
64:16
**october** 9:5,18
10:11,13

offended  62:12
offensive  60:16
  60:24 61:4,8
  61:16 62:10
offer  30:19
  39:7 40:15,24
  58:2,6,8,11,19
offered  38:3
  39:7 43:24
  52:15,16 62:17
office  33:22,24
  48:18,21 51:17
  51:19 56:2,5
  62:6
oh  24:11 45:21
okay  4:10 5:14
  6:10,25 7:5,6
  7:17,18 8:8,9
  8:23 10:12
  11:7 13:7
  14:20 15:12,19
  16:18 19:21
  20:5,22 21:18
  22:14 30:8,9
  30:11 32:4
  40:7,7,10
  44:13 45:21
  48:7 53:19,23
  55:5 65:5
  67:16,24 70:3
  71:14 73:13,17
once  74:14
ones  44:11
ongoing  37:19

open  5:9 70:2
operations  52:6
opportunity
  63:17
oral  42:4,6
  55:19
orally  50:18
  55:17
origin  68:24,25
  69:5
outcome  77:18
outfitting  37:19
outlook  22:14
outside  34:6
oversaw  37:17
owens  48:10
  49:3
own  21:24 24:3
  65:20
owned  8:19 9:3

        p

p  2:2,2
p.c.  2:10
p.m.  74:20
page  16:19
  18:3,4,5 29:16
  29:17,24 30:12
  30:22 31:3,4
  39:22,23 40:12
  76:3,9,16 78:6
pages  29:10,19
  30:24 76:15
pandemic
  33:13

parlance  6:15
part  10:22 40:5
  41:12
participants
  68:6
participated
  19:3
particular  34:5
  48:18
parties  77:16
past  23:12
pattern  63:13
  64:14 65:9
  71:12,23
pay  47:10
pdf  31:3
pending  6:9
people  7:12
  13:11 72:10
perceive  44:22
perceived
  44:14,19
performed  52:4
period  10:2,8
  10:24 33:23
  35:6 47:11
  60:15,18
periods  10:18
  46:9
permitted  6:2
person  28:6
  44:15,19,23
  48:13
person's  48:18

pertaining  26:5
petit  10:23,25
  32:23
phone  5:22
  67:19,21,22
  68:2
physical  23:9
  52:7
physically  4:13
  33:8,12
pity  59:25
plains  2:13
plaintiff  1:6 2:5
  12:7
plaintiff's
  17:15,24 76:11
platforms  25:4
please  6:12,23
  7:7 8:10 29:24
  40:8 41:15
  53:21
plummer  2:21
point  6:5 7:2
  8:7 22:19 35:3
  35:19 38:3,13
  44:21 47:23
  50:10 51:11
  59:10 62:2
policies  69:11
policy  37:16
polite  49:15
poorly  8:4
portion  30:9
position  26:20
  27:6,9,12,15,18

27:23 28:2,12
28:14 30:19
35:14 39:3
40:17 42:17,25
43:14,19,20,23
52:10,11 56:16
62:24 64:8,9
66:21,25 67:4
**positions** 64:5
**possession** 24:9
25:13 51:16,16
73:20
**possibilities**
57:7
**possibility**
38:16
**possible** 18:25
31:25 34:11
**possibly** 49:3
**posted** 66:21
66:25 67:5
**posting** 27:22
**postponement**
73:16
**practices** 69:11
**precipitated**
38:6
**precision** 48:23
**prejudice**
70:16
**preparation**
14:2,12,16,21
**prepare** 12:21
17:5

**prepared** 14:23
**preparing**
19:15,17
**present** 2:19
13:15 32:21
33:8 42:7 49:2
49:7 56:7,10
56:12,14 62:7
69:10
**presented**
54:23 58:12
**presently** 7:19
**preserve** 22:21
**president** 26:23
**pretty** 10:2
36:16
**previous** 31:25
**previously**
31:10 68:19
**prior** 10:5 14:6
14:8 28:17,25
31:8,13 52:18
58:2,11,15
59:10 60:4,9
60:19,23
**privilege** 13:2,8
13:10
**pro** 2:5 13:13
14:11 15:6
18:11
**probably** 31:21
**proceeding**
5:20 12:14,16
**process** 19:14
19:17 20:18

42:16,22,23
**procurement**
37:18 52:8
**produced**
20:10 21:19
25:7,11,14
26:12 32:12
59:19 67:8,10
67:15 73:5,21
**production**
67:8
**professional**
12:3,4
**professor** 26:21
27:4 35:18
36:2
**program** 13:14
13:17 14:11
15:7 18:12,24
22:16 36:5,12
36:18,19 37:10
38:20,24 41:20
41:22 57:16
**programs**
24:20 37:11
**progress** 46:13
**progression**
46:16
**promotion**
56:19
**proper** 70:25
**property** 8:20
8:23,24 9:4
**protected** 43:6
43:7

**provide** 6:18
18:18 20:7
50:24 51:2
**provided** 4:10
14:22 15:6
19:12 20:4,11
20:14 26:3
**providers** 20:7
47:21
**provost** 49:25
50:4 55:14,20
58:16,22,24
62:16 72:7,12
**provost's** 48:21
**public** 1:19 3:4
4:24 75:22
77:7 78:25
**pull** 15:14
**pursued** 27:15
**put** 56:19 58:6

**q**

**qualified** 28:22
**question** 6:8,9
6:22 7:3,8,15
7:16 8:21
32:17 34:14
42:19 44:25
45:12 48:9
58:23 60:3,21
61:13 63:5,8
64:10,20 65:23
68:10,11 69:18
**questioned**
59:9,10

**questions** 4:3
6:14,19 7:22
8:2,18 15:16
**questions's**
7:10
**quit** 5:17
**quitting** 5:16

**r**

**r** 2:2 3:2,2 77:2
**race** 70:24 71:9
72:8
**radiator** 14:18
**rather** 8:4
**reach** 49:18
**read** 29:20,24
30:9 75:8
**reading** 5:2
**ready** 53:20
**really** 39:10
**reason** 7:24
44:13,18 78:6
**recall** 9:25 11:6
12:20 14:9
18:15,23 23:21
24:5 25:2
27:19,20,21,24
32:18 34:8
35:22,23 36:9
37:7 38:21,25
41:3 42:9 46:4
46:8 47:20
48:11,17,19,22
49:4,11,20
50:3,14,23
51:10,14,18,19

51:22 53:2
54:6 55:24
56:3,8,12,13,25
57:2,5,12,16
58:20,24 59:2
59:6 60:13
61:6,20 62:11
62:14 64:7
66:14,14,16,17
70:4,22
**recalled** 32:3
**recalling** 66:5
**receive** 69:24
73:12 74:12
**received** 20:21
40:16 63:18
**recess** 31:23
**recognition**
38:19,24
**recognize**
15:23 29:21
38:11 40:12
**recognized**
31:10
**recollection**
18:17
**record** 6:2 8:10
30:5 31:22
39:18,19 41:17
67:17 68:13,15
68:17 72:21,22
73:18 74:6
75:11,12 77:13
**recorded** 67:22

**recording** 5:19
68:4,7
**recordings**
67:9,10,11,20
**records** 20:8,9
20:11,14,18,20
20:21 21:19
22:21 26:5
73:2,12
**recover** 67:25
**refer** 3:16,18
3:22 36:11
52:21 65:2
**referring** 3:19
62:20 63:25
64:2,4
**reflected** 68:20
**refresh** 18:17
**regarding**
42:16 55:14,21
**reiterate** 8:6
**rejection** 65:25
**related** 77:16
**relating** 21:15
22:21 24:14
52:10 60:24
**relative** 62:18
64:15
**release** 47:15
48:24
**released** 45:25
**relied** 46:9
**remain** 67:20
**remember** 11:3
28:11 47:13,24

49:6,10,13,14
51:23 52:5
56:23,24 57:6
57:8 59:24
61:21 62:12
**remittance**
26:6
**repeat** 6:23
42:19
**rephrase** 7:4
18:9 69:19
**report** 32:24
**reporter** 1:18
6:17 7:11 74:7
**representatives**
3:10
**represented**
13:4
**request** 32:10
51:7,12 70:2
**requested**
20:20
**requests** 17:18
18:3 19:5,18
21:20 25:5
59:19 76:14
**required** 46:23
68:8,12
**reserve** 73:10
**residency**
41:22 57:16
**resident** 33:19
33:21
**resigned** 27:15

**resources** 37:4
49:19,22
**respect** 15:2
19:20,21,23,24
20:24 21:18
41:22 44:25
49:12 54:13
63:20 66:11
73:24
**respond** 27:22
50:20
**responded** 73:4
**response** 22:9
31:25 50:22
**responses**
18:13
**responsibilities**
41:13,21
**responsible**
37:15 52:6
69:10
**responsive** 19:5
19:18 21:20
22:6 25:5
26:11 32:10
59:18 73:3,8
73:12,20
**restate** 60:21
**retain** 39:8
**retaliatory**
42:15 43:18
**return** 46:23
48:25
**returned** 10:10
58:12

**review** 14:15
14:20 15:9,17
40:21 67:14
**reviewed** 15:5
**reviewing** 40:5
**right** 4:13
15:11 20:13
35:10 38:2
43:12 54:8
58:22 73:10
74:5
**rights** 49:12,16
**robin** 28:5
**rock** 11:20
**role** 52:3,4
55:14
**roles** 63:15,24
66:19
**ronald** 28:5
**room** 4:16,17
4:18 47:11
48:8,10 49:5
**rooted** 43:16
**rose** 66:4
**rough** 74:8,10
**roughly** 56:22
**run** 36:17
**running** 36:19

**s**

**s** 2:2 3:2
**salary** 26:6
63:19
**saying** 10:12
15:4 20:17
58:24 59:3

**says** 16:4,9,21
18:5,21 41:13
41:19 53:24
54:13,18
**scanned** 16:12
**scheduling**
37:8
**school** 36:18
**sciences** 33:3
62:17
**screen** 4:20
15:15,15 30:10
**scroll** 16:2
29:18 40:3
53:16,17,21
**se** 2:5 13:13
14:11 15:6
18:11
**search** 19:4,7
22:12
**searched** 25:3
32:9
**searching** 19:6
19:8 22:5,7,8
22:11
**second** 36:17
39:18 40:12
55:25 57:11
**see** 16:7,18,20
16:21,23 17:21
29:16 46:18
53:3
**seek** 63:17
**seeking** 20:18

**seemed** 63:12
64:9,14 66:8
66:10
**semesters** 37:8
**send** 74:10,15
**separate** 71:17
**september**
54:15,19 59:15
**series** 4:3 29:9
29:14 76:15
**server** 24:8
**sessions** 37:17
**set** 17:17 18:2
76:13 77:11,21
**several** 57:7
**sex** 43:11 63:11
**shanghai** 1:8
2:20 3:9,11,22
3:23,24 26:4
26:15 27:14,16
27:18 28:15,18
29:2 30:20
31:16 32:16
33:4,7,9,11,12
33:20 34:7
35:12,16 36:6
38:10,14,18
42:11 47:9,10
47:25 48:3,16
49:23 51:13,20
59:3 60:5,10
60:14,22 61:10
62:2 64:25
69:8,13,16,23
71:13,24 72:2

share  15:15
sharing  17:4
  31:18
sheet  78:2
shirky  47:6,7
shorter  52:23
show  17:13
  30:24 39:20
  40:11 53:5,10
  54:17
showing  16:25
  30:22 41:18
  53:14
shown  54:12
shrug  6:15
shrugging
  49:13
sick  47:17
sign  31:15
  40:23 61:3
signature  16:3
  16:8 18:4,6
  30:12,25 31:2
  31:7,8,10,12,13
  31:14 53:24
  77:24
signed  18:20
  30:15 54:4
  58:5,8,11
  75:19
similarly  7:2
  62:18,21,23
  63:8
site  29:4 33:20
  34:3,5

sites  33:15,17
  34:6
situated  62:19
  62:21,23 63:8
situation  49:15
  55:4 59:25
  66:4,6
skepticism
  65:24
skimming
  16:17
sleep  8:4
slower  29:23
social  19:11,20
  69:24 74:2
solutions  78:3
somebody
  27:23 64:2
sorry  9:23 10:3
  11:6 14:22,24
  20:13,16 39:17
  46:20 48:6
  58:7 60:8,20
  66:9 69:19
  71:22
sort  7:9 38:23
south  2:12
southern  1:3
space  37:19
  52:7
speak  14:12
  66:10
speaking  7:12
  51:23

special  51:12
specific  15:16
  37:6 48:19
  61:24 65:14
  66:2
specifically
  69:6 70:20
specifics  29:5
  53:2
speculate  39:10
  39:12
spent  45:8
spoke  28:8
spoken  14:3
ss  75:4 77:4
staffing  36:23
stamp  16:19,25
  53:8
standardize
  31:12
start  28:14
started  33:7
  35:11,15
state  1:19 8:11
  75:3,22 77:3,8
statement
  65:20
statements
  65:22,23
states  1:2 50:12
  69:2
stenographic
  1:18
steps  22:20,23

stop  17:4 31:18
stopped  35:7
stored  23:6
street  8:24
struggling
  66:10
students  13:16
  18:11 28:21
  37:17
studies  12:3
study  29:4
submitted
  18:19
subscribed
  75:19 78:21
substance  7:20
  49:8
substantial
  72:25 73:15
suffolk  77:5
suggest  38:22
  47:22 59:4,23
  60:11 70:21
suggested
  58:17
suggesting
  38:25 49:14
  70:13
summer  8:24
supervisor
  32:16,20
sure  20:2 22:23
  24:11 27:10
  28:9 29:25
  32:2 40:18,20

41:16 50:7
53:18 59:20
60:9,22 63:6
67:15 70:6
71:6 73:22,25
74:4
**susan** 2:14 3:7
**susan.friedfel**
2:16
**suspend** 73:6
**suspended** 73:9
**sworn** 3:4 4:11
77:12 78:21

**t**

**t** 3:2,2 75:2
77:2,2
**table** 25:17,18
**take** 6:6,6,10
8:7 22:25
31:21 47:14,16
47:17,22 50:2
72:18
**takeda** 9:14
**taken** 22:20
31:23 65:19,22
75:9
**talking** 43:12
**tax** 26:6
**technology**
37:14 52:8
**telegram** 24:24
**tell** 7:4 45:20
68:3,6
**tenure** 27:6

**term** 50:7 70:2
**terminology**
71:2
**terms** 41:3,7,25
42:18,24 43:13
43:22 52:11,12
52:14,16,17
55:21 62:18
70:23 73:18
**testified** 3:5
72:24
**testimony** 4:11
65:3 75:9,11
77:13
**text** 24:18,21
25:4,7 32:5
40:4 72:25
73:24
**thank** 5:12,18
6:5 9:22 10:4
20:22 74:6,18
**thing** 6:7
**things** 64:21
68:18
**think** 7:9,25
24:23 31:20
46:21 47:20
62:13
**thinking** 71:21
**threw** 56:24
**time** 4:11 6:5
6:23 7:12 9:7
10:18,22,24
17:12 20:15
23:19 31:21

32:25 33:6
36:3,7 39:6,14
40:22 43:15
44:5 45:8
46:24 47:14,17
47:18,22 51:8
52:2 57:11
58:21 60:2,8
60:15,18 62:3
62:14 66:5
70:4 74:20
**times** 13:10
33:14 46:10
**tissue** 5:2
**title** 35:11,17
35:19,23 38:4
39:8 52:5
**today** 3:7,16
4:2 7:22 8:3
12:22
**together** 29:15
**told** 62:12
**took** 67:11
**top** 53:17
**track** 27:6
**transcribe** 6:18
7:11
**transcript**
74:15 75:8,10
**transferred**
11:21
**transitioned**
18:23 19:2
**treated** 63:3,7
63:10 64:13

65:15 70:8,9
**treatment** 65:9
65:12,12,13
**trip** 62:2
**trouble** 65:21
66:5
**true** 17:9 75:10
75:13 77:13
**truthfully** 8:3
**try** 7:4
**trying** 20:23
24:23
**tuition** 63:21
**two** 4:25 7:11
39:22,23 46:7
54:23 55:22
64:4 76:16
**type** 4:11 12:14
**typewritten**
24:16

**u**

**u.s.** 10:19 54:7
**uh** 6:16,16,16
**ultimately**
52:15 55:10,12
**unable** 61:25
**under** 4:4 7:19
18:5 75:9
**understand**
3:18,24 4:5
5:25 6:12,20
7:3,13,21 8:2
15:4 16:24
17:3 20:23
39:6,15 45:21

58:7 70:7

**understanding**
13:7,9 29:3
39:14 63:17,20
70:11

**understood**  6:4
6:11 7:17
20:16 74:18

**united**  1:2
50:11 69:2

**university**  1:8
3:9,9,11,13,17
3:17,20,23
11:16,19 28:21
78:4

**university's**
17:17 18:2
76:12

**use**  6:16 21:4
21:14 22:16
23:10 24:18,20
24:22 50:7
67:17

**used**  23:11 24:3
24:23,24,24
32:5

**using**  5:10 46:2

**v**

**v**  78:4
**various**  67:9
**verbal**  6:13,19
**verification**
18:5,21
**veritext**  78:3

**version**  40:23
40:24

**vice**  62:16
71:25 72:12

**videoconfere...**
1:12,16

**view**  45:6 70:17

**virtual**  1:16

**vis**  69:22,22

**visit**  34:4

**visited**  33:16
33:17

**visiting**  35:17

**visits**  34:2

**volume**  73:19

**w**

**w**  3:2 75:2

**wait**  7:7

**waley**  32:19,25
38:8 41:8 44:6
44:17 45:2
48:8 49:3
59:14 72:7

**walker**  46:11
46:14 57:25

**want**  8:6,19
15:17 37:23
50:7 52:20
53:16 58:3
70:6

**wanted**  31:24
68:15

**warrant**  38:19
49:15

**water**  4:25

**way**  5:20 34:12
38:10 39:15
49:15 52:14,19
52:22,24 54:25
64:18,22 65:10
69:14 70:3,8
70:10 71:14
77:18

**ways**  65:6,14
69:20 71:18

**we've**  15:24
18:13 31:19

**website**  37:9

**wechat**  24:24

**wednesday**
13:20,21

**week**  14:6,7
34:10 45:8,24

**weeks**  46:7

**whatsapp**
24:23

**wheelchair**
45:10 46:2,3
46:11,14,23
57:25

**whereof**  77:20

**white**  2:13 71:5
71:13,15,16,19
71:24 72:5,9

**wife**  9:14,15

**withdraw**
69:18

**withdrawn**
55:15 57:18

**witness**  3:3
31:24 32:3
72:18 73:13,22
73:25 74:4,12
74:18 76:3
77:10,14,20
78:5

**women**  63:13
63:15,23 64:15
65:22 66:19

**word**  65:18

**work**  9:6 33:11
33:17,18 38:11
47:14,22 48:25
55:6

**worked**  33:15
46:15 49:22

**working**  18:25
26:15 33:23

**writing**  50:18
55:17 68:21
73:4

**written**  42:5

**x**

**x**  1:4,11 76:2

**y**

**yeah**  4:17 9:25
10:3,9 14:24
22:13 24:12
36:7 41:19
62:14 67:25
74:9

**year**  9:18 27:5
27:13 28:20

38:15 61:21
66:16,17
**years**   26:4
**yesterday**
13:21
**york**   1:3,8,19
2:7,7,13 3:8,9
3:11,12,17,17
3:19,23 11:16
17:17,25 33:16
41:12,20 75:3
75:22 76:12
77:3,8 78:4

**z**

**zarski**   2:15
**zoom**   1:12 4:20

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Page 79

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ---------------------------------------x

5    MATTHEW CHARLES BELANGER,

6                              Plaintiff,

7             - against -`

8    NEW YORK UNIVERSITY and NYU

9    SHANGHAI,

10                             Defendants.

11   ---------------------------------------x

12                         May 12, 2023

                           9:30  a.m.

13

14            CONTINUED DEPOSITION of MATTHEW

15   CHARLES BELANGER, taken by the Defendants,

16   pursuant to Notice, held at the remotely

17   via Zoom videoconference, before Debbie

18   Zaromatidis, a Shorthand Reporter and

19   Notary Public of the State of New York.

20

21

22

23

24

25     Job No. CS5908233

Page 80

1

2   A P P E A R A N C E S :

3

4       MATTHEW CHARLES BELANGER

5       Appearing Pro Se

6            447 Broadway

7            New York, New York

8

9       JACKSON LEWIS, PC

10      Attorneys for Defendants

11           44 South Broadway

12           White Plains, New York

13      BY:   SUSAN D. FRIEDFEL, ESQ.

14           MONICA ZARSKI, ESQ.

15

16

17

18

19

20

21

22

23

24

25

Page 81

```
 1

 2                S T I P U L A T I O N S

 3

 4              IT IS HEREBY STIPULATED AND

 5      AGREED by and between the Attorneys for

 6      the respective parties hereto that filing

 7      and sealing be and the same are hereby

 8      waived.

 9              IT IS FURTHER STIPULATED AND

10      AGREED that all objections except as to

11      the form of the question, shall be

12      reserved to the time of the trial.

13              IT IS FURTHER STIPULATED AND

14      AGREED that the within examination may be

15      signed and sworn to before any notary

16      public with the same force and effect as

17      though signed and sworn to before this

18      Court.

19

20

21

22

23

24

25
```

1                    BELANGER

2     M A T T H E W   C H A R L E S

3     B E L A N G E R,

4     having first been duly sworn by a Notary

5     Public of the State of New York, was

6     examined and testified as follows:

7     CONTINUED EXAMINATION

8     BY MS. FRIEDFEL:

9         Q.    Good morning.  Mr. Belanger.  We

10    are here to continue your deposition, and

11    you understand that you are under oath?

12        A.    I do.

13        Q.    I just want to remind you of

14    some of the things we went over the last

15    time.  If you need to take a break at any

16    time, you may just ask.   Let me know.

17    The only thing I would ask is that you not

18    take a break while a question is pending.

19    Okay?

20        A.    Understood.

21        Q.    If you don't understand a

22    question or you don't hear my question,

23    just please let me know, and I will try to

24    repeat it or rephrase it for you.   Okay?

25        A.    Okay.

Page 83

1                    BELANGER

2        Q.    If you respond, I am going to

3    assume that you understood my question.

4    Okay?

5        A.    Okay.

6        Q.    And are you presently under the

7    influence of any substance that would

8    affect your ability to understand and

9    answer my questions today?

10       A.    I don't think so.

11       Q.    Is there any other reason you

12   could think of why you would not be able

13   to understand and answer my questions?

14       A.    My anxiety affects my ability to

15   concentrate and to remember, you know.

16       Q.    Well, if at any point you feel

17   like you need a break to help your

18   concentration or help with your anxiety,

19   just let us know, and we can do that.

20       A.    Okay.

21       Q.    Where are you currently?

22       A.    I am in my bedroom.

23       Q.    In your home in Massachusetts?

24       A.    That is correct.

25       Q.    And is anyone with you --

1              BELANGER

2       A.    No.

3       Q.    -- in the room.

4             And do you have any notes or

5    documents or anything in front of you?

6       A.    No.

7       Q.    Any other devices besides the

8    computer you're using for the Zoom?

9       A.    No.   Well, I do have a device

10   that is the Wifi hotspot in case I need

11   that as a backup for my Internet

12   connection.

13      Q.    Okay.  And are you recording

14   this proceeding?

15      A.    No.

16      Q.    Did you do anything since the

17   last session of your deposition to prepare

18   for today?

19      A.    I produced additional documents,

20   which meant that I went through, you know,

21   loads of documents.

22      Q.    Did you do anything else?

23      A.    No.

24      Q.    Did you talk with anybody --

25      A.    No.

Page 85

```
 1                    BELANGER
 2      Q.    -- about the deposition.
 3            Throughout your employment with
 4   NYU Shanghai, you were compensated by
 5   Shanghai New York University; is that
 6   correct?
 7      A.    I was compensated by Shanghai
 8   New York University.
 9      Q.    And were you paid in Chinese
10   currency?
11      A.    I was, yes.
12      Q.    You were not paid in U.S.
13   dollars; is that correct?
14      A.    I don't recall if I was ever
15   paid in U.S. dollars.   I don't recall.
16      Q.    And have you ever entered into
17   an employment contract with New York
18   University?
19      A.    I am not sure what you mean by
20   that.
21      Q.    So at the last deposition we
22   marked a series of contracts that you had
23   with NYU Shanghai.  Do you recall that?
24      A.    Okay.   I do.
25      Q.    Did you ever enter into any such
```

```
 1                    BELANGER
 2   contract with New York University as
 3   distinct from NYU Shanghai?
 4        A.    I am believe that I had an
 5   employment relationship with New York
 6   University.
 7        Q.    But my question is:  Did you
 8   ever sign a contract of employment with
 9   NYU?
10        A.    I don't recall.
11        Q.    You alleged at some point in
12   your complaint that you worked as NYU's
13   New York campus; is that correct?
14        A.    I worked at various campuses of
15   New York University.
16        Q.    Which campuses did you work at?
17        A.    I worked in New York, in Abu
18   Dhabi, in all the sites in Europe.    I
19   believe that is it.
20        Q.    Okay.  And when did you work
21   in New York?
22        A.    I don't recall with specificity.
23        Q.    For what period of time?
24        A.    I mean, you know, off and on
25   throughout my employment.  So you
```

1                    BELANGER

2    periodically visited the New York campus

3    during your employment with NYU Shanghai?

4         A.    Yes, I was in New York, you

5    know, often.

6         Q.    How do you define often?

7         A.    Throughout the nine years that I

8    worked.

9         Q.    Was it once a year?

10        A.    No, it would probably be more

11   than once a year.

12        Q.    How many times a year

13   approximately?

14        A.    It varied.  I mean obviously

15   Covid had an affect on my ability to go to

16   campus for those years.  In other years I

17   am sure it would have been dozens of

18   times.

19        Q.    When you say you're sure it

20   would have been, do you have any specific

21   recollection of visits to NYU IN New York?

22        A.    I was -- I was frequently at NYU

23   in New York.

24        Q.    Can you provide any more

25   specificity as to occasions that you would

```
 1                  BELANGER
 2   have been in New York?
 3        A.    I mean whenever I would come
 4   back to the United States I -- I often
 5   went to New York.
 6        Q.    Okay.  And for what reason were
 7   you coming back to the states?
 8        A.    For what reason?
 9        Q.    Yes.
10        A.    I mean multiple reasons.   It
11   was just a part of living in China that
12   you -- you know, you have a time to come
13   back to the U.S., And often it was -- you
14   know, sometimes it was around personal
15   matters, and sometimes it was around work
16   matters.
17        Q.    And --
18        A.    Sometimes it was both
19   overlapping.
20        Q.    Can you identify any instance in
21   which you were required to be in New York
22   for business purposes?
23        A.    Yes.  I worked on a new major
24   interactive media in business, and that
25   was approved through the undergraduate
```

```
 1                BELANGER
 2   program committee I believe it is called,
 3   and that committee reviews all academic
 4   programs at the undergraduate level I
 5   guess, and to present the major I needed
 6   to be there to present it.
 7       Q.    And the IMB major, that was for
 8   a program at NYU Shanghai?
 9       A.    Yes.
10       Q.    For how long -- how long was
11   that presentation that you gave to the
12   committee?
13       A.    The presentation was no more
14   than an hour I would guess.
15       Q.    And were there other
16   circumstances where you were required to
17   be in New York for business purposes?
18       A.    The major as it was presented
19   required approval with various other
20   parties including Stern, including
21   Steinhardt, who had similar programs.
22   Their consent was sought.  That required
23   meeting with people in New York.
24       Q.    And was that on the same trip
25   that you presented to the undergraduate
```

```
 1              BELANGER
 2   program committee?
 3       A.    I believe it was across multiple
 4   trips.   This IMB major was in development
 5   for a long period of time and was delayed
 6   in part because of my condition.
 7       Q.    Do you have any records that
 8   would indicate when you were required to
 9   be in New York on business for NYU
10   Shanghai?
11       A.    You know, there was
12   correspondence with various people.    I
13   don't recall the exact substance of those
14   correspondence --
15       Q.    Other than to obtain approval of
16   the IBM program, were there other
17   occasions where you had to be in New York?
18       A.    Where I had to be in New York?
19       Q.    Yes.
20       A.    Yes.   It was important for me to
21   evaluate for the purpose of the -- my
22   students studying away what -- what their
23   experience would be in New York, what
24   opportunities they would have at various
25   programs seeing that in a program where
```

Page 91

1                    BELANGER

2    the -- the learning happens in a very

3    hands on way, it is very important to do

4    that physically.

5        Q.    And how many times did you come

6    to New York for that purpose?

7        A.    Repeatedly throughout my time.

8        Q.    Can you you quantify what

9    repeatedly means?  Twice?

10       A.    No.  As I said previously,

11   sometimes I was in New York, you know,

12   dozens of occasions in a year.

13       Q.    That you were required to be in

14   New York on dozens of occasions?

15       A.    Well, what do you mean by

16   required?

17       Q.    I am asking can you identify

18   other than the -- when you had to

19   physically be present to present to the

20   committee and potentially to meet with

21   folks at Stern or Steinhardt about the IMB

22   program, were there any other occasions

23   where you were required to be in New York?

24       A.    Required by a person or required

25   by the circumstances or required how?

1                    BELANGER

2        Q.    Where some supervisor of yours

3    said you need to be in New York to present

4    this or to meet with this person or to do

5    this thing.

6        A.    I don't recall.

7        Q.    And how often were you in Abu

8    Dhabi?

9        A.    I was there a few times.  At

10   least two or three.

11       Q.    Was there ever an occasion where

12   you had any extended stay in New York for

13   business purposes like beyond a week or

14   so?

15       A.    Well, at the time I lived in New

16   York.

17       Q.    When did you live in New York?

18       A.    I lived in New York for many

19   years.

20       Q.    Did you live in New York after

21   August of 2013?

22       A.    Yes.

23       Q.    When did you live in New York?

24       A.    I moved to New York September 1,

25   2001.

Page 93

1                    BELANGER

2        Q.    Let me be more specific.  After

3    August 2013 when you began your employment

4    with NYU Shanghai, did you ever live in

5    New York?

6        A.    Yes.

7        Q.    When?

8        A.    I don't recall an exact time

9    when it stopped, but I had a residence in

10   New York.

11       Q.    Meaning you owned a home in New

12   York?

13       A.    No.

14       Q.    You rented a home in New York?

15       A.    No.

16       Q.    So how did you have a residence

17   in New York?

18       A.    Neither one of those conditions

19   are required to have a residence

20   somewhere.   You don't need to buy a

21   property are or rent a property.

22       Q.    How did you have a residence in

23   New York?

24       A.    My partner Mary Anne Petite had

25   an apartment.

1                    BELANGER

2        Q.    Okay.  And did you physically

3    live in that apartment in New York?

4        A.    Yes.

5        Q.    For what period of time?

6        A.    Again, I don't recall an exact

7    period when that ended.

8        Q.    When did it start?

9        A.    Sometime after 2003 or

10   sometime -- yes, sometime after 2003.

11       Q.    And in 2013 you moved to China

12   to teach at NYU Shanghai, right?

13       A.    Say it again.

14       Q.    In 2013 you moved to China to

15   work at NYU Shanghai?

16       A.    Yes.

17       Q.    And did you move back to the

18   United States at some point?

19       A.    I mean I've owned a property in

20   Massachusetts --

21       Q.    I am not asking about what

22   property you owned.  I am not asking

23   about what apartments you had access to.

24   I am trying to understand where you were

25   physically.

1                  BELANGER

2              So at any point in time from

3      August 2013 to your resignation from NYU

4      Shanghai in May of 2022, did you

5      day-to-day live --

6          A.    Excuse me/, I did not resign

7      from NYU Shanghai.

8          Q.    Okay.  Let me just talk about

9      the timeframe.  From August of 2013 to May

10     of 2022, were there any periods of time

11     where your physical person was living in

12     New York?

13         A.    Yes.

14         Q.    Okay.  When?

15         A.    I mean whenever I would return

16     from China.

17         Q.    Do you understand the

18     distinction between living somewhere and

19     visiting somewhere?

20         A.    I understand that I maintained

21     an apartment in -- in New York through my

22     partnership with Mary Anne Petite.

23         Q.    When did your partnership with

24     Mary Anne Petite end?

25         A.    In November of last year.

1              BELANGER

2      Q.    November of 2022?

3      A.    Yes.

4      Q.    Okay.   And how many times were

5  you in the apartment in New York for more

6  than a week between --

7      A.    There is no way I can answer

8  that question.   We are talking about ten

9  years, and I mean I --

10     Q.    You are not answering -- the

11 thing is you didn't live in the apartment

12 in New York.   Right? You didn't --

13     A.    Of course I did.   I had

14 possessions there.   I mean --

15     Q.    Did you sleep there?

16     A.    Of course.

17     Q.    How many nights did you sleep

18 there?

19     A.    Of course I slept there.   It

20 was my home.

21     Q.    When you were teaching in

22 Shanghai, were you physically in Shanghai?

23     A.    I was physically in Shanghai.

24     Q.    Okay.

25     A.    Sometimes.

1                    BELANGER

2        Q.    You were never -- did you ever

3    teach from New York?

4        A.    I don't recall.

5        Q.    Did you have an office in New

6    York?

7        A.    I did not have an official

8    office in New York, no.   I mean apart

9    from the one in my apartment.

10       Q.    When we spoke last we talked

11   about the fact that you had been

12   hospitalized in February of 2017 due to a

13   problem with your back.

14            At that point in time did any of

15   your healthcare providers direct you to

16   not work?

17       A.    Not to work.  I don't believe

18   so.

19       Q.    Okay.  Did any of them direct

20   you to reduce your work effort or modify

21   your work?

22       A.    Modify my work, yes.   They

23   encouraged me to sit less.

24       Q.    Okay.  Did they ask you to

25   modify your work in any other way?

```
 1                    BELANGER
 2        A.    They encouraged me to take
 3   breaks, get up, walk around, to engage in
 4   physical therapy and physical activities
 5   intermittently throughout the day,
 6   stretching, exercising.
 7        Q.    And you had a standup desk in
 8   your office at NYU Shanghai for that
 9   purpose?
10        A.    I had a desk that could convert
11   from sitting to standing.
12        Q.    In April of 2017, did you
13   discuss promotion -- your promotion from
14   assistant to associate professor with
15   Maria Montoya?
16        A.    Say that again.
17        Q.    In April of 2017, did you
18   discuss the idea of your promotion from
19   assistant to associate professor?
20        A.    April of 2017.  Yes, I believe
21   so.
22        Q.    And Ms. Montoya was supportive
23   of you seeking a promotion at that point?
24        A.    I don't know if she was
25   supportive.  I was eligible for promotion.
```

1                    BELANGER

2        Q.    She encouraged you to seek

3    promotion?

4        A.    I don't know if she encouraged

5    me or basically tried to require me to do

6    it at that time.

7        Q.    Okay.  And did you pursue that

8    application for promotion at that time?

9        A.    I did not because it was in

10   conflict with several things.

11       Q.    So you didn't pursue promotion

12   in April 2017?

13       A.    I didn't.

14       Q.    Okay.  And are you contending

15   that there was something discriminatory or

16   retaliatory about the fact that you didn't

17   pursue promotion at that time?

18       A.    Say that again.

19       Q.    Are you alleging that there is

20   something discriminatory or retaliatory

21   about the circumstances around you not

22   applying for promotion in April of 2017?

23       A.    I mean if I can, I object to

24   this question.  I feel like it is trying

25   to lead me in a specific way.

```
 1                    BELANGER
 2        Q.    You can object to the question,
 3   but you still have to answer it.
 4        A.    Say it again.
 5        Q.    Okay.
 6              With respect to the discussions
 7   around promotion in the spring of 2017,
 8   are you claiming that anything
 9   discriminatory or retaliatory occurred?
10        A.    With respect to conversations
11   around promotion, I mean I believe that I
12   expressed that I -- I couldn't do it then
13   or that I needed more time under the
14   circumstances, and that didn't -- that
15   didn't seem to be granted until I signed
16   the previous offer letter, and then
17   Montoya came to the negotiating table --
18   excuse me.   That is my e-mail.   I am
19   just going to close out of the e-mail.
20        Q.    Okay.
21        A.    Okay.
22        Q.    The administration cannot
23   require a faculty member to go up for
24   promotion, can it?
25                  MS. FRIEDFEL:   I am going to
```

1                    BELANGER

2        withdraw the question.

3        Q.    Nobody required you to go up for

4    promotion at that time in 2017; is that

5    correct?

6        A.    Nobody required me to? I believe

7    that they were required me to until I

8    signed the prior offer letter.

9        Q.    In what way did they require you

10    to?

11       A.    They were requiring me to.

12       Q.    Who --

13       A.    Montoya was insisting that I do

14    this, that I do this process at that time.

15    She was requiring it.

16       Q.    You ultimately didn't --

17       A.    When I signed the previous offer

18    letter.

19       Q.    You are referring to the offer

20    letter for the assistant dean of emerging

21    media position?

22       A.    There were two offer letters.

23    Well, there were multiple offer letters I

24    should say including one for my teaching

25    and one for my administrative appointment.

1                    BELANGER

2        Q.    Right.   And at some point in

3    time did somebody tell you that there was

4    going to be some consequence if you did

5    not apply for promotion from assistant to

6    associate professor?

7        A.    The implication certainly was

8    that my contract would expire, and I would

9    be out of a job.

10       Q.    But your contract was not

11   expiring at that time? You were not up for

12   renewal of your contract at that time,

13   correct?

14       A.    That was my understanding that

15   that is what they were doing.

16       Q.    I'm sorry.   You froze, and I

17   didn't here what you said.

18       A.    It was my understanding that

19   that is what they were doing to me.

20       Q.    And what was basis of that

21   understanding?

22       A.    Because of the circumstances,

23   because of their words.

24       Q.    And whose words?

25       A.    Montoya and Willy Cohen.

1                    BELANGER

2       Q.    And what did she say -- one at a

3    time.   What did Montoya say?

4       A.    It is in e-mail.   I don't have

5    it engrained in my memory, but --

6       Q.    So all communications with

7    Montoya about this topic that you are

8    referring to are via e-mail?

9       A.    No.   We did have face-to-face

10   conversations about it as well on at least

11   two or three occasions.

12      Q.    And what did Maria Montoya say

13   during those face-to-face communications

14   that you felt was somehow requiring you to

15   apply for a promotion or else your

16   contract was not going to be renewed?

17      A.    I mean those -- those are

18   the -- that is the takeaway from what was

19   being said to me.   That is all I can say.

20   Both in e-mail and to my face that I

21   needed to do this.

22      Q.    But you made clear --

23      A.    It felt like a requirement.

24      Q.    Ultimately you were not required

25   to apply for promotion at that time; is

1                    BELANGER

2    that correct?

3         A.    That is correct.

4         Q.    Your contract came up for

5    renewal.  It was to expire at the -- in

6    2019; is that right?

7         A.    Which contract and what time are

8    we talking about?

9         Q.    If you look in Exhibit Share at

10   Exhibit 3, what we marked previously.

11        A.    Exhibit 3?

12        Q.    Yes.

13        A.    So we are talking about Matthew

14   Charles Belanger_3 and then a series of

15   numbers?

16        Q.    Correct.

17        A.    I have that document open.

18        Q.    You are a step ahead of me

19   because mine is still downloading.  It is

20   taking forever.

21             I am going to scroll down to

22   page 3 where your 2015 contract appears.

23   We just talked about the letters that you

24   signed in 2017, that amendment.  Here it

25   is.  It is page 42 of Exhibit 3 is the

1                    BELANGER

2    amendment letter to your 2015 offer, which

3    says that your term of appointment --

4         A.    42?

5         Q.    Yes, page 42 of the exhibit.

6         A.    It is loading.   I am on page

7    42.

8         Q.    Do you see where it says that

9    your appointment was extended to May 31,

10    2019?

11        A.    No.  Maybe I should look at 41.

12        Q.    No, there is -- do you see the

13    Bates stamp at the bottom of the page that

14    says Defendants 226?

15        A.    No.   I see Defendants 179.   Am

16    I on the wrong page?

17        Q.    The following page.   It is the

18    next page.

19        A.    Okay.   Got it.

20        Q.    So your appointment was due to

21    expire May 31, 2019, correct?

22        A.    This is after.

23        Q.    Right as of April 28, 2017 your

24    appointment was due to expire May 31,

25    2019; is that correct?

1                    BELANGER

2        A.    These conversations were

3    happening before that.

4        Q.    I am not talking about

5    conversations any more. I have moved on.

6    My question as of April 28, 2017 your

7    appointment was due to expire on May 31,

8    2019, correct?

9        A.    I don't recall when this letter

10    was signed.

11        Q.    Well --

12        A.    Clearly it was issued.   Let me

13    see here.

14        Q.    Scroll down.   I guess it was

15    dated May 2 you signed it, 2017.   So you

16    want to say as of May 2?

17        A.    Yes, I believe we discussed that

18    date format last time.   It was done in --

19    in the Chinese convention, which has the

20    date and then the year.

21        Q.    Right.   Okay.   So

22    you -- pursuant to NYU Shanghai

23    procedures, you were required to seek

24    renewal of your contract in -- in the

25    early part of 2018; is that correct?

1                    BELANGER

2        A.    I was required then.   Yes.

3        Q.    Okay.   And you submitted a

4    request for renewal, correct?

5        A.    I submitted what I believed was

6    a docket that was going to be used in

7    consideration for a promotion.

8        Q.    And what was the basis of your

9    belief that it was going to be used in

10   consideration for a promotion?

11       A.    Because on many occasions it had

12   been suggested to me that I was going to

13   be considered for promotion by both the

14   provost and the dean.   That was the

15   nature of every conversation that we had

16   about my status between 2016 and 20 -- and

17   whenever the docket was submitted.

18       Q.    Okay.   In connection with that

19   submission, did you make any written

20   request that that docket or application be

21   considered for promotion?

22       A.    I don't recall.

23       Q.    And you were reviewed for

24   renewal at that point in your renewal, and

25   your renewal was approved; is that

Page 108

1                    BELANGER
2    correct?
3        A.    That is correct.
4        Q.    And you were not reviewed for
5    promotion at that time; is that correct?
6        A.    I don't know, but that is my
7    understanding.
8        Q.    If you had been reviewed and
9    approved for promotion in spring 2018,
10   that promotion would have gone into affect
11   with your 2019 contract renewal, correct?
12       A.    I believe so.
13       Q.    And is it your contention that
14   there was something discriminatory about
15   the fact that you were not reviewed for
16   promotion in spring 2018?
17       A.    Certainly retaliatory and likely
18   discriminatory.
19       Q.    Okay.  And what is the factual
20   basis for your belief that there was
21   something retaliatory about the failure to
22   review you for promotion?
23       A.    I had accused Montoya of
24   discrimination previously.
25       Q.    When did you first accuse

1                    BELANGER

2    Montoya -- Dean Montoya of discrimination?

3         A.    When she provided an offer

4    letter to me that was inconsistent to what

5    had been agreed to prior to my

6    injury -- not injury.  Condition.

7         Q.    And that was in or about March

8    of 2017?

9         A.    It would have been, yes, around

10   that time period, March and April into May

11   potentially.

12        Q.    Did you accuse Dean Montoya of

13   discrimination at any point between that

14   March, April, potentially May period of

15   2017 and the promotion review in spring of

16   2018?

17        A.    I may have.

18        Q.    You don't specifically recall?

19        A.    I mean I recall expressing that

20   to her on multiple occasions.  I don't

21   remember the exact dates.

22        Q.    Did anybody say or do anything

23   that would or that did suggest to you that

24   the fact that you were not renewed

25   for -- I'm sorry -- reviewed for promotion

1                    BELANGER

2    was connected to the allegations of

3    discrimination you had made against Dean

4    Montoya?

5         A.    Say that again.

6         Q.    Sure.

7              Did anyone say or do anything

8    that suggested to you that the fact that

9    you were not reviewed for promotion was

10    connected in some way to your allegations

11    of discrimination against Dean Montoya?

12         A.    Did anyone say it to me?

13         Q.    Yes.

14         A.    I am not sure if I -- if I

15    understand.   Can you say it one more

16    time?

17         Q.    Did anyone say anything to you

18    that suggested to you that you were not

19    reviewed for promotion in the spring of

20    2018 because you had made a complaint or

21    allegation of discrimination against Dean

22    Montoya?

23         A.    I don't recall.

24         Q.    Did Dean Montoya say anything

25    that suggested to you that there was a

1                    BELANGER

2    connection between your allegations of

3    discrimination and the fact that you were

4    not reviewed for promotion?

5        A.    I don't recall.

6        Q.    You said that there was a

7    possibility that it was discriminatory.

8             What is the basis for your

9    belief that there was something

10   discriminatory about the fact that you

11   were not reviewed for promotion?

12       A.    My health condition was ongoing

13   and certainly well known to the

14   leadership.  Again, I outlined earlier

15   that it was the basis for some delay in

16   the approval process of the IBM major,

17   and, yes, at a certain point, and I don't

18   recall the date, but the provost did

19   question my fitness.  So clearly it was

20   something that they had in their heads or

21   she did.

22       Q.    You said that your health

23   condition was the basis for the delay in

24   the approval process for IMB.   What do

25   you mean by that?

```
 1                     BELANGER
 2        A.     I don't recall the specifics
 3   without reviewing the e-mails in greater
 4   detail, but the major was at a certain
 5   point in its approval process when my
 6   condition occurred and staying on top of
 7   the important day-to-day obligations of
 8   running the existing program were a
 9   challenge to me, but I was doing it, and
10   the result of that was that, you know,
11   some things had to be back-burner'd.
12   Some things had to be deprioritized.
13        Q.     Did anyone say or do anything to
14   suggest that there was some animus against
15   you as a result of you needing to make
16   some -- to deprioritize certain things
17   because of your condition?
18        A.     I did feel as though I became
19   increasingly criticized by Dean Montoya
20   particularly following my condition
21   developing and my assertion that she was
22   discriminating against me sometimes
23   subtle, sometimes less subtle but over the
24   course of the time between then, you
25   know -- the period where that contract was
```

Page 113

1                    BELANGER
2    being finalized and the next
3    reappointment.
4         Q.    When you say that contract,
5    which contract are you referring to?
6         A.    The one from 2017.
7         Q.    What did Dean Montoya say to you
8    to make you feel increasingly criticized?
9         A.    Again, I would have to review
10   the e-mails, but, you know, there were a
11   number of occasions where I felt like I
12   was being unfairly criticized.
13        Q.    Can you give me any examples?
14        A.    Again, I don't recall the timing
15   of these things.   This seems to keep
16   coming up.   There was an episode with
17   Ally Rose, who was a student, flying a
18   drone near Hong Kong Airport, and I had a
19   conversation with Ally about that, which
20   became a small disagreement, and I am not
21   sure how Dean Montoya knew or found out
22   about that, but she criticized me for
23   talking to Ally Rose.   So --
24        Q.    She criticized you for the
25   manner in which you spoke with Ally Rose?

1                    BELANGER

2        A.    I don't recall if it was the

3    manner or the substance.  You know, there

4    were other occasions where, you know, the

5    dean accused me of trying to go around her

6    authority.   There were times when it --

7    you know, she expressed other criticisms

8    of me.

9        Q.    And --

10       A.    Again, sometimes subtle,

11   sometimes less subtle.

12       Q.    Do you recall what Dean Montoya

13   said to you about your disagreement with

14   Ally Rose?

15       A.    I might need some time to

16   reflect on that.

17       Q.    You said that Dean Montoya

18   accused you of going around --

19       A.    The topic is definitely

20   triggering my anxiety, so --

21       Q.    You said that the dean accused

22   you of going around her authority.   When

23   did she accuse you of that?

24       A.    There was an episode where some

25   personnel in human resources, and I don't

1                      BELANGER
2    recall exactly who -- it might have been
3    Bradley Domangue or there may have been
4    someone else, deferred to Jeff Lehman on a
5    decision that I had asked them about, and
6    I contacted Jeff as was common for me to
7    do, and when Montoya found out that I had
8    contacted Jeff and not her even though HR
9    had instructed me to contact Jeff
10   she -- she did not like that.
11        Q.    Any other examples of this
12   increasing criticism?
13        A.    There are many in e-mail, but
14   again I don't -- I can't -- I would need
15   some time to reflect on them and think
16   about -- think about it.
17        Q.    And you alleged that the provost
18   at some point questioned your fitness.
19   That is provost Waley-Cohen, correct?
20        A.    That's correct.
21        Q.    And when -- I'm sorry.  Not
22   when.
23             Did that occur in writing or was
24   it or orally?
25        A.    It was in e-mail.

1                    BELANGER

2        Q.    Do you know approximately when?

3        A.    I believe that occurred in

4   August or September of 2018.   It could

5   have even been October.

6        Q.    Okay.  Are you aware of any

7   other faculty who in the spring of 2018

8   submitted a packet for review without

9   expressly --

10              MS. FRIEDFEL:   Withdrawn.

11       Q.    Are you aware of any other

12  faculty in spring of 2018 that submitted a

13  packet which they thought was going to be

14  reviewed for promotion but was not?

15       A.    Dan Mikesell I know.

16       Q.    Anybody else?

17       A.    What was the time period again?

18       Q.    In spring of 2018.

19       A.    I can't think of anyone else off

20  the top of my head.

21       Q.    You raised the failure to

22  consider you for promotion with Dean

23  Montoya at that time; is that correct?

24  That is spring of 2018 when you are

25  reviewed but not promoted?

```
 1                    BELANGER
 2       A.    I raised that with her, yes.
 3       Q.    Youd did, and Dean Montoya
 4   requested that you file for promotion in
 5   fall of 2018 or spring 2019, correct?
 6       A.    I don't recall.
 7            MS. FRIEDFEL:  I am going to
 8        mark as Exhibit 6 I believe we are up
 9        to an e-mail dated June 5, 2018.   If
10        I do this correctly, it should show
11        up in the marked exhibits file as
12        Exhibit 6.
13            (Defendants' Exhibit 6 marked
14        for identification.)
15       Q.    Do you recognize this e-mail?
16       A.    I don't.   What do I need to do?
17   Do I need to go to Exhibit Share?
18       Q.    Yes, in Exhibit Share under
19   marked exhibits it should be there as
20   Exhibit 6.
21       A.    I see 1 through 5.  I still
22   don't see it, and I did a force refresh.
23       Q.    Okay.   So I am going to try to
24   share my screen.   Let's see how this
25   goes.
```

1                   BELANGER

2           Can you see my screen?  Do you

3    see Exhibit 6?

4       A.    I do.  I don't -- okay.  I see

5    Exhibit 6.   Yes.

6       Q.    So if you look down at the

7    bottom -- let me first identify it.  At

8    the top you see that this was an e-mail

9    sent from Maria Montoya to you on June 25,

10   2018?

11      A.    I see from Maria Montoya, and I

12   see date June 5, 2018.

13      Q.    To Matthew Belanger.

14      A.    Yes.

15      Q.    Okay.  And if you look at the

16   bottom of this paragraph that I am going

17   to try to highlight here Dean Montoya says

18   if you want to put yourself up for

19   promotion in fall of 2018 or spring of

20   2019, correct?

21      A.    Yes.   Correct as to what?

22      Q.    That she suggests to you that

23   you could put yourself up for promotion in

24   fall of '18 or spring of '19?

25      A.    What she seems to be expressing

BELANGER

1

2  is that I develop a set of guidelines, and

3  that I can then -- that she will then

4  review, and then once those standards are

5  agreed to I can apply for promotion.  She

6  doesn't suggest when I can apply for

7  promotion but just based on the acceptance

8  or approval of those standards.

9      Q.   Okay.  If you look up above

10  here, she says, "I would suggest that you

11  now put yourself up for early promotion in

12  fall of 2018 or spring 2019.  The

13  promotion to associate if it goes through

14  will begin in spring of 2019 with your new

15  contract."   Right?

16      A.    She says "I would suggest that

17  you now put yourself up for early

18  promotion in fall 2018 or spring 2019.

19  The promotion to associate if it goes

20  through will begin in spring 2019 with

21  your new contract."

22      Q.    Okay.  And did you at any point

23  in the fall of 2018 or the spring of 2019

24  submit a request or an application for

25  promotion from assistant to associate?

1                    BELANGER

2        A.    I did not.

3        Q.    Why not?

4        A.    A lot of things happened in

5    between there.   One of which is that the

6    guidelines that were submitted were just,

7    you know, in limbo perpetually.   So I am

8    not sure.  You would have to ask the

9    powers that be what happened there, but

10   also Dean Montoya suggested that I hadn't

11   been put forward for promotion under the

12   existing guidelines because of a clerical

13   error.

14       Q.    Okay.   And she suggested to you

15   that that clerical error could be

16   corrected if you just submitted your

17   packet for review?

18       A.    No, she did not.

19       Q.    She did not suggest to you that

20   you should resubmit your packet for

21   review?

22       A.    She suggested that the clerical

23   error could be corrected without my need

24   to go through the process of evaluation

25   again.  That is what she suggested.

1                  BELANGER

2        Q.    When did she suggest that to

3    you?

4        A.    In a meeting that I had with

5    her.

6        Q.    And who else was present at that

7    meeting?

8        A.    I don't believe anyone else was

9    present, but the meeting was recorded and

10   provided to me -- and provided to you by

11   me.

12       Q.    So if I understand you

13   correctly, you're saying that her comments

14   to that affect are part of the recording?

15       A.    Yes.

16       Q.    You at some point elected to

17   grieve the lack of review for promotion;

18   is that right?

19       A.    I tried.

20       Q.    And Dean Montoya met with you

21   for the informal resolution step of that

22   process?

23       A.    She did.  I believe that is the

24   meeting that was recorded, one of the

25   meetings -- one of the recorded meetings

```
 1              BELANGER
 2   that I provided to you.
 3           Can we take a break?
 4      Q.   I was going to suggest that.
 5   Why don't we break a now.
 6           (Recess taken.)
 7            MS. FRIEDFEL:  Back on the
 8        record.
 9            I am going to mark as Exhibit 7
10        or at least I am going to attempt to
11        a document that is Bates stamped
12        Defendants 10052 to 10053, and
13        hopefully it should be in Exhibit
14        Share.  If it is not, I will share
15        my screen again.
16            (Defendants' Exhibit 7 marked
17        for identification.)
18      Q.   It is Exhibit 7 in Exhibit Share
19   if you go in the marked exhibits folder.
20      A.   Maybe be I am in the wrong
21   place. I am in home and then -- yes. I see
22   it.
23      Q.   So if you look at Exhibit 7, you
24   see the original e-mail dated October 30,
25   2018 at 1:07 p.m.
```

1                    BELANGER

2        A.    Say that again.  I'm sorry.

3        Q.    There is a forward, but the

4    original e-mail was dated October 30, 2018

5    at 1:07 p.m. from Maria Montoya to you

6    with a copy to Joanna Waley-Cohen.

7              Did you receive this?

8        A.    Say it again.

9        Q.    Did you receive this e-mail from

10   Maria Montoya on or about October 30,

11   2018?

12       A.    Let me read it.

13             (Pause.)

14       Q.    Please tell me when you are

15   finished reading it.

16       A.    I will.

17             (Pause.)

18       A.    I finished reading it.

19       Q.    Did you receive that e-mail on

20   or about October 30?

21       A.    I believe so.

22       Q.    And did you take any of the

23   steps outlined in the e-mail?

24       A.    I tried.

25       Q.    And when did you try?

```
 1                   BELANGER
 2        A.    Throughout the time from that
 3    point forward.
 4        Q.    Did you ever make a request to
 5    --
 6             MS. FRIEDFEL:  Withdrawn.
 7        Q.    Did you resubmit your file via
 8    interfolio for promotion review?
 9        A.    My understanding is the file was
10    already there.
11        Q.    Did you request that it be
12    reviewed for promotion purposes?
13        A.    Yes.
14        Q.    And to whom did you make that
15    request?
16        A.    I believe I made it to Maria and
17    possibly also Christian.
18        Q.    When did you make that request?
19        A.    I don't recall.
20        Q.    Did you make it in writing?
21        A.    I believe so.
22        Q.    Was it via e-mail?
23        A.    I believe so.
24        Q.    Do you have a copy of that
25    e-mail?
```

Page 125

1                      BELANGER
2        A.    If I do, it was provided to you,
3    and I am sure you have access to it.
4        Q.    We don't need to look at that
5    exhibit any more.
6        A.    I know that I asked or multiple
7    occasions to be promoted under the Tisch
8    guidelines.
9        Q.    And do you recall when you made
10   those requests?
11       A.    I don't recall, But following
12   this letter.  Following this letter,
13   e-mail.
14       Q.    Were all those requests in
15   writing?
16       A.    I don't know if all of those
17   requests were in writing.
18             Can we go off the record for one
19   be second.
20       Q.    Yes.
21             (Discussion held off the
22     record.)
23             MS. FRIEDFEL:  Back on the
24     record.
25       Q.    What is the IMA Low Res graduate

1                    BELANGER

2    program?

3         A.    What is it?

4         Q.    Yes.

5         A.    It is the IMA Low Res the

6    graduate program.   It was a graduate

7    program that was conceived of by myself

8    and Mary Anne Petite.   It was --

9         Q.    Is it --

10        A.    Go ahead.

11        Q.    I'm sorry.   I will just ask a

12   more specific question.   Is it a joint

13   program between NYU and NYU Shanghai?

14        A.    I don't know the specific behind

15   the scenes details at this time.   I mean

16   I -- I know some details about how it was

17   developed, but I don't know in practice

18   what it has become.

19        Q.    Okay.   As far as you are aware,

20   was the intention for to be a joint

21   program between NYU and NYU Shanghai?

22        A.    I am aware that there was some

23   debate about that, whether it should be

24   based in New York or a joint program.

25        Q.    Okay.   And did you have

```
1                     BELANGER
2     discussions in the spring of 2018 with
3     provost Joanna Waley-Cohen about the
4     possibility of your leading the IMA Low
5     Res graduate program?
6          A.     When was the date?
7          Q.     It was on or about May 7, 2018.
8          A.     I don't recall.
9               MS. FRIEDFEL:  I am going to
10          introduce as Exhibit No. 8 an e-mail
11          bearing Bates stamp Defendants 8331.
12               (Defendants' Exhibit 8 marked
13          for identification.)
14          Q.     Do you see that document, Mr.
15     Belanger?
16          A.     Yes.
17          Q.     And you received that e-mail on
18     or about May 7?
19          A.     It looks like it.
20          Q.     Thereafter you had ongoing
21     negotiations with Provost Waley-Cohen and
22     Dan O'Sullivan about --
23          A.     I was reading the e-mail.   Do
24     you mind if I finish before we continue?
25          Q.     I am actually not asking you any
```

1                    BELANGER

2    questions about the e-mail specifically.

3    I just wanted to confirm that you sent it.

4         A.    Okay.

5         Q.    So from this point forward

6    though you had some ongoing negotiations

7    with Provost Waley-Cohen and Daniel

8    O'Sullivan about the possibility of you

9    leading the program; is that correct?

10        A.    Primarily with Dan O.

11        Q.    Okay.   And you were given an

12   offer to be the codirector of the program;

13   is that correct?

14        A.    That is correct.

15        Q.    And you turned down that offer,

16   right?

17        A.    I did.   I put forward a

18   counteroffer.

19        Q.    You did.   Okay.

20             MS. FRIEDFEL:  I am going to

21        mark as the next exhibit another set

22        of e-mail correspondence as Exhibit

23        9.   It is Bates stamped Defendants

24        8532 to 8533.

25             (Defendants' Exhibit 9 marked

1                BELANGER
2         for identification.)
3     Q.    I am just going to ask you to
4   take a look at that e-mail if you want to
5   read it and let me know when you are
6   finished reading it.
7     A.    Sorry.  Can you say again the
8   number?
9     Q.    It is Exhibit 9.
10    A.    Okay.  Should I read this?
11    Q.    Yes.
12          (Pause.)
13    A.    Okay.
14    Q.    Did you send and receive these
15  e-mails as indicated in the document we
16  have marked as Exhibit 9?
17    A.    I believe so.
18    Q.    Okay.  And did you ever propose
19  or make a counterproposal in response to
20  this message?
21    A.    I believe so.
22    Q.    What did you propose in response
23  to this message?
24    A.    I don't recall with specificity.
25    Q.    Was the response by e-mail?

```
 1                    BELANGER
 2      A.    I had e-mail and Skype
 3   conversations with Dan O and/or Joanna
 4   until the negotiations concluded.
 5      Q.    I have not been able to identify
 6   an e-mail, at least a response to this
 7   e-mail.
 8           So when in your mind did the
 9   negotiations conclude?
10      A.    I would need to look through my
11   e-mails to make that determination.
12      Q.    So you don't recall right now?
13      A.    I do not.
14      Q.    And you don't recall what you
15   proposed in response to this message from
16   Provost Waley-Cohen?
17      A.    I know that at some point I
18   proposed that I would be the director out
19   of New York.
20      Q.    You did.  Okay.
21      A.    Yes.   Whether it was before or
22   after that I can't recall at this moment.
23           MS. FRIEDFEL:  I am going to
24        mark as the next exhibit Exhibit 10.
25        This is an e-mail that is dated -- it
```

```
 1                    BELANGER

 2        is a chain.   The most recent e-mail

 3        is dated May 26, 2018.   It is Bates

 4        stamped defendants 8684 to 8691.

 5              (Defendants' Exhibit 10 marked

 6         for identification.)

 7        A.    Excuse me.  Let me -- my door is

 8    squeaky, so I am going to take care of

 9    that.

10        Q.    Okay.

11              (Pause.)

12        Q.    So this is an e-mail chain.  I

13    don't know that for purposes of my

14    question you need to read the entire

15    e-mail.  Though if you feel that you need

16    to, just let me know, but if you look --

17    actually why don't you start reading it,

18    and then I'll draw your attention to the

19    parts where --

20        A.    This is Exhibit 10?

21        Q.    Yes.  I am just going to direct

22    your attention to the last line on page

23    8685.   Do you see that?

24        A.    Which line?

25        Q.    The very last line on page --
```

```
 1                    BELANGER
 2        A.    8685?
 3        Q.    Yes.
 4        A.    Yes.
 5        Q.    Do you see where it says where
 6   you wrote "I am not sure what about my
 7   e-mail gave the impression that I wasn't
 8   willing to stay in Shanghai."
 9        A.    I see that.
10        Q.    And are you saying that at some
11   point after this you made some request to
12   be in New York?
13        A.    I don't know whether it was
14   before or after, but I did make a request
15   to have the directorship position out of
16   New York and based in New York.  That
17   does not necessarily or even at all
18   suggest that I wasn't willing to be in
19   Shanghai.  I mean the Low Res occurred in
20   New York and Shanghai from a teaching
21   perspective, from an academic perspective.
22   So of course it would require some
23   presence in Shanghai.  I can't recall,
24   but the program as it was conceptualized
25   may have been intended to initially start
```

1                    BELANGER

2    in Shanghai, but for Covid I think may

3    have changed the plans, but I don't know.

4        Q.    Was there ever a time where you

5    were told that you could not -- that the

6    position could not be in New York?

7        A.    I asked Dan O, and he said no.

8        Q.    When did you ask him?

9        A.    During these negotiations.

10       Q.    Is that in e-mail?

11       A.    I believe it was in an e-mail.

12   It was probably also on Skype.

13       Q.    Is it your contention that the

14   breakdown in the negotiations --

15            MS. FRIEDFEL:  Withdrawn.

16       Q.    Is it your contention that

17   your -- you were somehow discriminated

18   against or retaliated against in

19   connection with those negotiations over

20   the Low Res directorship?

21       A.    Yes.

22       Q.    And in what way did you believe

23   that you were discriminated against?

24       A.    The -- the position as it was

25   offered to me was a co-directorship when I

1                    BELANGER
2    know that it was conceived as a
3    directorship and was ultimately awarded as
4    a directorship.
5         Q.    And --
6         A.    And also, you know, the position
7    as it was offered to me was out of
8    Shanghai exclusively and for one year.
9         Q.    And is there anything else about
10   that offer that you feel was
11   discriminatory or retaliatory?
12        A.    I don't recall right now.
13        Q.    And what is the basis for your
14   belief that --
15             MS. FRIEDFEL:   Withdrawn.
16        Q.    On what basis do you believe
17   people were discriminating against you?
18        A.    As I just said, the offer
19   was --
20        Q.    Let me rephrase the question
21   then.   I might not be clear.
22             Do you believe they were
23   discriminating against you based on a
24   particular protected class?
25        A.    Yes, disability.

1                    BELANGER
2        Q.    And what facts or information do
3    you have to support your contention that
4    your disability was a factor in their
5    decision about the offer?
6        A.    Well, Joanne's comments about my
7    physical fitness, question -- questioning
8    my fitness for sure.  The fact that the
9    offer was changed from what it had been
10   intended and then offered to me in a
11   lesser package and then ultimately offered
12   to someone else, you know, of what I had
13   asked for.
14       Q.    Do you have any other facts to
15   support your contention that your
16   disability was a factor?
17       A.    There may be an e-mail and there
18   may be things that I can remember with
19   additional effort, but at this time I am
20   not able to speak to that.
21       Q.    And is there anything -- is
22   there any way in which you believe that
23   the offer or the circumstances around your
24   offer for this position were retaliatory?
25       A.    I believe that they were based

1                    BELANGER

2    on, you know, my accusations of

3    discrimination against Montoya and

4    Waley-Cohen and in reporting them.

5         Q.    And those were the accusations

6    that you discussed from the spring of

7    2017?

8         A.    Again, I -- you know, they very

9    likely include episodes going forward from

10   that date.

11        Q.    And did anybody say or do

12   anything --

13             MS. FRIEDFEL:  Withdrawn.

14        Q.    Do you have any facts or

15   information that would support your

16   contention that the decision about this

17   offer that was given to you were motivated

18   by retaliation?

19        A.    I don't know.

20        Q.    You testified earlier that the

21   offer had been changed I believe from how

22   it was originally conceived or something

23   to that effect.

24             What is the basis for your

25   knowledge as to how it was originally

Page 137

1                    BELANGER
2    conceived?
3         A.    I mean I conceived it with Mary
4    Anne Petite, and so I have -- I have no
5    knowledge.
6         Q.    How it was proposed to the
7    administration is what you have knowledge
8    of?
9         A.    The administration -- who do you
10   mean by that?
11        Q.    Neither you nor Mary Anne Petite
12   were the individuals making decisions
13   about how the directorship of the program
14   was going to be structured; is that
15   correct?
16        A.    I don't know to what degree Mary
17   Anne had input.   I believe she had some.
18        Q.    And who created the original
19   budget for the position?
20        A.    I don't recall.
21        Q.    Did you and Mary Anne have input
22   into the budget?
23        A.    I believe so.
24        Q.    And so you were aware that the
25   amount that you were offered for the

```
 1                    BELANGER
 2    position was consistent with what had been
 3    budgeted?
 4         A.    I don't know.
 5         Q.    Okay.  You had a disagreement
 6    with Anna Greenspan on October 30, 2018;
 7    is that correct?
 8         A.    Say that again.
 9         Q.    Did you have a disagreement with
10    Anna Greenspan on October 30, 2018??
11         A.    Yes, I guess you could call it a
12    disagreement.
13         Q.    What were you discussing?
14         A.    I believe the topic was hiring
15    and -- yes, for the upcoming year,
16    academic year.
17         Q.    Were you discussing the creation
18    of tenured faculty or tenured line faculty
19    positions in IMA?
20         A.    That might have been -- that
21    might have been one of the things that was
22    discussed.
23         Q.    Okay.  Where were you during
24    this discussion?
25         A.    The discussion happened in the
```

1                    BELANGER
2    PCI lab.  I think it is PCI, the program
3    on creativity and invasion.
4         Q.    And who was present at the time?
5         A.    Christian Greuel.  I don't
6    recall if anyone else was present.  Moon
7    may have been present.  Anyone who was on
8    the hiring committee at that time may have
9    also been present.
10        Q.    And what is Moon's last name?
11        A.    I can't remember.
12        Q.    And do you recall like
13   physically in that space where you were?
14   Were you sitting on the couch?  Were you
15   standing?
16        A.    Yes. Sitting on like a
17   futon-type thing.
18        Q.    Okay.  And were you and Anna
19   Greenspan both sitting on that futon?
20        A.    At some point or another, yes.
21        Q.    And at some point during the
22   discussion did you get angry?
23        A.    I wouldn't say angry, no.
24        Q.    How would you characterize your
25   emotions during that interaction?

1                    BELANGER

2          A.     Upset and hurt.

3          Q.     And what is it that made you

4    upset or hurt?

5          A.     Well, I had just received the

6    e-mail from Montoya, and at this -- Anna

7    initiated this meeting without me.  So it

8    felt like I was being rendered

9    unimportant.

10         Q.     I'm sorry.  Was there anything

11   else?

12         A.     I can't recall.

13         Q.     Okay.  You said Anna had

14   initiated the meeting without you?

15         A.     That's correct.

16         Q.     How do you know that Anna had

17   initiated the meeting?

18         A.     I don't recall specifically, but

19   -- but that seemed to be the fact.

20         Q.     But the other members of the

21   hiring committee were not present either;

22   is that correct?

23         A.     No.  As I said, I don't recall

24   who else was present and for what reasons

25   they may or may not have been present.

1                    BELANGER

2        Q.    Okay.  And how do you know that

3    it was an organized meeting as opposed to

4    just somebody walking into somebody's

5    office and chatting?

6        A.    We were supposed to meet around

7    that -- around that time.

8        Q.    Do you have any other

9    information that would suggest it was an

10   organized meeting?

11       A.    Whether it was an organizing

12   meeting or not, I am not sure that it

13   matters.

14       Q.    So when you referred to that

15   e-mail, are you talking about the October

16   30 e-mail from Maria Montoya that we have

17   marked as an exhibit previously?

18       A.    I believe so.

19       Q.    Okay.  Did you raise your voice

20   during that interaction?

21       A.    My voice was higher than normal

22   conversation.

23       Q.    Were you screaming?

24       A.    I wouldn't say screaming.

25       A.    But, yes, I was -- I was

```
 1                    BELANGER
 2   speaking in a loud voice.
 3       Q.    And you threw a suitcase; is
 4   that correct?
 5       A.    I do not recall throwing a
 6   suitcase.
 7            MS. FRIEDFEL:  I cannot figure
 8         out how to get this on Exhibit Share,
 9         so I am going to I guess -- what
10         number are we up to?  We are going to
11         mark this as Exhibit 11, but I will
12         figure out how to mark it later.   I
13         am going to share my screen.
14            (Defendants' Exhibit 11 marked
15         for identification.)
16       Q.    Can you see my screen?
17       A.    Yes.
18       Q.    So what we are marking as
19   Exhibit 11 is a video file that was Bates
20   stamped Defendants 9559, and I am going to
21   play it from the 36th second mark.
22            It is going to take me a minute.
23   If you want to take a drink or use the
24   restroom, you are welcome to.
25            Ms. Zarski is sharing her
```

```
 1                    BELANGER
 2   screen, and she is going to play this
 3   video, and I am just going to ask you to
 4   watch it, and then I may ask you some
 5   questions.
 6       Q.    Is that you there in the hall?
 7            MS. FRIEDFEL:  I believe we
 8         lost the witness.  Let's go off the
 9         record.
10            (Recess taken.)
11            MS. FRIEDFEL:  Back on the
12         record.
13            MS. ZARSKI:  I will pull up the
14         video again.
15            MS. FRIEDFEL:  Yes.
16            (Video playing.)
17            MS. FRIEDFEL:  I am just going
18         to note for the record that the
19         security video doesn't have any
20         sound.  You can take it down,
21         Monica.
22       Q.    Was that you in the video?
23       A.    It looked like me.
24       Q.    Okay.  And that was you walking
25   in and out of that room and throwing a
```

1                    BELANGER

2    suitcase?

3         A.    I couldn't tell whether I threw

4    it or not based on the playback here.

5         Q.    Okay.    But that was you

6    handling the suitcase in that video?

7         A.    I saw myself I believe and a

8    suitcase.    I couldn't really make out

9    what was happening.

10        Q.    Okay.

11        A.    You could play the video if you

12    would like, and I can take a closer look.

13        Q.    I don't think that is necessary.

14    As long as it is you in the video, it

15    speaks for itself as to what happened.

16             As a result of your behavior in

17    your interaction with Anna Greenspan on

18    October 30, 2018 and your actions as

19    depicted in the video, you were asked not

20    to return to campus until further notice;

21    is that correct?

22        A.    At some point.    I don't recall

23    if it was right away, but at some point I

24    was asked not to come to campus.

25        Q.    And --

1              BELANGER

2      A.    I was also given a choice, you

3    know.   So I -- yes.   I don't know

4    whether -- yes.   Can you ask the question

5    again?

6      Q.    Sure.

7            Were you permitted to be on

8    campus --

9              MS. FRIEDFEL:   Let me withdraw

10        that.

11     Q.    Were you contacted by any member

12   of the administration on October 30, 2018

13   with respect to those events with Anna

14   Greenspan in the video?

15     A.    I don't believe I was contacted

16   on that day.   No.

17     Q.    When were you contacted?

18     A.    In the days that followed.

19     Q.    Okay.   And what --

20     A.    It might have been the next day

21   or it might have been a few days later.

22   I don't recall.

23     Q.    Who from the administration

24   contacted you?

25     A.    I believe it was Maria Montoya.

1                   BELANGER

2    Yes.

3        Q.    And did she direct you not to be

4    present on campus until further notice?

5        A.    Not in that e-mail.  She said

6    that she needed to speak with me.

7        Q.    Okay.  And then when she spoke

8    with you, what do you recall from that

9    conversation?

10        A.    Let me think.  I don't recall

11    whether it was in that meeting or a future

12    one, but I was sort of given an ultimatum

13    of sorts.

14        Q.    Okay.  Were you given an

15    instruction to stay off the campus until

16    further notice?

17        A.    I don't recall whether I was or

18    not either in this meeting or a future --

19    at some point I was told not to come to

20    campus.  I don't recall whether it was in

21    this meeting or another one.

22        Q.    Okay.  And you were told at that

23    point shortly thereafter that you were

24    either -- that you would subject to

25    disciplinary --

```
1                    BELANGER
2              MS. FRIEDFEL:  Going to
3          withdraw that.
4       Q.    You said you were given an
5    ultimatum.  What was the ultimatum?
6       A.    Either to take a medical leave
7    or be subject to disciplinary proceedings.
8       Q.    And the disciplinary proceedings
9    would have been with respect to your
10   conduct with Anna Greenspan and in the
11   video?
12      A.    I'm not really sure. I don't
13   know if that was ever clarified.  I do
14   believe I asked a number of questions with
15   respect to the disciplinary proceeding and
16   how it would be held and all these kinds
17   of things, but I don't know that I ever
18   got direct answers about what I had
19   allegedly done or anything or what I was
20   faced -- what kind of charges I was
21   facing.  I don't -- I don't know that I
22   ever got a concrete answer from Montoya or
23   anyone.
24      Q.    You were aware that the actions
25   that had recipitated this discussion of a
```

Page 148

1                    BELANGER

2    disciplinary proceeding were your actions

3    with Anna Greenspan in the presence of

4    Christian Greuel on October 30, 2018,

5    correct?

6        A.    That incident preceded what came

7    next.

8        Q.    And you understood that that was

9    the incident that precipitated and caused

10    what came next?

11        A.    I don't know if that was

12    explained.

13        Q.    I didn't ask if it was

14    explained.   I asked if you understood it.

15        A.    I don't know if I understood it.

16    I don't know that it was ever articulated

17    to me why I was facing disciplinary

18    proceedings --

19        Q.    Did you --

20        A.    -- concretely.

21        Q.    Did you engage in any other

22    actions at or about that time that would

23    have resulted in disciplinary proceedings?

24        A.    Not that I am aware of.

25        Q.    And you said you were given the

```
 1                    BELANGER
 2    options of taking a leave or of undergoing
 3    the ordinary disciplinary process,
 4    correct?
 5         A.    A medical leave or facing
 6    disciplinary proceedings.
 7         Q.    Okay.   And you understood that
 8    the university was under no obligation to
 9    offer you this medical leave, correct?
10         A.    I don't know what they are under
11    obligation to do or not.
12         Q.    Is there anyplace that you are
13    aware of in the faculty handbook or any
14    other policy of NYU Shanghai that
15    indicates that you have a right to a
16    medical leave when you have an angry
17    outburst with another faculty member?
18         A.    I object to your
19    characterization of -- as an angry
20    outburst.
21         Q.    Okay.   Are you aware of any
22    policy that entitles you to a medical
23    leave if you scream at another -- I'm
24    sorry.   Let me rephrase it -- if you
25    raise your voice with another faculty
```

1                    BELANGER

2    member and slam doors?

3        A.    Say it again.

4        Q.    Is there any policy or any

5    document or any practice at NYU that you

6    are aware of that would entitle you to a

7    medical leave because you raised your

8    voice with another faculty member and

9    slammed doors and handled a suitcase?

10       A.    I am not aware of what NYU

11   Shanghai policy allows or doesn't allow

12   with respect to much honestly, but

13   the -- those policies are not the only

14   factors.

15       Q.    You say it was an ultimatum.

16   In what way was it an ultimatum?

17       A.    I was given an either or choice.

18       Q.    Right.    And you understood that

19   the university could have simply undergone

20   the disciplinary procedure and not given

21   you any choice, right?

22       A.    They could have.    Yes.

23       Q.    Right.    But they instead gave

24   you this opportunity to have a paid leave

25   of absence instead, right?

1                    BELANGER

2        A.    I would not characterize what

3    came next as an opportunity for me.

4        Q.    Well, it was your choice.  You

5    could have stayed and done the

6    disciplinary proceeding, right?

7        A.    I was given a choice under

8    duress.

9        Q.    What was the duress?

10       A.    I wasn't given time to consult

11   with my -- my doctors.  I wasn't given

12   time to consult with a lawyer, and I was

13   given a deadline to provide an answer.

14       Q.    I am sorry.  Did you say you

15   were or were not given a deadline?

16       A.    I was given a deadline.

17       Q.    And how much time were you

18   given?  It was at least five days; is that

19   correct?

20       A.    I don't recall.  Some of those

21   days may have been over a weekend.   I

22   believe that they were, and it certainly

23   wasn't enough time to schedule an

24   appointment with a doctor or find a

25   lawyer.

1              BELANGER

2      Q.    If you felt uncomfortable with

3  the notion of taking this paid leave of

4  absence, then why didn't you just stay and

5  undergo the disciplinary proceedings?

6      A.    The -- the terms of the

7  disciplinary proceeding and including, as

8  I said earlier what I was -- what charges

9  I was facing were never very clearly

10  defined.

11      Q.    Is it your contention that the

12  offer of the paid leave of absence in lieu

13  of disciplinary procedures was in some way

14  discriminatory?

15      A.    I believe that it was.

16      Q.    And what is the basis for that

17  belief?

18      A.    Well, I was told that I need to

19  take a medical leave by Montoya, and it

20  was a medical leave, not some other type

21  of leave -- administrative leave or

22  otherwise.

23      Q.    And what was discriminatory

24  about the fact that it was characterized

25  as a medical leave?

1                    BELANGER

2        A.    Nobody in that building is

3    qualified to determine whether I need a

4    medical leave or not including Montoya.

5        Q.    You had expressed to Montoya and

6    others that you believed that your

7    outburst was related to your anxiety; is

8    that correct?

9        A.    I believe that -- excuse me.   I

10   said that -- that my anxiety was a factor,

11   yes, in -- in that event.

12       Q.    So if I understand you

13   correctly, you're contending that the

14   leave -- the offer of leave was

15   discriminatory based on your perceived

16   disability; is that correct?

17       A.    Say the question again.

18       Q.    What was the -- is there a

19   protected characteristics based upon which

20   you believe you were being discriminated

21   against with respect to this offer of a

22   leave?

23       A.    I don't understand the question.

24   I'm sorry.

25       Q.    Okay.  You're claiming that you

```
 1                 BELANGER
 2   felt that the offer of leave was
 3   discriminatory.   Discriminatory based on
 4   what protected characteristics?
 5        A.     Disability.
 6        Q.     And is it your contention that
 7   there was anything retaliatory about the
 8   offer of leave?
 9        A.     I believe that Montoya and the
10   other leadership just wanted me out of the
11   way.  She wanted me gone, wanted me
12   silenced.
13        Q.     And if you had gone through the
14   disciplinary process and been found to
15   have violated university policy, your
16   employment could have been terminated;
17   isn't that correct?
18        A.     That was my understanding.
19        Q.     Right.   So you would have been
20   gone from the university had you gone
21   through the disciplinary proceeding and
22   been found responsible?
23        A.     If I had been found responsible.
24   That -- I mean that was one of the --
25   termination was outlined as one of the
```

```
1                    BELANGER
2     possibilities, possible outcomes.
3         Q.    You ultimately opted to take the
4     paid medical leave; is that correct?
5         A.    I did.
6               MS. FRIEDFEL:  I am going to
7          mark as -- I believe it will be
8          Exhibit 12.
9               (Defendants' Exhibit 12 marked
10         for identification.)
11        Q.    I am going to ask you to look at
12    Exhibit 12, which is a letter Bates
13    stamped Defendants 7486, and it is dated
14    November 12, 2018.
15              Is that your signature where it
16    says Matthew Belanger?
17        A.    It appears to be.
18        Q.    And this is the letter in which
19    you accepted the offer of paid leave?
20        A.    I signed the document.
21        Q.    And you were on a full paid
22    leave of absence; is that correct?
23        A.    I am not sure of the precise
24    date.  It seemed like, you know, the
25    leave went longer than that.
```

1                    BELANGER

2        Q.    At least pursuant to this letter

3    you were getting a paid leave through May

4    31, 2019, correct?

5        A.    The letter outlines that.

6        Q.    Okay.

7        Q.    Are you aware of any other

8    faculty members that engaged in conduct

9    similar to your conduct and incident with

10   Anna Greenspan?

11       A.    I don't know if I would

12   characterize it as similar, but I am aware

13   of other faculty members exhibiting

14   behavior that is questionable.

15       Q.    Are you aware of other faculty

16   members who have --

17            MS. FRIEDFEL:  Withdrawn.

18       Q.    To whom are you referring?

19       A.    Dwayne Corpis regularly raised

20   his voice with people and would get upset,

21   And I believe his name is Ernie Gilman did

22   things that would potentially warrant

23   disciplinary action.

24       Q.    I am going to ask a different

25   question.

```
 1                    BELANGER
 2           Are you aware of whether any
 3   other faculty had complaints made against
 4   them that their behavior had made another
 5   faculty feel unsafe?
 6       A.   I am trying to think.  I know of
 7   situations between faculty and students.
 8   between faculty and other faculty I don't
 9   recall.
10           MS. FRIEDFEL:  I am going to
11        mark the next exhibit, which would be
12        13.
13           (Defendants' Exhibit 13 marked
14        for identification.)
15       Q.   Take a look at Exhibit 13, Mr.
16   Belanger.
17       A.   Exhibit 13.
18       Q.   It is a message that you wrote
19   to Mary Signor and Linda Mills on or about
20   March 28, 2019.
21       A.   It appears to be.
22       Q.   You reference a denial of an
23   extension to your contract.  What contract
24   are you referring to?
25       A.   I don't recall right now.   It
```

1              BELANGER
2    is possible that at least one of the
3    occurrences that I am speaking to is the
4    2017 incident.
5         Q.    Anything else?
6         A.    I don't recall at this time.
7         Q.    You say that the terms of your
8    contracts differed from those of your
9    peers.
10        A.    Yes.   I don't see that, but I
11   am looking.
12        Q.    It is the fourth bullet down.
13        A.    Okay. Yes, different from those
14   of my peers.  Yes, it did.
15        Q.    And in what regard did it differ
16   from those of your peers?
17        A.    It is my understanding that my
18   peers had contracts that specified their
19   salary, their entire salary in Chinese.
20        Q.    Which peers?
21        A.    Peers.  Let's see when this
22   letter was generated from 2019. I am
23   probably speaking about Amy Becker in this
24   case.
25        Q.    And what was the --

1                BELANGER

2      A.    Let me just finish reading the

3    bullet point.

4      Q.    I am sorry.  Go ahead.

5            (Pause.)

6      A.    Yes.  I am speaking about my

7    administrative -- in that bullet point I

8    am speaking about my administrative salary

9    being omitted from my Chinese contract and

10   about retirement contributions not being

11   made for that part of my salary.

12     Q.    And you believe that Amy Becker

13   received retirement contributions, and

14   that her full compensation was indicated

15   in her Chinese contract?

16     A.    She told me that it was.

17     Q.    Okay.  And what was her role at

18   the time?

19     A.    I don't recall.

20     Q.    Did she have a primary faculty

21   appointment or a primary administrative

22   appointment?

23     A.    I don't recall.  I mean I don't

24   recall the details of her contract or I

25   didn't at that time.

1                    BELANGER

2        Q.     Were you aware of other faculty

3    members who had an administrative

4    appointment structured in the same way as

5    yours?

6        A.     I -- I am not sure.   I am not

7    sure I do.

8        Q.     Are you aware of the

9    compensation packages and structures of

10   all the other faculty with administrative

11   appointments?

12       A.     I was certainly not aware of all

13   of them.

14       Q.     You go on to say in this

15   e-mail -- let me just -- sorry.

16              Just going back, is there

17   anything anybody else who you would

18   characterize as a peer who was treated

19   differently with respect to that fourth

20   bullet point?

21       A.     I mean I -- I am reasonably

22   certain that the contracts of other

23   assistant deans or other deans were not

24   outlined in this way at the time.

25       Q.     But you can't identify any of

1                   BELANGER
2    those people right now?
3        A.    Well, the other people who were
4    assistant deans were Diane Yang, and I
5    forget his name.   I forget their names.
6        Q.    In the next bullet you say you
7    were informed of an upcoming
8    administrative reappointment without any
9    form of process.
10              What form of process did you
11    think you were entitled to?
12        A.    I believed that I was entitled
13    to a reappointment process with respect to
14    my administrative appointment.
15        Q.    And what was the basis of your
16    belief that you were entitled to the
17    administrative appointment in perpetuity?
18        A.    I did not say in perpetuity.
19        Q.    Okay.  What was the basis of
20    your belief that you were entitled to
21    renew that administrative appointment?
22        A.    The university does outline -- I
23    can't say at this moment without reviewing
24    all of the policy.   I mean it is not fair
25    to do that to me.   There is policy here

1               BELANGER

2    that I -- you know, I don't have in my

3    head and I am not able to speak to.

4         Q.    Where does that policy appear?

5         A.    There is policy -- there is NYU

6    policy.   There is NYU Shanghai policy.

7    The NYU Shanghai policy appears on the

8    faculty portal.  The NYU policy appears

9    scattered across all the NYU website and

10   maybe in other places.

11        Q.    And just to be clear when you

12   are referring to the non-reappointment of

13   the administrative position, you are

14   referring to the assistant dean position?

15        A.    That is what I am referring to

16   in that bullet point.

17        Q.    And in the rest of that bullet

18   where you talk about offer terms for a new

19   position and so forth, that is referring

20   to the Low Res directorship?

21        A.    It looks -- it looks to be that

22   way.  Yes.

23        Q.    And what is the basis for your

24   contention that the individual who was

25   ultimately selected or accepted the

1                   BELANGER

2    position rather was less qualified than

3    you?

4         A.    He was not involved in any way

5    with the development of the Low residency

6    program.   He was a junior in many

7    respects both in terms of academic

8    experience and industry experience.  He

9    had no involvement with the program.   I

10   was involved with the development of the

11   program, the Low residency program from

12   probably 2015 onwards.  He did not have

13   the number of accomplishments that I had.

14        Q.    In the following bullet you say

15   "This makes me the only person out of five

16   responsible for funding and/or directing

17   interactive medium programs in Shanghai,

18   Abu Dhabi to not presently have a position

19   in New York."

20             The person who ultimately

21   accepted the position of the director of

22   the Low Res program, that was Greg Putzel?

23        A.    To my understanding.

24        Q.    And he had been the director of

25   the interactive media arts program in Abu

1                    BELANGER
2    Dhabi?
3        A.    He had been.
4        Q.    Have you applied for any
5    position in New York?
6        A.    Yes.   Yes, I believe so.
7        Q.    For what position?
8        A.    I don't recall, but I was
9    applying to jobs across NYU.
10       Q.    You say that you were not
11   treated in accordance with established NYU
12   policy and that your attempts to seek
13   grievance were obstructed.
14             Can you explain what you mean by
15   that?
16       A.    My grievance was cut short.   It
17   never concluded.   I was never given an
18   opportunity to grieve, and that is
19   in -- in opposition to the policy.
20       Q.    You were never given an
21   opportunity to grieve what?
22       A.    The grievance for my
23   nonpromotion was never completed although
24   I tried to resume it on multiple
25   occasions.

1                        BELANGER
2        Q.    You had been informed that
3    the -- a determination had been made that
4    the grievance proceeding didn't apply
5    because there had not been a decision
6    denying promotion; is that correct?
7        A.    Say that again.
8        Q.    You had been informed that the
9    grievance procedure did not apply because
10   there had been no decision denying
11   promotion?
12       A.    I had been informed that.
13       Q.    What steps did you take to
14   continue that grievance.
15       A.    I tried on many occasions.   In
16   e-mail with Christian, with -- I reached
17   out to Peter Gonzalez in New York, Provost
18   Flemming.   I believe I tried with Maria
19   as well, Maria Montoya.
20       Q.    And Maria had told you that you
21   could resubmit your application and be
22   considered for promotion; is that right?
23       A.    That is not the same thing as
24   conclusion to a grievance.
25       Q.    What was the outcome of the

1                    BELANGER

2    grievance that you wanted?

3        A.    It hadn't ever formally ended

4    except through abortion.

5        Q.    But had the grievance gone

6    through and had there been a determination

7    that you should have been reviewed for a

8    promotion, what do you think the remedy

9    would have been?

10       A.    I can't speculate.

11       Q.    You would need to be reviewed

12   for promotion, right? Let me put it a

13   different way.

14       A.    I don't know that that is right.

15       Q.    You couldn't be promoted without

16   a review, right?

17       A.    Well, I was reviewed, and again

18   Montoya suggested that I could be promoted

19   without having to go through the process

20   again.   I could have been promoted

21   according to Montoya without review, and I

22   don't think it is unusual for people at

23   NYU Shanghai to be promoted without a

24   review.

25       Q.    Who do you know that got a

1              BELANGER

2    promotion in rank without a review?

3        A.    I don't think Amy Becker was

4    reviewed for her promotion to assistant

5    dean.

6        Q.    But assistant dean is a

7    administrative appointment, not a

8    professorial appointment, correct?

9        A.    That's correct in that case.

10       Q.    So are you aware of anybody who

11   has ever been given a promotion in

12   professorial rank without having a review?

13       A.    I don't know off the top of my

14   head, but there were some years where

15   policy didn't really exist, and things

16   were just sort of happening at various

17   people's discretion.

18       Q.    Be that as it may that was no

19   longer the case in 2018, right?

20       A.    I don't know if that was the

21   case or not ever.   I mean things seemed

22   to happen at people's discretion

23   frequently at NYU Shanghai.

24       Q.    Going back to the exhibit, you

25   said that you had your fitness to continue

Page 168

1                    BELANGER

2    in your job questioned in e-mail shortly

3    after emerging from the hospital.

4        A.    Yes.

5        Q.    So who questioned your fitness?

6        A.    Waley-Cohen.

7        Q.    You are saying that occurred

8    sometime in 2017.  Is that the hospital

9    visit that you are referring to?

10       A.    Not hospital visit.  I am

11   talking about in this case for -- I was

12   hospitalized on a few occasions for kidney

13   stones in the late summer of 2018, and the

14   question of my fitness came up during that

15   time.

16       Q.    You say you have been

17   increasingly excluded from the basic

18   operations of the program.  Are you

19   referring to the IMA program?

20       A.    Let me read the bullet.

21       Q.    Sure.

22           (Pause.)

23       A.    The exhibit marker covers some

24   of the text.

25       Q.    I don't know how to move it.

1                    BELANGER

2        A.    I assume that says academic

3    year, and I assume above it says I had

4    been responsible probably for directing.

5    So, yes.  What is the question?

6        Q.    So in what ways had you been

7    excluded from the operations of the

8    program you had been responsible for?

9        A.    I need to think on that for a

10    minute.  Well, it says following that

11    including being excluded from hiring

12    course planning processes for I don't know

13    what in an academic year.

14        Q.    When is it that you believe that

15    you started to be excluded from the

16    operations program?

17        A.    I don't recall a precise date.

18    It seemed to happen gradually over time.

19        Q.    Okay.  And when you say that you

20    were excluded from the hiring course

21    planning processes, was that referring to

22    the period when you were on leave or to

23    another period of time?

24        A.    No.  I would not have been

25    referring to the time that I was on leave.

1                    BELANGER

2        Q.    I am going to share my screen

3    for a moment because I have another

4    version of the exhibit that doesn't have

5    the stamp on it where you can read the --

6    those couple of words.  So I am just going

7    to share my screen, so you could read

8    those words.

9        A.    Okay.

10       Q.    Do you so the bullet where it

11   says "including being excluded from hiring

12   and course planning processes for the

13   upcoming academic year."

14       A.    When is the date of this e-mail

15   again?

16       Q.    It is March 28, 2019.

17       A.    Okay.

18       Q.    So this was actually referring

19   to the period of time when you were on

20   leave.

21       A.    I don't know that it is

22   recurring -- sorry.  I don't know that it

23   is referring to that time.   It may be

24   referring to the upcoming academic year

25   for whatever time it was referring to.

1              BELANGER

2      Q.    Well --

3      A.    In other words, for the upcoming

4  academic be year of whatever period of

5  time this is, you know.

6      Q.    The planning process for the

7  upcoming academic year would have been

8  occurring in the spring of the current

9  year, correct?

10     A.    It would have been occurring in

11 the fall as well including

12 before -- before when I took a leave.

13     Q.    So you are saying that you were

14 excluded prior to October 30, 2018.  Is

15 that what you are saying?

16     A.    I am sorry.  Some engine just

17 came on outside my window.  My

18 volume -- let me raise it a little bit.

19 I am going to just close my window.

20     Q.    Okay.

21           (Pause.)

22     A.    Can you state the question

23 again?

24     Q.    Is it your contention that

25 between August and the end of October 2018

1              BELANGER
2    you were excluded from the hiring and
3    course planning process for academic year
4    2019?
5         A.    I believe that I was.
6         Q.    And in what way were you
7    excluded in the fall of '18?
8         A.    Again, the situation that or the
9    incident that led to my medical leave was
10   being excluded from these processes in
11   part anyway.
12        Q.    Further down in this you say
13   that you have "at least been twice denied
14   reasonable requests for accommodation."
15   What were the accommodation requests that
16   you were denied?
17        A.    With respect to that bullet
18   point, I don't recall --
19        Q.    Okay.  Do you recall --
20        A.    -- at this time.
21        Q.    Do you recall any accommodation
22   requests that you made that were denied?
23        A.    I don't recall the timeline of
24   my request making to various people.   I
25   would have to go back and review that.

1                    BELANGER

2        Q.    You claim that you were blamed

3    and belittled for things that were not

4    your fault.   Who blamed and belittled you

5    for things that were not your fault?

6        A.    Maria Montoya primarily.

7        Q.    And when did she do that?

8        A.    In e-mail and in person

9    throughout the period between 2017, early

10   2017 and when this letter was drafted.

11       Q.    What did she say or do that you

12   found to be blaming and belittling or

13   belittling?

14       A.    I would have to go back and

15   refer to those e-mails.

16       Q.    You are saying you don't recall

17   at this time?

18       A.    At this time I don't recall.

19   If you allow me a minute I might -- I

20   mentioned an incident earlier where HR had

21   instructed me to reach out to Jeffrey

22   Lehman, and I did so.   I mentioned an

23   incident with Ally Rose.   I was blamed

24   for that.   I believe there were

25   situations with the curriculum

1                    BELANGER
2      committee -- that is the best I can recall
3      right now.
4          Q.    You allege that you were
5      unfairly questioned in front of your
6      peers.   Who unfairly questioned you?
7          A.    Montoya and Waley-Cohen I
8      believe.
9          Q.    In front of which peers?
10         A.    Can you restate the original
11     question again?
12         Q.    Sure.
13                You say that you had your
14     abilities unfairly questioned in front of
15     your peers that you wrote in your e-mail.
16     So I am asking you which peers did that
17     occur in front of?
18         A.    I don't recall specifically, but
19     I believe there were e-mail exchanges and
20     also again in curriculum committee or
21     following curriculum committee meetings
22     where these types of things occurred.
23         Q.    Can you share any details of
24     what was said?
25         A.    I can't at this time.

1                    BELANGER

2        Q.    You further said you were

3    assailed behind your back.   Who do you

4    allege assailed you behind your back?

5        A.    Can you show me the letter

6    again?

7        Q.    It is --

8        A.    13?

9        Q.    It is still Exhibit 13.   Yes.

10       A.    Which bullet point?

11       Q.    It is the penultimate bullet

12   point.

13       A.    I do know that at least

14   according to Dan O'Sullivan Joanna

15   Waley-Cohen said some pretty negative

16   things about me to him not in my presence.

17       Q.    And what did Dan O'Sullivan tell

18   you that Joanna Waley-Cohen had said?

19       A.    When --

20       Q.    What did he say?

21       A.    He did not say with great

22   specificity.  He just said that she didn't

23   have very favorable things to say about

24   me.  This was in a meeting that he and I

25   had.   He had just met with her some time

1                    BELANGER

2    before that.

3        Q.    Do you have any basis to believe

4    that any of the alleged actions that you

5    have described with respect to that bullet

6    were based on your disability or any other

7    protective characteristics?

8        A.    I believe that they were, and I

9    believe they were also in a form of

10   retaliation.

11       Q.    And what is the basis of that

12   belief?

13       A.    The basis is -- is the action

14   itself.

15       Q.    Anything other than the action

16   itself?

17       A.    I mean I have been subjected to

18   by this point months of -- again

19   everything from micro aggressions to -- to

20   people saying negative things about me

21   behind my back.  This occurred over

22   months.

23       Q.    You say that you are reluctant

24   to ask the OEO to perform an investigation

25   into your claims, and that you are

1                    BELANGER

2    presently not requesting one, correct?

3        A.    I said that.

4        Q.    And why did you say that?

5        A.    It says because I felt

6    vulnerable.

7        Q.    You indicate that you were open

8    to a settlement.  What type of settlement

9    did you think could be reached through

10   this process?

11       A.    Let me find the sentence.

12       Q.    You say "I remain hopeful to an

13   agreement and open to a settlement." The

14   second to --

15       A.    I am not fining it.

16       Q.    The second to last paragraph,

17   the sentence begins two-thirds through the

18   --

19       A.    "Remain open to a settlement" is

20   that allows me to keep a job comparable to

21   what I have now within the university.

22   It is pretty clearly explained right

23   there.

24       Q.    Right.  What is it that you

25   think that you were settling?

1                     BELANGER

2          A.     All of this dispute.    I mean

3      there is tons of disputes ongoing, and I

4      wanted it settled.    I just wanted it

5      settled.    That is all.

6          Q.     Okay. But you at that point in

7      time had an appointment?

8          A.     Right.

9          Q.     That was up for renewal?

10         A.     I was on a medical leave at this

11     time and trying to figure out a way back

12     to work it.

13         Q.     You were on a medical leave, but

14     that medical leave was set to end May 31,

15     2019, and you were expected to come back

16     to your position, right?

17         A.     To my -- my teaching position.

18         Q.     Yes.   Okay.

19                The last bullet there I forgot

20     to ask you about.   You say "My peers have

21     repeatedly received favorable treatment

22     when making similar requests."

23                Can you explain what you meant

24     by that?

25         A.     You know, if a request was made

1              BELANGER
2    to Montoya the same request coming from me
3    versus coming from Amy Becker or someone
4    else, the request would be granted versus
5    not.
6        Q.    And are you aware of any
7    circumstances where a peer made a
8    comparable request to you under comparable
9    circumstances, but the requests were
10   treated differently?
11       A.    I was at the time.   I -- I
12   don't recall right now what I was speaking
13   about, but I wasn't just making it up.
14       Q.    Are you contending that there is
15   anything discriminatory or retaliatory
16   about your 2019 employment contract?
17       A.    2019.   That is the one that I
18   signed in May of 2019?
19       Q.    Correct.
20       A.    I would need to review the
21   contract and review other e-mails from the
22   time.   I -- I mean I -- I can say that
23   the circumstances leading to that contract
24   are -- I contend that those circumstances
25   were discriminatory.

1                    BELANGER

2       Q.    In what way?

3       A.    In all the ways that we have

4   discussed.   I was never allowed a

5   grievance.   I was not promoted.   Yes.

6       Q.    Are you aware of any faculty

7   employed by NYU Shanghai who have

8   contracts for terms longer than three

9   years?

10      A.    Yes.

11      Q.    Who?

12      A.    Amy Becker had one.

13      Q.    In a faculty position?

14      A.    Yes.

15      Q.    Anybody else?

16      A.    I believe -- I forget his

17  name --

18           MS. FRIEDFEL:  Let me withdraw

19       that question and ask a different

20       question.

21      Q.    Are you aware of any other

22  faculty of NYU Shanghai who had a contract

23  of employment without a termination date?

24      A.    In other words, an open term

25  contract?

Page 181

```
                              BELANGER
 1
 2      Q.    Right.
 3      A.    I am not aware of anyone
 4   specifically, but at Waley-Cohen's
 5   deposition she said that such contracts
 6   had been awarded, and I had heard I
 7   believe it from Amy Becker though it may
 8   have been someone else that such contracts
 9   had been awarded.
10      Q.    And do you know if --
11            MS. FRIEDFEL:   Withdrawn.
12      Q.    You had objected to the fact
13   that your access to campus during the
14   period of your medical leave from November
15   of 2018 through May of 2019 was limited.
16            Is it your belief that there was
17   something discriminatory or retaliatory
18   about that limitation?
19      A.    Yes.
20      Q.    And what is the basis for that
21   belief?
22      A.    I mean not allowing someone to
23   come to the campus because they are on a
24   medical leave.  I -- it is clearly
25   retaliatory and clearly discriminatory.
```

1                    BELANGER

2        Q.    But what is the basis for your

3   belief that the limitation of your

4   presence on campus was related to the

5   classification of your leave as opposed to

6   your behavior in the incident with Anna

7   Greenspan?

8        A.    Say athe question again.

9             MS. FRIEDFEL:  Debbie, can you

10        read the question back, please.

11             (Record read.)

12        A.    Well, among other things it was

13   tied to the term of my leave.

14        Q.    And your leave was the result of

15   your behavior in the incident with Anna

16   Greenspan?

17        A.    So you are saying they are

18   inseparable.  Is that right?

19        Q.    I am asking you a question.

20   That was the reason why you were offered

21   the opportunity to take leave because of

22   your behavior in the incident with Anna

23   Greenspan?

24        A.    I don't know that that was ever

25   clearly established.

1                    BELANGER
2        Q.    Again, I asked --
3        A.    I know there may be e-mails or
4    recordings that could shed light, and that
5    I -- but any exclusion from campus ran
6    parallel to my medical leave.
7              MS. FRIEDFEL:  I am going to
8         mark as the next exhibit Exhibit 14.
9         It should be in Exhibit Share now.
10        Exhibit 14 is Bates stamped
11        Defendants 7507 to 7511.
12              (Defendants' Exhibit 14 marked
13         for identification.)
14        Q.    I am just initially going to ask
15    you if you sent and received the e-mails
16    as indicated?
17        A.    What number am I looking for?
18        Q.    Exhibit 14.
19        A.    Okay.   These appear to be
20    e-mails sent by me.
21        Q.    You indicate in the e-mail that
22    you had requested that the vice chancellor
23    and other members of leadership at NUY
24    refrain from contacting you.
25              What was the basis of that

1                    BELANGER

2     request?

3         A.    Again, it is hard for me to

4     place this e-mail in context of other

5     e-mails and other exchanges between myself

6     and the vice chancellor and others. I know

7     that the vice chancellor referred to me as

8     inconvenient.

9         Q.    And when did the vice chancellor

10    refer to you as inconvenient?

11        A.    I believe that was sometime

12    before this.

13        Q.    Was that in writing or orally?

14        A.    In writing.

15        Q.    In an e-mail?

16        A.    Yes.

17        Q.    That was sent to you?

18        A.    Yes.

19        Q.    Did the vice chancellor contact

20    you by any means during this period other

21    than in writing?

22        A.    I may have seen him on campus.

23        Q.    Well, you weren't on campus in

24    May of 2019, right?

25        A.    Well, at a certain point I was

1              BELANGER

2   told to come to campus to clear out my

3   office.

4        Q.    Okay. I am going to withdraw the

5   question and ask it differently.

6        A.    It may have happened in May of

7   2019.

8        Q.    Okay.   You have repeatedly

9   alleged that the communications you

10  received from the vice chancellor were

11  harassing.

12            Were all of those allegedly

13  harassing communications via e-mail?

14       A.    No.

15       Q.    Which communications were not

16  via e-mail?

17       A.    He handed me a letter.  This was

18  an initial medical leave letter that I

19  found harassing.   I don't know that that

20  exists in e-mail, but I provided it in

21  discovery.

22       Q.    He handed you a letter.   Is

23  that the letter describing the leave that

24  was being offered?

25       A.    It was a letter describing the

1              BELANGER
2    leave but not the one that you showed me.
3         Q.    Okay.  But it was the -- the
4    text of the letter itself is what you are
5    claiming was harassing?
6         A.    Yes.   I did meet with the vice
7    chancellor on various occasions, but I
8    don't recall the exact dates at this time.
9         Q.    Okay.  And during those
10   in-person interactions -- well, let me
11   ask.  Were those meetings in person?
12        A.    I don't recall any that were not
13   in person.
14        Q.    During those in-person meetings
15   that you had with the vice chancellor, did
16   he say or do anything that you found to be
17   harassing?
18        A.    Well, in one of the meetings he
19   handed me the letter that I referred to
20   earlier.  I believe that I have been
21   gaslit repeatedly by that piece, and I
22   believe that gaslighting is a form of
23   harassment.  So yes.
24        Q.    Okay.  And in what ways did the
25   vice chancellor gaslight you?

Page 187

1                    BELANGER

2        A.    Well, I would need to refresh my

3    memory by looking through various

4    conversations.

5        Q.    What is it that you would look

6    through to refresh your recollection of

7    what he said to you during these in-person

8    meetings?

9        A.    E-mails between us, between he

10   and I rather.  I don't know if I may have

11   mentioned interactions with Lehman in my

12   conversations with other people.  It is

13   possible.

14       Q.    Okay.

15       A.    Those conversations that I

16   provided to you, you know, they may at

17   least give me a sort of toehold on to when

18   certain things happened and when

19   conversations occurred and under what

20   circumstances.

21            Would it be okay to take a lunch

22   break?

23       Q.    Yes.    That is a

24

25

1                    BELANGER

2    good idea.    You want to take like 40

3    minutes or so?

4        A.    Sure.

5             (Luncheon recess: 1:00 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    BELANGER

2         A F T E R N O O N   S E S S I O N

3                      1:45  p.m.

4    M A T T H E W   B E L A N G E R,

5    having been previously duly sworn,

6    testified further as follows:

7    CONTINUED EXAMINATION

8    BY MS. FRIEDFEL:

9         Q.    Mr. Belanger, before the break

10   we were talking about your allegations

11   that the communications from the vice

12   chancellor, the provost, and the dean of

13   arts and sciences were harassing or were

14   making you feel unsafe and your request

15   that they not communicate with you any

16   further.

17              Did you identify all of the

18   harassing communications from the vice

19   chancellor during your previous testimony

20   or were there others?

21        A.    Well, I was just reading Exhibit

22   14, and it -- it talks about repeatedly

23   alleging but not defining performance

24   shortcomings.   This was something that

25   the vice chancellor and the dean engaged

1              BELANGER
2  in from time to time.   I found that to be
3  harassing.
4       Q.    And that was -- was that in
5  writing or --
6       A.    It happened in writing.   It may
7  have also happened in the course of
8  meetings as well.
9              MS. FRIEDFEL:   I am going to
10         mark the next exhibit, which I think
11         will be 15.   The computer will tell
12         me.
13              This will be Exhibit 15.
14              (Defendants' Exhibit 15 marked
15          for identification.)
16       Q.    Do you see the document that has
17  been marked or should have been marked as
18  Exhibit 15?
19       A.    Yes.
20       Q.    For some reason the tag didn't
21  come in, but other than the e-mail at the
22  very top between Jeff Lehman and Linda
23  Mills, did you send and receive the
24  correspondence as indicated in the
25  document?

1                        BELANGER

2        A.    Yes.   That looks like things I

3    received and sent apart from the exchange

4    between Lehman and Mills.

5        Q.    Right.   And this makes clear

6    the disciplinary investigation and the

7    shortcomings related to your conduct on

8    October 30, right?

9        A.    It makes a connection, but it

10   fails to state what my -- how I failed to

11   live up to the responsibilities of the

12   community with specificity.

13       Q.    The document speaks for itself.

14             In the communications from --

15             MS. FRIEDFEL:  Withdrawn.

16       Q.    Were you being contacted in any

17   manner other than by e-mail during -- by

18   university administration between November

19   2018 and March of 2019?

20       A.    University administration --

21       Q.    I'll be more specific.

22       A.    Yes.

23       Q.    Had either the vice chancellor

24   the provost or the dean of arts and

25   sciences at NYU Shanghai  --

1                    BELANGER

2         A.    Between November of 2018 and

3    March of 2019 you said?

4         Q.    Yes.

5         A.    I don't believe that I had

6    communications with them apart from an

7    e-mail at that time.

8         Q.    Did you have any communications

9    with Vice Chancellor Lehman, Provost

10   Waley-Cohen, or Dean Montoya at any point

11   after your leave began in November of

12   2018?

13        A.    I believe I did.

14        Q.    Were all those

15   communications -- I'm sorry.  I may not

16   have completed my question.

17              Those communications after

18   November 2018, were all of them in

19   writing?

20        A.    I am not a hundred percent sure.

21        Q.    Do you recall any circumstances

22   where you had an oral conversation with

23   any of those three individuals after

24   November of 2018?

25        A.    I can't say for certain.

1                    BELANGER

2        Q.    Pursuant to the terms of your

3    leave, you were scheduled to return after

4    May 31, 2019, right?

5        A.    The leave had a date of end of

6    May of 2019.

7        Q.    Okay.

8        A.    For the leave, yes.    Sorry.

9    Can you say the question again?

10        Q.    The expectation was you were

11    going to return to work after May 31,

12    2019, right?

13        A.    I don't know if there was an

14    expectation.    The letter does say that

15    leave could be expended.    So I -- I

16    wouldn't say that there was an expectation

17    one way or the other.    It was my intention

18    to return.    By then our -- I honestly

19    wanted to return in advance.

20        Q.    And pursuant to the terms -- I'm

21    sorry.    You met with Mary Signor on or

22    about June 12, 2019; is that right?

23        A.    Say the date again.

24        Q.    June 12, 2019.

25        A.    Met with her how?

1          BELANGER

2     Q.    I guess I don't know that it was

3  in person, but you spoke with her about

4  your return to work; is that correct?

5     A.    I may have.

6     Q.    Do you recall a conversation in

7  or about June 2019 with Mary Signor about

8  your return to work and fitness for duty

9  certification?

10    A.    I know that I was in

11 correspondence with her at that time, yes,

12 and before and after.

13    Q.    And at that time, you told her

14 that you had been cleared to return to

15 work without restrictions; is that

16 correct?

17    A.    I don't recall.

18    Q.    Had you in fact been cleared to

19 return to work without restriction at that

20 point in time?

21    A.    I don't recall.  I don't think

22 so.  I don't think that I had been able to

23 find a doctor who could make sense of the

24 situation.

25    Q.    Did you in fact return to work

Page 195

1                    BELANGER

2    in the summer of 2019?

3        A.    I did not.

4        Q.    Why not?

5        A.    I repeatedly asked for

6    information that my doctors were

7    requesting including through -- into 2020,

8    so that they could make a decision.

9              MS. FRIEDFEL:  I am going to

10         mark as the next exhibit a document

11         bearing Bates stamp 6516.

12              (Defendants' Exhibit 16 marked

13          for identification.)

14        Q.    I am going to direct your

15    attention to the e-mail in the middle of

16    the page from Mary Signor to you.

17        A.    We are talking about Exhibit 16?

18        Q.    Yes.

19        A.    Okay.  "Dear Matthew."   Should

20    I read this?

21        Q.    Sure.  Why don't you read that

22    message.

23              (Pause.)

24        Q.    Let me know when you are

25    finished reading it.

1                    BELANGER

2              (Pause.)

3       A.    Okay.

4       Q.    Does this refresh your

5  recollection at all about your meeting

6  with Mary Signor on June 12?

7       A.    It doesn't necessarily.

8       Q.    Your paid leave was extended

9  beyond that point; is that correct?

10      A.    Beyond the point of May 2019?

11      Q.    Yes.

12      A.    It was.

13      Q.    For how long was it extended?

14      A.    Excuse me.   There is a loud

15  motorcycle outside.   I will wait until it

16  passes.

17              (Pause.)

18      A.    I returned to work in 2020,

19  either in February or March I think.

20            MS. FRIEDFEL:  I will mark the

21     next exhibit.

22            (Defendants' Exhibit 17 marked

23     for identification.)

24      Q.    If you look in Exhibit Share,

25  you will see what we are marking as

Page 197

1                    BELANGER

2    Exhibit 17.

3         A.    Okay.

4         Q.    If you scroll down to Bates

5    stamp page 6506, which I believe is page 8

6    of the PDF.

7         A.    Okay.

8         Q.    So this you will see there is

9    another -- it is a further part of the

10   chain of the last exhibit, but you see

11   there is an e-mail from you dated July 7,

12   2019 to Mary Signor where you write "Dear

13   Mary.  I just wanted to bring you up to

14   date on my end."  And you say "I have

15   returned to Shanghai and will be meeting

16   with my psychotherapist about my

17   employment accommodation requests later

18   this week.  I will have these incorporated

19   into my return to work letter that was

20   previously issued to me by her and should

21   be able to provide you this the following

22   week."

23             At this point in July of 2019,

24   you had in fact been provided a return to

25   work letter by your psychiatrist; is that

Page 198

1                        BELANGER
2      correct, or psychotherapist? I'm sorry.
3          A.    I know that I had discussed with
4      her the letter, and ultimately we decided
5      that we didn't have enough information or
6      she didn't have enough information to
7      proceed and was ultimately referred to a
8      new psychotherapist.  I believe that is
9      demonstrated in the medical documentation
10     that I provided.
11         Q.    So were you lying to Mary when
12     you said that you had a return to work
13     letter that was previously issued by, your
14     psychotherapist?
15         A.    I wouldn't have been lying to
16     her about the previously issued to me by
17     her.  All I can say is that I had an
18     ongoing conversation with my
19     psychotherapist about my readiness for
20     work.  She and I ultimately decided that
21     based on the information that we had I
22     should be referred to another
23     psychotherapist for treatment and for
24     evaluation.  And so this conversation
25     obviously was happening in and around this

1              BELANGER
2    time, and we may have discussed issuing a
3    letter.   I don't think that I had one in
4    my possession at that time though.
5         Q.    Okay.
6         A.    I did request one.
7         Q.    If you look at page 6501, which
8    is page 3 of the PDF, on September 17,
9    2019 at this point you still have not
10   provided the fitness for duty
11   certification, correct?
12        A.    Say the question again.
13        Q.    We will just -- I will just
14   direct your attention to the e-mail that
15   is dated September 17, 2019 on
16   page Defendants 6501.
17        A.    From Mary?
18        Q.    Right.   And she notes that "As
19   a courtesy NYU Shanghai has allowed your
20   paid leave to continue beyond the terms of
21   your leave letter in order for you to
22   obtain the return to work documentation."
23   Right?
24        A.    I see that.
25        Q.    And you were told that you

```
 1                   BELANGER
 2   needed to provide the return to work
 3   letter, and then you were also -- Mary
 4   goes on to say if you would like to extend
 5   your leave she has received approval for
 6   you to extend it through the end of the
 7   fall 2019 semester, right? You received
 8   that e-mail?
 9        A.    I see the e-mail here.    I
10   believe I received it.
11        Q.    And you ultimately extended that
12   leave; is that correct?
13        A.    Yes.    Not at my request.
14        Q.    Well, you never submitted the
15   fitness for duty certification that was
16   required for your return in the fall
17   semester, did you?
18        A.    Again, there was a long dialogue
19   between myself and Mary and my
20   psychotherapist about the situation and
21   how to resolve it.
22        Q.    But it was after --
23        A.    I was doing my best.
24        Q.    To --
25        A.    To insinuate that I did not want
```

1                    BELANGER

2    to return to work is just false.   I very

3    much wanted to return to work.

4         Q.    But by October 31, 2019 you

5    still had not submitted the return to work

6    certification?

7         A.    That is correct.   I had not

8    submitted a return to work certification.

9    I did not -- I did not have one to submit

10   until I think February of -- or end of

11   January of 2020.

12        Q.    But you were continuously paid

13   your full salary through that period of

14   time, correct?

15        A.    I don't know that I have any way

16   to verify that.

17        Q.    Are you disputing that --

18             MS. FRIEDFEL:   Withdrawn.

19        Q.    Are you claiming that you did

20   not receive your full pay?

21        A.    I am not in a position to say

22   whether I did or didn't.   The pay was,

23   you know, being remitted a Chinese bank

24   account, so I -- yes.   I don't know.

25        Q.    In January of 2020, you were

1                    BELANGER

2    informed that your paid leave was going to

3    end in February, on February 2, 2020; is

4    that correct?

5        A.    What date?

6        Q.    I will show you the document.

7                    MR. FRIEDFEL:  This is Exhibit

8         18.   It is Bates stamped Defendants

9         6299.

10                   (Defendants' Exhibit 18 marked

11        for identification.)

12        Q.    If you would just read that

13    first paragraph in the e-mail.

14                   (Pause.)

15        A.    Exhibit -- a different exhibit

16    or --

17        Q.    It is 18.   I'm sorry.   Exhibit

18    18.

19        A.    Okay.

20                   (Pause.)

21        A.    So the e-mail from Bradley?

22        Q.    Yes.

23        A.    Okay.

24        Q.    Did you receive that e-mail at

25    or about the time indicated?

1                    BELANGER

2          A.    I am still reading.    Bear with

3    me.

4               (Pause.)

5          A.    Yes.  I received this e-mail.

6          Q.    And it was at that point that

7    you produced your fitness for duty

8    certification?

9          A.    Shortly after that.   I produced

10   it by the February 2 deadline I believe.

11   I mean this is -- this is at the time when

12   Covid was breaking out, and it was kind of

13   pandaemonium, and I was in ground zero for

14   all of this.  So --

15         Q.    You were in Shanghai at that

16   time?

17         A.    I was in Shanghai.  I left I

18   believe January 26, 2020.

19         Q.    And did you request any

20   accommodations upon your return to work?

21         A.     I did shortly thereafter if

22   not -- I mean I certainly asked for some

23   in advance of my return to work, and I

24   certainly asked for some following my

25   return to work.

1                    BELANGER
2        Q.    Okay.  What accommodations did
3    you request prior to your return to work?
4        A.    I don't recall exactly what I
5    requested before or -- versus after.    I
6    know that I did request a reassignment.
7    I know that I did request a guide for the
8    reappointment and promotion process.    I
9    requested deadline extensions.
10       Q.    And did you do all of that in
11   writing?
12       A.    I am not sure if it was all in
13   writing, but all of those things were
14   expressed in writing at some point or
15   another.
16       Q.    Okay.  And to whom did you
17   communicate those requests?
18       A.    To Mary and/or Kelly
19   Colyer-Brown.
20       Q.    Mary Signor that is?
21       A.    Mary Signor.   Yes.
22       Q.    Are you aware of any faculty
23   member who NYU Shanghai reassigned to NYU
24   New York?
25       A.    Reassigned in what way?

1                    BELANGER

2       Q.    In the way that you are

3   requesting, whatever way you requested.

4       A.    I don't believe I specifically

5   asked to be reassigned to New York

6   University.    Just to New York.

7       Q.    But how would you teach students

8   at NYU Shanghai if you were in New York?

9       A.    It was done throughout the

10  pandemic, so clearly it could have been

11  done.

12      Q.    Prior to the pandemic, were any

13  of your courses conducted remotely at NYU

14  Shanghai?

15      A.    Yes.    I pioneered remote

16  courses at NYU Shanghai as a pilot for the

17  Low Residency program.

18      Q.    I see.

19            So you mentioned reassignment,

20  deadline extensions.    Were there any other

21  accommodation requests that you made?

22      A.    I believe there were, but I

23  don't recall off the top of my head.

24      Q.    You were provided with an office

25  chair and --

1                    BELANGER

2        A.    An office chair, correct.

3        Q.    A standing desk; is that

4    correct?

5        A.    Eventually.

6        Q.    And you made those requests in

7    March of 2020, correct?

8        A.    That sounds right.

9        Q.    And you are aware that in March

10   of 2020 the United States shut down as a

11   result of the pandemic?

12       A.    I was here, and I recall the

13   circumstances that were going on around

14   me.   I don't -- I don't think that it is

15   fair to say it shut down.

16       Q.    Okay.   You were able --

17       A.    The pandemic certainly affected,

18   you know, supply chains, but I think

19   everyone continued their business

20   including NYU.

21       Q.    And you were provided with

22   the -- but you were provided with the

23   chair and the office furniture that you

24   requested?

25       A.    Eventually.

1              BELANGER

2       Q.    Eventually.   Do you have any

3    reason to believe that anyone or any

4    actions on the part of anyone at NYU or

5    NYU Shanghai caused any delay in your

6    receipt of any furniture items that you

7    were requesting?

8       A.    Yes.   I mean I -- I don't know

9    what took so long.

10      Q.    You are aware that --

11      A.    I would send e-mails, and weeks

12   would go by without response.  So I mean

13   I -- if NYU was inadequately staffed for

14   the situation, that is not my fault.

15      Q.    Okay.   But you recognize that

16   between March -- during the period in the

17   spring and summer of 2020 there were

18   substantial supply chain issues

19   particularly with respect to home office

20   furniture?

21      A.    I mean I don't know the

22   particulars of whom office furniture, but

23   --

24      Q.    But basically every --

25      A.    I know that --

1               BELANGER

2        Q.    Everybody was working from home?

3        A.    I know that NYU has a plethora

4   of chairs that I requested.   I mean I've

5   seen them by the dozen on campus.

6        Q.    To your knowledge, was the New

7   York City campus open in the spring of

8   2020 after March?

9        A.    I don't know.

10       Q.    You don't know.

11             For the summer or fall of 2020,

12   was the campus open?

13       A.    I don't know.

14       Q.    Okay.   You requested to teach

15   remotely in the fall of 2020; is that

16   right?

17       A.    In the fall of 2020.   I probably

18   did.   Yes.

19       Q.    And you were permitted to do so?

20       A.    I was.

21       Q.    And do you recall what you

22   taught?

23       A.    I believe I was involved in a

24   course with it Marcella La Godoy and a

25   course with -- excuse me one second.   I am

1                    BELANGER
2    drawing a blank on the other faculty
3    member's name at the moment.
4        Q.    Did you --
5        A.    But I was involved in two
6    courses.
7        Q.    Were you solely responsible for
8    teaching any courses during that semester?
9        A.    I don't believe so.
10       Q.    Have alleged that the NYU
11   Shanghai building was not accessible for
12   people with disabilities; is that correct?
13       A.    That's correct.
14       Q.    And in what way were you
15   impacted by this alleged lack of
16   accessibility?
17       A.    Beginning at the front door,
18   which has a button for wheelchair access
19   that does not allow wheelchair access.
20       Q.    What do you mean it has a
21   button, but it doesn't allow access?
22       A.    Well, there is -- there was a
23   revolving door at the campus, at the
24   former campus that had a wheelchair symbol
25   on it, but when you pressed it all it did

```
 1                    BELANGER
 2   was slow the revolving door.   There was
 3   no way to enter of one's own accord
 4   through the revolving door much less
 5   when -- when the button was pressed or
 6   not.   In addition, the material in the
 7   driveway was very difficult to negotiate,
 8   to navigate, very painful.   It was a
 9   textured material like a cobblestone type
10   thing or brick.   The elevators were very
11   difficult to use.   They were set in a way
12   that required you to very quickly react or
13   you would miss your chance.   In the
14   bathrooms I injured myself on more than
15   one occasion trying to use the bathroom on
16   the floors that I worked.
17        Q.    Was this all during the period
18   of time that you were in the wheelchair?
19        A.    No.
20        Q.    Okay.  I think we established at
21   the last session of your deposition I
22   think you testified, and correct me if I
23   am wrong, that you were in a wheelchair
24   for approximately a week or two; is that
25   right, or am I remembering that wrong?
```

1                  BELANGER

2        A.    I -- I think you are remembering

3    wrong.

4        Q.    So for how long were you in a

5    wheelchair?

6        A.    I don't recall exactly.   I mean

7    I was in and out of a wheelchair.   I was

8    in and out of walkers, canes.   I would

9    make progress, and then there would be a

10   setback, and I would be back in

11   a wheelchair.   I had difficulty using the

12   bathrooms throughout and into the last

13   days of my time in the building.

14       Q.    Okay.   Are you claiming that

15   you continued to have mobility issues --

16       A.    I continue to have mobility

17   issues up until last week.

18       Q.    I see.   Okay.

19             You have made allegations

20   relating to your global network professor

21   title.   Is it your contention that that

22   title entitled you to teach at NYU in New

23   York?

24       A.    NYU policy establishes an

25   expectation for such teaching

1                    BELANGER

2   arrangements.

3        Q.    And what is the basis for that

4   claim?

5        A.    The policy says there are

6   expectations for teaching in New York.

7        Q.    Which policy says that?

8        A.    There is a policy document that

9   outlines various cross-appointments and

10   the rights, duties, and privileges to

11   those cross-appointments.

12        Q.    That document says that you --

13   as a global network professor that you are

14   eligible to --

15        A.    There is a second version that

16   says eligible.   There is an older version

17   that was in effect until I believe 2020

18   after I made my request that says that

19   there is an expectation for such teaching

20   assignments.   There are two versions of

21   that policy document.

22        Q.    And did you --

23        A.    They are both on the NYU web

24   server to this day.

25        Q.    Are you aware of any NYU

1              BELANGER

2    Shanghai faculty with the GMP title who

3    was permitted to teach at NYU New York?

4         A.    I have seen some who have, but

5    I -- I don't recall their names at this

6    time, but I have been aware of it as a

7    thing.

8         Q.    And do you know anything about

9    the circumstances under which those

10   arrangements were made?

11        A.    No.  I don't think so.

12             MS. FRIEDFEL:    I am going to

13        mark as the next exhibit Exhibit 19.

14        It is a document -- a two-page

15        document.   I think it came from your

16        production.

17             (Defendants' Exhibit 19 marked

18        for identification.)

19        A.    Yes.

20        Q.    Earlier you testified that Vice

21   Chancellor Lehman handed you a document,

22   and that you found -- that you found to be

23   harassing.

24             Is Exhibit 19 the document to

25   which you were referring?

1                    BELANGER

2        A.    Yes.

3        Q.    Okay.   And what is it about

4   this letter that you find to be harassing?

5        A.    Lehman's statement that we our

6   very troubled by your failures to meet

7   your responsibilities as a faculty member

8   including the incident that occurred on

9   October 30, 2018 suggests that there were

10  other shortcomings in my performance,

11  which is just not true, and to suggest

12  that I was somehow failing to meet my

13  responsibilities as a faculty member that

14  is harassing under the circumstances.

15       Q.    You've said a number of times

16  that Vice Chancellor Lehman reference to

17  your -- to you or your condition as

18  inconvenient.

19            Under what circumstances are you

20  alleging that he said that?

21       A.    It happened in e-mail, and it

22  happened I believe sometime in 2019 after

23  or around the time that I returned to

24  Shanghai from the U.S., which may have

25  been in March or it may have been in

1                    BELANGER
2    April.  He Suggested that I was
3    inconveniencing.
4         Q.    He suggested that you were
5    inconveniencing the department by virtue
6    of you not confirming whether you would be
7    returning after the spring of 2019, right?
8         A.    My ability to return was
9    completely out of my hands.
10        Q.    How was it out of your hands?
11        A.    It is up to NYU to make a
12   determination based on a letter from my
13   doctor.   How can I confirm something that
14   I am not in control of?
15        Q.    You had not signed your 2019
16   appointment letter; isn't that right?
17        A.    I believe that is correct.  I
18   missed an e-mail by a few days.   The time
19   span that I was given to respond was quite
20   short, and I was in transit at that time.
21   At least that is how I remember it.
22             MS. FRIEDFEL:  I am going to
23        mark this next exhibit, Exhibit 20,
24        and it is Bates stamped Defendants
25        7627 through 7632.

1                     BELANGER

2              (Defendants' Exhibit 20 marked

3          for identification.)

4      A.    Exhibit 20.   I have it open.

5      Q.    Okay.   Is this the

6  correspondence in which you are alleging

7  that Vice Chancellor Lehman called you an

8  inconvenience?

9              (Pause.)

10     A.    I see a passage here where Jeff

11 says that "As you know, you already

12 received an offer to extend your

13 employment consistent with the terms

14 provided to others.   You then did not

15 accept within the timeline provided, and

16 your failure to accept your continued

17 employment is making it very difficult to

18 plan for the academic year ahead."

19             There may have been -- there may

20 have been other occurrences or instances,

21 but I see that here.

22     Q.    What I am trying to understand

23 is is this the e-mail that you're

24 referring to when you talk about him

25 referring to you as an inconvenience?

1              BELANGER

2      A.    It is one.   If -- there may be

3   others.

4      Q.    Okay.   Can you think of what

5   those others might be, how we might

6   identify them?

7      A.    Just to look.

8      Q.    We did look, and we couldn't

9   find them, and you continue to say that

10  Dean Montoya, Provost Waley-Cohen and Vice

11  Chancellor Lehman are not to contact you

12  but inquire about you through other

13  people.

14         What was the basis for your

15  declaration that the vice chancellor, the

16  provost, and the dean should not contact

17  you any more?

18     A.    Again, I felt as though the

19  three of them in varying degrees were

20  engaging in inappropriate and harassing

21  communications and communications that

22  were a danger to me frankly.

23     Q.    A danger to you.

24         In Exhibit 20, are you alleging

25  that this is an example of a such

Page 218

1              BELANGER
2    harassing communication or communication
3    that posed a danger to you?
4        A.    I would need to read the entire
5    thing.   I don't know that you want to let
6    me do that, but I can't -- this is a many
7    page document.
8        Q.    Yes.
9              Did Vice Chancellor Lehman ever
10   say anything to you that you perceived to
11   be a threat?
12       A.    Certainly.  He talked about
13   termination.
14       Q.    When did he talk about
15   termination?
16       A.    At various times.
17       Q.    And you mean termination of your
18   employment?
19       A.    Yes.
20       Q.    But in this communication in
21   fact, he was giving you -- they had
22   extended the deadline for you to respond
23   to your offer of reemployment, right?
24       A.    I mean I can't summarize the
25   entirety of this 20 pages of e-mail

Page 219

1                    BELANGER

2    without reading it.   Not 20, but however

3    many pages it is.

4        Q.    We can move on.

5             Other than these what you are

6    claiming are threats to terminate your

7    employment, did Vice Chancellor Lehman,

8    Provost Waley-Cohen, or Dean Montoya make

9    any other threats to you?

10       A.    Montoya continued to contact me

11   on my personal e-mail address even after I

12   repeatedly asked her to stop.   I

13   perceived that to be a threat.

14       Q.    How is that a threat?

15       A.    Because it -- it elevated my

16   blood pressure to a dangerous level.

17       Q.    You were not checking or

18   responding to e-mails on your work e-mail

19   during the period of time during your

20   leave; is that right?

21       A.    Which leave?

22       Q.    Between November 2018 and May

23   2019.

24       A.    I was responsive to e-mails

25   generally at that time.  I mean there may

1                    BELANGER

2   have been some e-mails that I missed,

3   but --

4            MS. FRIEDFEL:   I am going to

5        mark as the next exhibit a document

6        bearing Bates stamp 9796 to 9797.

7            (Defendants' Exhibit 21 marked

8        for identification.)

9        Q.    Let's look at Exhibit No. 21.

10       A.    Okay.

11       Q.    You indicated a number of times

12  during the course of the deposition today

13  that Provost Waley-Cohen had referred to

14  you or referred to you as not being fit

15  for duty I suppose.

16           My question to you, and I ask

17  you to read the e-mail, is:  Is this the

18  e-mail to which you are referring?

19           (Pause.)

20       A.    The final sentence of the

21  first -- the numbered paragraph implies

22  that I am not fulfilling my administrative

23  responsibilities and questions my ability

24  to lead IMA.

25       Q.    Is this in fact the e-mail that

```
 1                    BELANGER
 2   you are referring to when you say she
 3   questioned your fitness?
 4        A.    That is an e-mail that questions
 5   my fitness.
 6        Q.    I am sorry.  I didn't
 7   understand what you just said.  Could you
 8   repeat that?
 9        A.    That is an e-mail that questions
10   my fitness.
11        Q.    Okay.  Were there any others?
12        A.    There may be.
13        Q.    Okay.  Can you recall any
14   others?
15        A.    At this time, no.
16        Q.    You have made allegations about
17   your --
18             MS. FRIEDFEL:  Withdrawn.
19        Q.    Are you alleging that you were
20   precluded from taking a sabbatical?
21        A.    Yes.
22        Q.    And are you claiming that that
23   was in some way discriminatory or
24   retaliatory?
25        A.    I believe it was.
```

1              BELANGER
2          MS. FRIEDFEL:   I am going to
3        mark the next exhibit, which will be
4        22.  This is a one-page document
5        Bates stamped 8113.
6              (Defendants' Exhibit 22 marked
7        for identification.)
8      Q.    Do you see that document, Mr.
9  Belanger?
10     A.    I do.
11     Q.    Exhibit 22 is the sabbatical
12  proposal that you submitted?
13     A.    It is the sabbatical proposal
14  that I submitted.
15     Q.    Had you submitted other
16  sabbatical proposals other than that one?
17     A.    I had certainly submitted other
18  requests.  I don't recall whether they
19  were accompanied by a proposal or not or
20  whether it was even communicated to me
21  that I needed to submit a proposal, but I
22  did request on multiple occasions
23  sabbatical.
24     Q.    And you understood though that
25  you needed to submit a proposal in order

1                  BELANGER
2    to be granted sabbatical, right?
3         A.    That was not clear.   I don't
4    believe there is any communication to that
5    effect until I was asked to submit this
6    one.
7         Q.    Are you aware of any other
8    faculty who were granted sabbatical
9    without having to submit a proposal?
10        A.    I knew other faculty were
11   granted leaves.
12        Q.    My specific question is a
13   sabbatical.
14        A.    A sabbatical is a type of leave.
15        Q.    But my specific question is were
16   you aware of other faculty who got
17   sabbatical leave without submitting a
18   sabbatical leave proposal?
19        A.    I wouldn't be aware because
20   those proposals wouldn't have been
21   submitted to me.
22             MS. FRIEDFEL:  I will mark
23         another exhibit, which is Exhibit 23,
24         e-mail correspondence from Maria
25         Montoya to you Bates stamped

Page 224

```
 1                  BELANGER
 2       Defendants 8111.
 3               (Defendants' Exhibit 23 marked
 4        for identification.)
 5       A.    Okay.
 6       Q.    Did you receive this e-mail on
 7   or about February 3?
 8       A.    I don't recall receiving it.
 9       Q.    Do you have any reason to doubt
10   that you received the e-mail?
11       A.    Again, I don't recall receiving
12   it.
13       Q.    Your NYU e-mail address was in
14   fact MB1065@NYUEDU?
15       A.    It is.
16       Q.    And do you have any reason to
17   believe that a sabbatical had been granted
18   to anybody else in order to form another
19   organization, an independent organization?
20       A.    Say that again.
21       Q.    You will see there is a sentence
22   here in the second paragraph --
23       A.    Back on Exhibit 22?
24       Q.    23.   It says -- in the second
25   paragraph in the fourth line down, there
```

```
1                    BELANGER
2    is a sentence that starts "Sabbatical
3    leaves are not granted for the purpose of
4    taking employment elsewhere or for
5    creating independent organizations that
6    compete with or engage in activities that
7    a faculty should be carrying out for the
8    university."
9              Do you see that?
10        A.    Yes.  Okay.
11        Q.    Do you have any reason to
12   believe that that statement is not true?
13        A.    I mean I don't believe that it
14   was employment or it competed with NYU.
15        Q.    So your claim is that the
16   proposal that you had submitted was not in
17   fact competing with NYU?
18        A.    Let me read the proposal.
19        Q.    Sure.  It is Exhibit 22.
20              (Pause.)
21        A.    I don't believe that this is
22   employment elsewhere, and I don't believe
23   that it is anything that competes with
24   NYU.
25        Q.    NYU Shanghai was an educational
```

```
 1                    BELANGER
 2    organization; is that right?
 3         A.    Yes.
 4         Q.    And it engaged in research and
 5    practice with respect to emerging media;
 6    is that correct?
 7         A.    Yes.
 8         Q.    Okay.   Do you have any reason
 9    to believe that the denial of your
10    sabbatical application was discriminatory
11    or retaliatory in any way?
12         A.    I do.
13         Q.    And what is the basis of that
14    belief?
15         A.    Prior to this proposal I had
16    been told that I would be allowed to take
17    a sabbatical at the time of my choosing,
18    and I -- I wasn't allowed to do that.
19         Q.    In 2020, you had submitted
20    basically the same proposal; is that
21    correct?
22         A.    I am not sure what you mean.
23    I'm sorry.
24         Q.    Well, in the e-mail from Dean
25    Montoya, she says I notes that is the same
```

```
 1                    BELANGER
 2    proposal interest that you submitted in
 3    April 2020 and it does not include any of
 4    the recommended changes.   Do you see
 5    that?
 6         A.    I see that sentence, yes.
 7         Q.    Does that refresh your
 8    recollection that you basically had
 9    submitted the same proposal in April of
10    2020?
11         A.    I don't recall when.
12         Q.    But you had previously submitted
13    the same proposal?
14         A.    I don't recall.
15         Q.    Prior to November 2018, have you
16    maintained the servers on which the IMA
17    students' work was maintained?
18         A.    Say the question again.
19         Q.    I'll rephrase it.
20               Did IMA have servers where the
21    students' work was maintained?
22         A.    Yes.
23         Q.    And where are those servers
24    housed?
25         A.    The colocation facility.
```

1                    BELANGER

2        Q.    And was that through NYU or

3    through another entity?

4        A.    It was done by myself.

5        Q.    Okay.  And so you were the

6    person who maintained the credentials to

7    access those servers; is that correct?

8        A.    Yes.

9        Q.    And after the October 30, 2018

10   incident with Anna Greenspan, were you

11   asked to provide those credentials to your

12   colleagues?

13       A.    I believe I was.

14       Q.    And you did not provide those

15   credentials; is that correct?

16       A.    I did not.

17            MS. FRIEDFEL:  Why don't we

18        take a quick five-minute break, if

19        that is okay with everybody.

20            (Recess taken.)

21   BY MS. FRIEDFEL:

22       Q.    The address listed on your

23   complaint is 447 Broadway, Second Floor,

24   No.  345, New York.

25            If I were to go to that address,

1                    BELANGER

2    what would I find there?

3        A.    A coworking space.

4        Q.    And do you receive mail there?

5        A.    I do.

6        Q.    And how is that mail transmitted

7    to you?

8        A.    Varying ways.   I can request

9    documents to be scanned or forwarded to

10   me.

11       Q.    But you don't physically go

12   there and pick them up?

13       A.    I've done that before, too.

14       Q.    And for how long have you had

15   the capacity to use that address?

16       A.    I am not sure.   I had a similar

17   address before that.

18       Q.    And what was that similar

19   address?

20       A.    I don't recall.

21       Q.    Okay.  But it was another

22   coworking space?

23       A.    This was not a coworking space.

24   It was as you just said a mail handling

25   service.

1               BELANGER
2               MS. FRIEDFEL:  I am now going
3          to mark another exhibit, Exhibit 24.
4               (Defendants' Exhibit 24 marked
5           for identification.)
6       A.    Okay.
7       Q.    You testified that there is a
8    policy on the global network professor
9    title that suggests that there is a
10   teaching expectation.
11              I am going to direct you to what
12   is page 6 on the lower right corner of the
13   document.
14       A.    Okay.
15       Q.    You're talking about -- when you
16   refer to the word expectation, is this
17   here enumerated I guess line on the chart
18   6 "expectations for teaching, training,
19   mentoring in both units," is that what you
20   were referring to?
21       A.    This table is available as
22   another document, separate document.
23       Q.    Okay.  But it is the same table?
24       A.    Well, there are at least two
25   versions of that I am aware of.

1                    BELANGER

2        Q.    And other than in the table, is

3    there any other place where there is a

4    reference to an expectation with respect

5    to teaching?

6        A.    I don't recall.

7        Q.    The header on this document --

8             MS. FRIEDFEL:  Withdrawn.

9             I am going to mark another

10       document.  I am marking this as

11       Exhibit 25, a document bearing Bates

12       stamp Defendants 128 to 129.

13             (Defendants' Exhibit 25 marked

14        for identification.)

15       A.    Exhibit 25?

16       Q.    Yes.

17       A.    Okay.

18       Q.    I am going to ask you to review

19    the document and let me know if you

20    received it in January of 2021.

21             (Pause.)

22       A.    Okay.

23       Q.    Do you contest the accuracy of

24    any of the statements made in this letter?

25       A.    Most likely.

1                    BELANGER

2        Q.    Can you identify which ones?

3        A.    I did relinquish control of the

4   NYU Shanghai in my Facebook page to

5   Marcella La Godoy.   She had been the

6   person maintaining it.

7        Q.    When did you do that?

8        A.    I don't recall.  I don't recall,

9   but I did.   I contest that it says that I

10  failed to turn in or finalize my classes

11  in a timely manner in spring of 2020 and

12  fall of 2021 semesters.   As Christian

13  Greuel and Amy Becker can attest, I was

14  working diligently on my proposals for

15  those semesters.

16       Q.    Did you provide any --

17       A.    In 2021 I was on a medical leave

18  I believe.

19       Q.    Spring of 2021.  This letter is

20  dated January 8 of 2021.

21       A.    Okay.  The supposition that I

22  refused to check my NYU Shanghai e-mail,

23  there was no such thing as an NYU Shanghai

24  e-mail.

25       Q.    You have an e-mail address that

```
 1                    BELANGER
 2    was issued to you by virtue of your
 3    employment at Shanghai NYU?
 4        A.    That is not correct.
 5        Q.    So employees of NYU Shanghai are
 6    not issued e-mail addresses?
 7        A.    I can't speak to that, but I
 8    could tell you that the e-mail address
 9    that I had no relationship to NYU
10    Shanghai.
11        Q.    Because it is the same address
12    that you had when you were a student at
13    NYU?
14        A.    It is the same address that I
15    had since I was a student at NYU.
16        Q.    Okay.  And it is the official
17    form of communication for NYU Shanghai
18    employees through an NYU.EDU e-mail
19    address, correct?
20        A.    I don't know.
21        Q.    Is there a policy in that
22    regard?
23        A.    I've seen other faculty member
24    communications using personal addresses,
25    and I have seen communication happen
```

1                    BELANGER

2    through We Chat and other types of text

3    messaging, and so I -- I don't know.

4        Q.    Did you provide any evidence to

5    the disciplinary committee that was

6    reviewing this --

7        A.    I did not, but I am not done.  I

8    am not done.  I had an away message when

9    I was on sick leave.  Just to be accurate,

10   medical leave.  I thought I had disabled

11   that.  It turned out that I had changed

12   the setting in some way that I didn't

13   fully comprehend and the messages

14   continued to go out.  When I was notified

15   of that, I acted and made a change to the

16   message. I was unable to use multifactor

17   authentication, and I disagree that my

18   conduct was unprofessional or

19   inappropriate, and that it consistently

20   fell short.  To answer your question, I

21   did not provide any evidence.

22       Q.    Why not?

23       A.    I did not receive this e-mail.

24       Q.    Do you have any reason to

25   believe it was not actually sent to your

1             BELANGER

2    NYU e-mail address?

3         A.    I don't know.

4         Q.    Did you receive the

5    communications that are referenced in it?

6         A.    I don't recall.

7         Q.    You were invited to renew your

8    contract of employment beyond 2022; is

9    that correct?

10        A.    I don't know.

11        Q.    Did you apply to renew your

12   contract beyond May 2022?

13        A.    I did in 2018.

14        Q.    Right.  And in 2018 your renewal

15   was approved, and your contract was

16   extended from 2019 to 2022, correct?

17        A.    It should have been for longer.

18        Q.    It was approved for 2022,

19   correct?

20        A.    I believe so.

21        Q.    And you were told repeatedly of

22   the deadline to request renewal, correct?

23        A.    I don't know.

24        Q.    You don't know.

25             You were aware that in order to

1                    BELANGER

2    renew your contract you needed to request

3    renewal?

4        A.    I had asked for multiple

5    accommodations with respect to my contract

6    renewal.

7        Q.    That is not my question.   My

8    question is you knew that in order to have

9    your contract renewed you had to request

10   review for renewal?

11       A.    I mean that is inconsistent with

12   what the dean had conveyed to me in a

13   meeting.

14       Q.    When did the dean convey to

15   you -- when was this meeting?

16       A.    It was with respect to the

17   grievance that I raised, and I provided a

18   recording of it.

19       Q.    The grievance that you raised in

20   2018?

21       A.    Correct.

22       Q.    What does the grievance that you

23   raised in 2018 have to do with the renewal

24   of your contract in 2022?

25       A.    Because it specifies the ways in

1              BELANGER

2    which the reappointment or promotion

3    should be conducted in the future.

4        Q.    I am sorry.   I don't

5    understand.  Can you explain what you mean

6    by that?

7        A.    What was asked of me in the

8    future was inconsistent with what had been

9    expressed to me in the past.

10       Q.    Okay.   And what was expressed

11   to you in the past?

12       A.    That I could receive the

13   promotion under the Tisch guidelines

14   without the need to go through the process

15   again or that I could go up for promotion

16   under the Tisch guidelines.

17       Q.    That is with respect to

18   promotion, not contract renewal?

19       A.    They are basically the same

20   process.

21       Q.    Did you request promotion in

22   2021 or 2022?

23       A.    I requested promotion as far

24   back as 2016 or '17 repeatedly.

25       Q.    My question is did you submit a

1                   BELANGER

2    request and a packet for review for

3    promotion in 2021 or 2022?

4         A.    I did not.

5         Q.    Okay.   And did you submit a

6    packet for review for renewal of your

7    contract in 2021 or 2022?

8         A.    I did not.

9         Q.    Are you alleging in this lawsuit

10   that there is anything unlawful about the

11   fact that your employment contract was not

12   renewed beyond 2022?

13        A.    I don't recall whether that is

14   part of this particular lawsuit or my

15   charge that is currently being

16   investigated by the EEOC.

17        Q.    And what is the basis for your

18   claim that you were -- that there was

19   something unlawful about the fact that

20   your contract was not renewed beyond 2022?

21        A.    Well, the clerical error that

22   was identified by Maria Montoya previously

23   should have been corrected, and my

24   contract should have been for a longer

25   duration than what was given to me.  She

1                    BELANGER

2    had multiple chances to correct this

3    clerical error in accordance with how she

4    stipulated.  I am not sure why she didn't.

5    We will have to depose her to find out.

6        Q.    Again, that relates to your

7    promotion in 2018.  How is that suggesting

8    that anything was unlawful about your

9    nonrenewal of your contract in 2022?

10       A.    I mean I requested a number of

11   accommodations including to be able to use

12   personal e-mail in certain circumstances

13   and other forms of communication, and I

14   requested a guide to be provided in the

15   reappointment and promotion process.   A

16   guides is a part of policy, Tisch policy.

17   I believe it is completely reasonable

18   under the circumstances especially.

19       Q.    And for what disabilities were

20   you seeking such an accommodation?

21       A.    For anxiety and -- and

22   depression and other things that have been

23   identified by my doctors.

24       Q.    And did you submit medical

25   documentation of your need for such an

1                    BELANGER
2    accommodation?
3        A.    I believe that I did.
4        Q.    And to whom did you submit that
5    documentation?
6        A.    It would have been submitted to
7    Mary Signor or Kelly Colyer-Brown.
8        Q.    As to these accommodations that
9    you are alleging you applied for, all of
10   your communications with Kelly
11   Colyer-Brown were by e-mail; is that
12   correct?
13       A.    I believe so.
14       Q.    And with Mary Signor with
15   respect to any requests for accommodation
16   that you made, were all of those
17   communications by e-mail?
18       A.    Not necessarily.
19       Q.    How else did you communicate
20   with her?
21       A.    I believe we spoke on the phone
22   or by Skype.
23       Q.    You testified earlier I believe
24   that you had applied for positions at NYU;
25   is that correct?

Page 241

```
 1                BELANGER
 2      A.    Yes.
 3      Q.    And I didn't ask which positions
 4  did you apply for?
 5      A.    I applied for a position -- it
 6  was applied through NYU, but it was a
 7  directorship position at NYU in Tokyo
 8  through the School of Continuing and
 9  Professional Studies.   I applied to
10  multiple positions at Stern and multiple
11  positions at Tisch.
12      Q.    And how did you apply for those
13  positions?
14      A.    I applied through whatever means
15  was required by the job listing.
16      A.    I don't recall specifically with
17  each case, but I applied.
18      Q.    And were you offered an
19  interview for any of those positions?
20      A.    I don't think so.   I don't
21  think so.
22      Q.    Do you have any basis to believe
23  that the fact that you wee not invited to
24  an interview was discriminatory or
25  retaliatory?
```

1                    BELANGER

2         A.    I do.    What is the basis for

3    that belief?

4         A.    Well, in each case it was after

5    reporting Montoya and Waley-Cohen for

6    discrimination, and I believe that -- that

7    they have made it impossible for me to get

8    work in New York.

9         Q.    And what is the basis of your

10   belief that they made it impossible for

11   you to get work in New York?

12        A.    I mean they certainly spoke

13   poorly of me -- well, I should say Joanna

14   Waley-Cohen certainly spoke poorly of me

15   with respect to Daniel O'Sullivan, who is

16   in charge of ITP in IMA in New York or was

17   so until recently.   It would make it

18   pretty hard for me to get work in New

19   York.

20        Q.    And other than what you

21   testified earlier, do you have any more

22   information about what she allegedly said

23   about you to Daniel O'Sullivan?

24        A.    You would have to ask him.

25        Q.    And did you apply for any

1              BELANGER

2    positions that were outside of ITP?

3        A.    I applied to positions at Stern.

4    Stern is outside of ITP.

5        Q.    And those positions at Stern, do

6    you have any reason to believe that you

7    were not invited for an interview based on

8    -- due to some discriminatory or

9    retaliatory reason?

10       A.    I believe that -- that it is,

11   yes.

12       Q.    And what is the basis of that

13   belief?

14       A.    I believe people have talked

15   about me, and that I am on a black list.

16       Q.    What is the basis of that

17   belief?

18       A.    It just the basis.

19       Q.    Do you have any facts or

20   information other than what you've already

21   testified that would support your

22   contention that you were not invited to

23   interview for any of the positions at NYU

24   for which you applied due to

25   discrimination or retaliation?

1                    BELANGER

2        A.    I believe that my track record

3    within the university was stellar.  You

4    know, everyone else compared to myself has

5    successfully found employment in New York

6    at NYU, again, with a less stellar service

7    record to the university than myself in

8    most cases.

9        Q.    Any other facts or information

10    besides that?

11        A.    I can't recall right now.

12        Q.    Did you apply for any positions

13    outside of NYU?

14        A.    I have.

15        Q.    And where have you applied?

16        A.    I don't recall exactly.  I have

17    applied to many dozens.

18        Q.    Can you name any of the

19    institutions to which you applied?

20        A.    I have applied to University of

21    Texas, Austin.  I have applied to jobs at

22    Williams College. I have applied

23    to -- let's see.  I think I applied for a

24    job at  -- I can't recall all of them.

25        Q.    Do you have any records of any

1                    BELANGER
2    of these applications?
3         A.    I applied to STLU, Liverpool
4    University.
5         Q.    And were you invited for
6    interviews at any of these institutions?
7         A.    I -- I interviewed at STLU. I
8    can't recall which other ones I
9    interviewed for or didn't.
10        Q.    Were you offered a position at
11   any of these places where you applied?
12        A.    I have not been offered a
13   position anywhere.
14        Q.    And have you only been applying
15   for teaching positions or have you applied
16   for other types of jobs?
17        A.    I believe I applied for other
18   types of jobs.
19        Q.    And have you gotten any offers
20   for any of those other types of jobs?
21        A.    No.
22        Q.    Were you offered any interviews
23   that you turned down?
24        A.    Recently I was at the interview
25   stage for a position at a university, and

Page 246

1                      BELANGER
2     I declined to move forward as a candidate.
3          Q.    What university is that?
4          A.    I forget the name.   It is in
5     Doha.
6          Q.    And why did you turn down the
7     interview?
8          A.    There was some personal factors.
9     I did not want to be separated from my
10    wife, which is what would have occurred if
11    I had taken the job.   I am also not
12    confident to work abroad given my
13    condition, and a contact at the university
14    also reached out to me to express that
15    they were leaving.
16         Q.    Is it true that you
17    intentionally traveled extensively while
18    you were living in China to avoid Chinese
19    tax obligations?
20         A.    That was a motivation among
21    others.
22         Q.    I believe you said that you have
23    been married since -- was it October or
24    November of last year?
25         A.    November of last year.

Page 247

1                    BELANGER
2         Q.    November of last year.   Okay.
3     And did you date your wife before you
4     married her?
5         A.    Yes.
6         Q.    And were you engaged for a
7     period of time?
8         A.    Yes.
9         Q.    For how long were you engaged
10    before you got married?
11        A.    Since 2020.
12        Q.    Okay.   And how long did you
13    date before you got engaged?
14        A.    We began dating in 2016.
15        Q.    Okay.   So earlier when I asked
16    you about your -- when your relationship
17    with Mary Anne Petite -- your partnership
18    with Mary Anne Petite ended you testified
19    that it was in November of 2022?
20        A.    That's correct.
21        Q.    So you continued in your
22    partnership with Mary Anne Petite
23    throughout the period of time that you
24    were dating and engaged to your current
25    wife?

1                    BELANGER

2        A.    We had a domestic partnership,

3    yes, Mary Anne Petite and I.

4        Q.    And that domestic partnership

5    was legally dissolved in December of 2022?

6        A.    That's correct.

7        Q.    And when did you end your -- I

8    don't know.  With a domestic partnership,

9    is there a separation? When did you stop

10   cohabitating?

11       A.    I don't recall.

12       Q.    Was it before or after you

13   started dating your current wife?

14       A.    I don't recall.

15       Q.    Was it before or after you

16   became engaged to your current wife?

17       A.    It was before.

18       Q.    During your employment with NYU

19   Shanghai, who gave you your work

20   assignments?

21       A.    It came from multiple people.

22   The dean, whether it was David Fitch or

23   Joanna Waley-Cohen or Maria Montoya, Mary

24   Anne Petite was there with me from the

25   beginning.

```
 1                  BELANGER
 2       Q.    What was Mary Anne Petite's role
 3   at that time?
 4       A.    She was director of IMA.
 5       Q.    Anybody else?
 6       A.    I am -- everything that I did
 7   was also -- I can't say everything.   Many
 8   of the things that I did were with respect
 9   to the Low Residency program were in
10   consultation or at the direction of Daniel
11   O'Sullivan.
12       Q.    And who determined your
13   compensation in your employment at NYU
14   Shanghai?
15       A.    I don't know.
16       Q.    Who evaluated your performance?
17       A.    My performance was not evaluated
18   until some years into my employment.   At
19   which point I don't know who evaluated my
20   performance.   It is all a black box.
21       Q.    You objected to the request that
22   you submit the fitness for duty
23   certification; is that correct?
24       A.    I did.
25       Q.    And what was the basis for your
```

```
 1                 BELANGER
 2    objection?
 3         A.    I didn't feel that it was
 4    lawful.
 5         Q.    And how was it unlawful?
 6         A.    Well, it is my understanding
 7    that in China the party that alleges a
 8    lack of fitness, it is their
 9    responsibility to provide the evidence,
10    not the other way around.
11         Q.    And are there any other --
12         A.    I also felt that it was
13    discriminatory.
14         Q.    Discriminatory how?
15         A.    My complaint.
16         Q.    And how was it discriminatory?
17         A.    As opposed to offering some
18    administrative leave or something else I
19    was forced to choose between a medical
20    leave and told that I needed to take the
21    medical leave.
22         Q.    Okay.  And that was
23    discriminatory how?
24         A.    Because I don't feel like I
25    needed a medical leave, and I don't feel
```

Page 251

1                    BELANGER
2    like anyone in the building was qualified
3    to evaluate whether I needed a medical
4    leave or not.
5         Q.    Are you claiming that that
6    determination that it would be a medical
7    leave was discriminatory on the basis of a
8    protected characteristic?
9         A.    Yes, disability.
10        Q.    And which disability -- was
11   there a particular disability that you
12   thought it related to?
13        A.    My anxiety.  I wasn't clear if
14   it also relates to my other physical
15   issues, but NYU Shanghai wouldn't say.
16        Q.    You had expressed that you felt
17   that your anxiety had been a contributing
18   factor to your behavior on October 30,
19   2018, correct?
20        A.    I have expressed that.
21        Q.    Are you claiming that you
22   suffered from emotional distress as a
23   result of the Defendants' actions?
24        A.    I did.
25        Q.    And when did you begin to suffer

```
 1              BELANGER
 2   emotional distress as a result of the
 3   Defendants' actions?
 4       A.    Beginning in April of 2017 I
 5   believe.   March or April of 2017.
 6       Q.    And how did that emotional
 7   distress manifest?
 8       A.    You mean -- what do you mean?
 9       Q.    I mean what did you suffer from,
10   what particular symptoms?
11       A.    Yes.  Look at my medical
12   records.
13       Q.    Well, I am asking you to explain
14   what symptoms you believe were
15   attributable to the actions of the
16   Defendants?
17       A.    Spontaneous vomiting among
18   others.
19       Q.    What else?
20       A.    High blood pressure, inability
21   to concentrate.
22       Q.    Anything else?
23       A.    It is in my medical records,
24   ma'am.
25       Q.    You did not produce all of your
```

1                    BELANGER
2    medical records, correct?
3        A.    I produced all of the relevant
4    medical records and many that were not
5    relevant.
6        Q.    Well, I am asking you now to
7    identify all of the symptoms that you
8    believe are attributable to the conduct of
9    the defendants.
10       A.    Again, I am telling you my
11   medical records are a place to go for
12   that.
13       Q.    Your medical records don't
14   reflect the relationship between the
15   symptoms and the actions of the
16   Defendants, correct?
17       A.    They sometimes do.
18       Q.    When did you begin to suffer
19   from spontaneous vomiting?
20       A.    I believe it happened -- started
21   to happen in 2019.
22       Q.    And how frequently did you
23   suffer that symptom?
24       A.    It is variable.  Sometimes --
25   sometimes several times a day and

Page 254

1                    BELANGER
2    sometimes not for some weeks or months.
3        Q.    And did that symptom resolve at
4    some point?
5        A.    No.
6        Q.    Did it get better at some point?
7        A.    No.   It has periods of time it
8    improves, but I have -- I have had issues
9    with it recently.
10       Q.    But it has improved at different
11   periods of time?
12       A.    It has improved, and it has
13   gotten beter and improved and gotten
14   worse.
15       Q.    And you said that it has gotten
16   worse recently?
17       A.    Yes.
18       Q.    When did it get worse?
19       A.    Sometime in relationship to
20   discovery demands and other aspects of
21   this litigation and with respect to
22   dealing with triggering material.
23       Q.    What about your high blood
24   pressure, when did that begin?
25       A.    I am not sure.  I don't recall.

1              BELANGER

2       Q.    Do you take medication for your

3  blood pressure?

4       A.    I do.

5       Q.    When did you start taking that

6  medication?

7       A.    I am notice sure.   Most likely

8  in 2020 sometime.

9       Q.    Is it managed with medication?

10      A.    Medication has helped.

11      Q.    And your difficulty

12  concentrating, when did that begin?

13      A.    Prior to my diagnosis with

14  respect to adjustment disorder, anxiety

15  disorder, et cetera, which was in 2018 I

16  believe.

17      Q.    You have had other significant

18  stressors in your life other than as it

19  might relate to your employment with NYU

20  Shanghai; is that correct?

21      A.    My father passed away last year.

22      Q.    I am very sorry to hear that.

23            Other than your father, do you

24  have any other loved ones who suffered

25  from any major illness since 2017?

1                    BELANGER

2          A.    I have had friends pass away

3    unexpectedly.  I don't know what illness

4    they may have had or not had.   One friend

5    had cancer and passed away suddenly.

6          Q.    And have you ever been

7    hospitalized for your mental health?

8          A.    I was not an inpatient, but I

9    did go to the emergency room.

10          Q.    When did you go to the emergency

11    room for your mental health?

12          A.    Sometime in 2020 right around

13    the time I was resuming work and being

14    reexposed to e-mails from Maria Montoya.

15          Q.    Are you seeking any compensation

16    for lost wages in this lawsuit?

17          A.    I would like to.

18          Q.    In your amended complaint, you

19    stated that you're seeking damages in the

20    sum of $300,000 in connection with your

21    claims.

22              What is the basis for that claim

23    for damages?

24          A.    I don't recall at the time that

25    I made that calculation.

1              BELANGER

2      Q.    Other than for emotional

3   distress, was there any other component to

4   that $300,000?

5      A.    I am not sure.

6      Q.    Do you still experience trouble

7   concentrating?

8      A.    Absolutely.

9      Q.    Did you experience trouble

10  concentrating prior to 2018?

11     A.    No.

12     Q.    You mentioned that you take

13  blood pressure medication.  Which

14  medication is that?

15     A.    Lisinopril.

16     Q.    Do you take other medications?

17     A.    I take over the counter pain

18  medicine, often Advil dual action or, you

19  know, the generic.  I take a lot of

20  supplements.  I don't know if you are

21  interested in those or not.

22     Q.    Supplements meaning like

23  vitamins?

24     A.    Yes, vitamins, that sort of

25  thing.  And I take it -- recently I have

Page 258

1                    BELANGER

2    been taking cyclobenzaprine.   I am not

3    sure if I am pronouncing that correctly.

4    It is a muscle relaxer prescribed by

5    my -- by a doctor to deal with a recent

6    flare up in my lower back.   I also take

7    CBD oil routinely.

8         Q.    And the supplements, what

9    supplements do you take?

10        A.    I take vitamin D as we all

11   should, and I take vitamin B12 because I

12   have a vegetarian diet and could use a

13   little more of that, and I take calcium,

14   magnesium and zinc, and I have started

15   recently taking an Algee-based Omega 3,

16   which I had taken in the past, but when I

17   went to back to China I ran out of it.

18        Q.    Anything else?

19        A.    I take Garlique too for the

20   blood pressure formula of that.

21        Q.    Garlique you said?

22        A.    Garlique.

23        Q.    With a G?

24        A.    Yes.

25        Q.    You referenced CBD oil.   Is

```
 1                  BELANGER
 2   that prescribed?
 3        A.   No.   It is not prescribed.
 4        Q.   Are you aware of whether Daniel
 5   Mikesell has any disability?
 6        A.    I am not -- I am not aware if he
 7   has a disability, but I am aware of -- I
 8   am aware of some health situations with
 9   him.
10        Q.   And did any of those -- do you
11   know when those began?
12        A.    I do not.
13        Q.   And to your knowledge has Daniel
14   Mikesell ever made a complaint of
15   discrimination against anyone at NYU
16   Shanghai?
17        A.    I don't know.
18        Q.    I need to take a 15-minute
19   break.
20        A.    Sure.
21             (Recess taken.)
22   BY MS. FRIEDFEL:
23        Q.    I just have a few more
24   questions, Mr. Belanger.
25        A.    Okay.
```

Page 260

1                    BELANGER

2        Q.    Are you alleging that you

3    suffered any physical injuries as a

4    result of the conduct of the Defendants?

5        A.    I did.

6        Q.    And what physical injury are you

7    claiming that you suffered?

8        A.    I injured myself on multiple

9    occasions while trying to use the toilet,

10   the bathroom.

11       Q.    When was the first time?

12       A.    When I was in the wheelchair and

13   another time following that, maybe another

14   time as well.  Three times.

15       Q.    Three times?

16       A.    Yes.

17       Q.    And what was the nature of your

18   injury?

19       A.    Well, I -- I injured my back.

20       Q.    You injured your back in the

21   bathroom?

22       A.    Yes.

23       Q.    Okay.

24       A.    The same for each of those three

25   occasions?  That was the injury that you

1                    BELANGER

2    injured your back?

3         A.    Yes.

4         Q.    And did you have to seek medical

5    treatment with respect to those injuries?

6         A.    Most likely, yes.  Either

7    physical therapy or some other, you know,

8    type of treatment.

9         Q.    And how do you know that the

10   need for the treatment was related to the

11   actions of the Defendants?

12        A.    Well, the campus was not

13   accessible to the degree that it needed to

14   be.

15        Q.    And what about the

16   inaccessibility?  Like in what way was it

17   inaccessible that led to an injury?

18        A.    The bathroom -- the bathrooms on

19   the eighth and ninth floors and I assume

20   other bathrooms, and I didn't do a grand

21   tour of bathrooms in the building, but the

22   ones that I frequently relied on have

23   handrails that are really not able to be

24   used from the -- from a wheelchair,

25   certainly from a wheelchair, and the flush

```
 1                    BELANGER
 2   mechanism on the toilet is very difficult
 3   to reach, very difficult to use, and so
 4   bending over was cause for injury.
 5        Q.    And you said that the injuries
 6   occurred on three occasions, and that was
 7   in 2017?
 8        A.    They were not all in 2017.   I
 9   know that other injuries occurred in 2018.
10        Q.    And can you specify a month?
11        A.    I might if I looked at e-mail
12   records.
13        Q.    It would have been prior to
14   October of 2018, right?
15        A.    It would have been.
16        Q.    Is it your contention that the
17   request for medical documentation to
18   substantiate the need for reasonable
19   accommodation is unlawful?
20        A.    I am not sure.
21        Q.    Okay.  Are you contending that
22   you --
23        A.    I am not a lawyer, but yes.
24        Q.    Are you contending that the
25   request that you provide medical
```

Page 263

1                    BELANGER

2    documentation relating to your request for

3    accommodation was in some way

4    discriminatory or retaliatory?

5         A.    Can you state the question

6    again?

7         Q.    Sure.

8              Are you alleging that you were

9    retaliated against or discriminated

10   against in so far as you were asked to

11   provide medical documentation in

12   connection with your request for

13   accommodation?

14        A.    Perhaps.   Yes.

15        Q.    And what is the basis of that?

16        A.    I am not sure at this

17   point -- at this time.

18        Q.    Do you have any facts or

19   information you are relying upon with

20   respect to your contention that there was

21   something discriminatory or retaliatory

22   about that?

23        A.    I am not sure.

24        Q.    Were you the administrator of

25   the IMA Facebook page?

1                    BELANGER

2       A.     I believe so.

3       Q.     You said that you provided

4    credentials to Marcella La Godoy, correct?

5       A.     I provided her with -- I believe

6    I provided her with administrator access

7    to the page.

8       Q.     Okay.  And did you continue to

9    maintain administrator access?

10      A.     I don't recall if I have ongoing

11   administrative access or not.   I haven't

12   really engaged in Facebook in a good long

13   while.

14      Q.     Okay.   In your complaint you

15   allege that between April 2019 and January

16   of 2021 multiple men most of them white

17   have been discriminated against,

18   retaliated against, and/or were harassed

19   by Montoya following their participation

20   in protected activity.

21             To whom are you referring?

22      A.     Bruce Carroll, Ryo Akuki,

23   Brandon Conlin, Jason Hargus, Arthur -- I

24   am forgetting his last name.

25      Q.     What is the basis for your

Page 265

```
1                    BELANGER
2    knowledge of how those individuals were
3    treated?
4         A.    Communication with them.
5         Q.    Did you ever observe any
6    interactions between Dean Montoya and any
7    of those mean that you just listed?
8         A.    Broadly speaking, yes.  I
9    observed interactions.  I mean Ryo was on
10   the curriculum committee with me and
11   Montoya.
12        Q.    Did you observe any --
13        A.    I am sure I was in meetings with
14   other, you know --
15        Q.    I am just going to make the
16   question a little bit more specific.
17             Did you observe any interactions
18   between Dean Montoya and any of those
19   individuals that you believe were
20   discriminatory or retaliatory?
21        A.    I wasn't necessarily a direct
22   observer.
23        Q.    At the time you reported your
24   anxiety disorder -- let me rephrase the
25   question.  I'm sorry.
```

```
 1                      BELANGER
 2           When was the first time that you
 3   told Dean Montoya and Provost Waley-Cohen
 4   that you had an anxiety disorder?
 5       A.    I believe it was in the late
 6   summer of 2018.
 7       Q.    And what were the circumstances
 8   in which you shared that information?
 9       A.    I shared it in e-mail and in an
10   exchange with them about, you know,
11   various things.
12       Q.    I believe I confided in Casey
13   Owens prior to that.
14       Q.    And what had you confided to
15   Casey Ownes?
16       A.    That I had been diagnosed with
17   an anxiety disorder, and that -- and that
18   Dean Montoya and Provost Waley-Cohen were
19   major contributing factors.
20       Q.    Do you have any reason to
21   believe that Casey Owens shared that
22   information with Dean Montoya or Provost
23   Waley-Cohen?
24       A.    I don't know.
25       Q.    Other than the events that
```

```
 1                    BELANGER
 2   you've testified about today and in the
 3   prior session of your deposition, were you
 4   subjected to any other type of adverse
 5   action for which you are asserting a claim
 6   in this lawsuit?
 7        A.    It is difficult for me to keep
 8   in my head all of what we have discussed,
 9   all of what is in my complaint.  So I
10   really can't say.  It is beyond my
11   concentration level.
12        Q.    And then with respect to your
13   allegation of harassment, were there any
14   other interactions that you had with
15   anyone at NYU Shanghai or at NYU that you
16   found to be harassing that were not in
17   writing or in the recordings that you sent
18   that you produced that you didn't testify
19   about?
20        A.    I can't recall at this time.  I
21   need to read the deposition and compare
22   that with the complaint and evidence that
23   has been gathered through the discovery
24   process.
25              MS. FRIEDFEL:  I don have any
```

Page 268

1          BELANGER

2     other questions.  Thank you for your

3     time.   We are the record now.

4           (Time noted: 4:50 p.m.)

5

6

7

8

9

10

11          MATTHEW CHARLES BELANGER

12

13   Subscribed and sworn to before me

14   this    day of          , 2023

15

16                              .

17

18

19

20

21

22

23

24

25

Page 269

1                    BELANGER

2              C E R T I F I C A T I O N

3

4

5

6        I, DEBBIE ZAROMATIDIS, a Shorthand

7    Reporter and a Notary Public, do hereby

8    certify that the foregoing witness,

9    MATTHEW CHARLES BELANGER, was duly sworn

10   on the date indicated, and that the

11   foregoing is a true and accurate

12   transcription of my stenographic notes.

13       I further certify that I am not

14   employed by nor related to any party to

15   this action.

16

17

18

19

20

21

22                    *Debbie Zaromatidis*

23            DEBBIE ZAROMATIDIS

24

25

Page 270

1                      BELANGER

2                   E X H I B I T S

3

4    EXHIBIT        DESCRIPTION            PAGE

5    6            E-mail                  117

6    7            E-mail                  122

7    8            E-mail                  127

8    9            E-mail                  128

9    10           E-mail                  131

10   11           Video recording         142

11   12           E-mail                  155

12   13           E-mail                  157

13   14           E-mail                  183

14   15           E-mail                  190

15   16           E-mail                  195

16   17           E-mail                  196

17   18           E-mail                  202

18   19           E-mail                  213

19   20           Letter 11/12/18         216

20   21           E-mail                  220

21   22           E-mail                  222

22   23           Sabbatical proposal     224

23   24           E-mail                  230

24   25           Memo 8/10/15            231

25

Page 271

ERRATA SHEET
Veritext
718-983-1234
ASSIGNMENT NO. CRCC 5908233
CASE NAME: Belanger, Matthew Charles v. New York University, Et Al
DATE OF DEPOSITION: 5/12/2023
WITNESS' NAME: Charles Belanger

PAGE/LINE(S)/      CHANGE              REASON
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____

_____
        Charles Belanger

SUBSCRIBED AND SWORN TO
BEFORE ME THIS_____DAY
OF_____, 20__.


_____
     NOTARY PUBLIC
MY COMMISSION EXPIRES_____

**[1 - 2020]**                                                                 Page 1

| **1** |
|---|
| **1** 92:24 117:21 |
| **10** 130:24 |
| 131:5,20 270:9 |
| **10052** 122:12 |
| **10053** 122:12 |
| **11** 142:11,14,19 |
| 270:10 |
| **11/12/18** |
| 270:19 |
| **117** 270:5 |
| **12** 79:12 155:8 |
| 155:9,12,14 |
| 193:22,24 |
| 196:6 270:11 |
| **122** 270:6 |
| **127** 270:7 |
| **128** 231:12 |
| 270:8 |
| **129** 231:12 |
| **13** 157:12,13,15 |
| 157:17 175:8,9 |
| 270:12 |
| **131** 270:9 |
| **14** 183:8,10,12 |
| 183:18 189:22 |
| 270:13 |
| **142** 270:10 |
| **15** 190:11,13,14 |
| 190:18 259:18 |
| 270:14 |
| **155** 270:11 |
| **157** 270:12 |
| **16** 195:12,17 |
| 270:15 |

**17** 196:22 197:2 199:8,15 237:24 270:16 **179** 105:15 **18** 118:24 172:7 202:8,10 202:17,18 270:17 **183** 270:13 **19** 118:24 213:13,17,24 270:18 **190** 270:14 **195** 270:15 **196** 270:16 **1:00** 188:5 **1:07** 122:25 123:5 **1:45** 189:3

**2** **2** 106:15,16 202:3 203:10 **20** 107:16 215:23 216:2,4 217:24 218:25 219:2 270:19 271:22 **2001** 92:25 **2003** 94:9,10 **2013** 92:21 93:3 94:11,14 95:3,9 **2015** 104:22 105:2 163:12

**2016** 107:16 237:24 247:14 **2017** 97:12 98:12,17,20 99:12,22 100:7 101:4 104:24 105:23 106:6 106:15 109:8 109:15 113:6 136:7 158:4 168:8 173:9,10 252:4,5 255:25 262:7,8 **2018** 106:25 108:9,16 109:16 110:20 116:4,7,12,18 116:24 117:5,9 118:10,12,19 119:12,18,23 122:25 123:4 123:11 127:2,7 131:3 138:6,10 144:18 145:12 148:4 155:14 167:19 168:13 171:14,25 181:15 191:19 192:2,12,18,24 214:9 219:22 227:15 228:9 235:13,14 236:20,23 239:7 251:19 255:15 257:10

262:9,14 266:6 **2019** 104:6 105:10,21,25 106:8 108:11 117:5 118:20 119:12,14,18 119:20,23 156:4 157:20 158:22 170:16 172:4 178:15 179:16,17,18 181:15 184:24 185:7 191:19 192:3 193:4,6 193:12,22,24 194:7 195:2 196:10 197:12 197:23 199:9 199:15 200:7 201:4 214:22 215:7,15 219:23 235:16 253:21 264:15 **202** 270:17 **2020** 195:7 196:18 201:11 201:25 202:3 203:18 206:7 206:10 207:17 208:8,11,15,17 212:17 226:19 227:3,10 232:11 247:11 255:8 256:12

**[2021 - absence]**

**2021** 231:20 232:12,17,19 232:20 237:22 238:3,7 264:16

**2022** 95:4,10 96:2 235:8,12 235:16,18 236:24 237:22 238:3,7,12,20 239:9 247:19 248:5

**2023** 79:12 268:14

**21** 220:7,9 270:20

**213** 270:18

**216** 270:19

**22** 222:4,6,11 224:23 225:19 270:21

**220** 270:20

**222** 270:21

**224** 270:22

**226** 105:14

**23** 223:23 224:3,24 270:22

**230** 270:23

**231** 270:24

**24** 230:3,4 270:23

**25** 118:9 231:11,13,15 270:24

**26** 131:3 203:18

**28** 105:23 106:6 157:20 170:16

**3**

**3** 104:10,11,14 104:22,25 199:8 224:7 258:15

**30** 122:24 123:4,10,20 138:6,10 141:16 144:18 145:12 148:4 171:14 191:8 214:9 228:9 251:18

**300,000** 256:20 257:4

**31** 105:9,21,24 106:7 156:4 178:14 193:4 193:11 201:4

**345** 228:24

**36th** 142:21

**3919** 269:22

**4**

**40** 188:2

**41** 105:11

**42** 104:25 105:4,5,7

**44** 80:11

**447** 80:6 228:23

**4:50** 268:4

**5**

**5** 117:9,21 118:12

**5/12/2023** 271:3

**5908233** 271:2

**6**

**6** 117:8,12,13 117:20 118:3,5 230:12,18 270:5

**6299** 202:9

**6501** 199:7,16

**6506** 197:5

**6516** 195:11

**7**

**7** 122:9,16,18 122:23 127:7 127:18 197:11 270:6

**718-983-1234** 271:2

**7486** 155:13

**7507** 183:11

**7511** 183:11

**7627** 215:25

**7632** 215:25

**8**

**8** 127:10,12 197:5 232:20 270:7

**8/10/15** 270:24

**8111** 224:2

**8113** 222:5

**8331** 127:11

**8532** 128:24

**8533** 128:24

**8684** 131:4

**8685** 131:23 132:2

**8691** 131:4

**9**

**9** 128:23,25 129:9,16 270:8

**9559** 142:20

**9796** 220:6

**9797** 220:6

**9:30** 79:12

**a**

**a.m.** 79:12

**abilities** 174:14

**ability** 83:8,14 87:15 215:8 220:23

**able** 83:12 130:5 135:20 162:3 194:22 197:21 206:16 239:11 261:23

**abortion** 166:4

**above** 119:9 169:3

**abroad** 246:12

**absence** 150:25 152:4,12

**[absence - allegedly]**                                    Page 3

155:22
**absolutely**
257:8
**abu** 86:17 92:7
163:18,25
**academic** 89:3
132:21 138:16
163:7 169:2,13
170:13,24
171:4,7 172:3
216:18
**accept** 216:15
216:16
**acceptance**
119:7
**accepted**
155:19 162:25
163:21
**access** 94:23
125:3 181:13
209:18,19,21
228:7 264:6,9
264:11
**accessibility**
209:16
**accessible**
209:11 261:13
**accommodati...**
172:14,15,21
197:17 205:21
239:20 240:2
240:15 262:19
263:3,13
**accommodati...**
203:20 204:2

236:5 239:11
240:8
**accompanied**
222:19
**accomplishm...**
163:13
**accord** 210:3
**accordance**
164:11 239:3
**account** 201:24
**accuracy**
231:23
**accurate** 234:9
269:11
**accusations**
136:2,5
**accuse** 108:25
109:12 114:23
**accused** 108:23
114:5,18,21
**acted** 234:15
**action** 156:23
176:13,15
257:18 267:5
269:15
**actions** 144:18
147:24 148:2
148:22 176:4
207:4 251:23
252:3,15
253:15 261:11
**activities** 98:4
225:6
**activity** 264:20

**actually** 127:25
131:17 170:18
234:25
**addition** 210:6
**additional**
84:19 135:19
**address** 219:11
224:13 228:22
228:25 229:15
229:17,19
232:25 233:8
233:11,14,19
235:2
**addresses**
233:6,24
**adjustment**
255:14
**administration**
100:22 137:7,9
145:12,23
191:18,20
**administrative**
101:25 152:21
159:7,8,21
160:3,10 161:8
161:14,17,21
162:13 167:7
220:22 250:18
264:11
**administrator**
263:24 264:6,9
**advance** 193:19
203:23
**adverse** 267:4

**advil** 257:18
**affect** 83:8
87:15 108:10
121:14
**affected** 206:17
**affects** 83:14
**aggressions**
176:19
**agreed** 81:5,10
81:14 109:5
119:5
**agreement**
177:13
**ahead** 104:18
126:10 159:4
216:18
**airport** 113:18
**akuki** 264:22
**al** 271:3
**algee** 258:15
**allegation**
110:21 267:13
**allegations**
110:2,10 111:2
189:10 211:19
221:16
**allege** 174:4
175:4 264:15
**alleged** 86:11
115:17 176:4
185:9 209:10
209:15
**allegedly**
147:19 185:12
242:22

alleges  250:7
alleging  99:19
  189:23 214:20
  216:6 217:24
  221:19 238:9
  240:9 260:2
  263:8
allow  150:11
  173:19 209:19
  209:21
allowed  180:4
  199:19 226:16
  226:18
allowing
  181:22
allows  150:11
  177:20
ally  113:17,19
  113:23,25
  114:14 173:23
amended
  256:18
amendment
  104:24 105:2
amount  137:25
amy  158:23
  159:12 167:3
  179:3 180:12
  181:7 232:13
angry  139:22
  139:23 149:16
  149:19
animus  112:14
anna  138:6,10
  139:18 140:6

140:13,16
144:17 145:13
147:10 148:3
156:10 182:6
182:15,22
228:10
anne  93:24
  95:22,24 126:8
  137:4,11,17,21
  247:17,18,22
  248:3,24 249:2
answer  83:9,13
  96:7 100:3
  147:22 151:13
  234:20
answering
  96:10
answers  147:18
anxiety  83:14
  83:18 114:20
  153:7,10
  239:21 251:13
  251:17 255:14
  265:24 266:4
  266:17
anybody  84:24
  109:22 116:16
  136:11 160:17
  167:10 180:15
  224:18 249:5
anyplace
  149:12
anyway  172:11
apart  97:8
  191:3 192:6

apartment
  93:25 94:3
  95:21 96:5,11
  97:9
apartments
  94:23
appear  162:4
  183:19
appearing  80:5
appears  104:22
  155:17 157:21
  162:7,8
application
  99:8 107:20
  119:24 165:21
  226:10
applications
  245:2
applied  164:4
  240:9,24 241:5
  241:6,9,14,17
  243:3,24
  244:15,17,19
  244:20,21,22
  244:23 245:3
  245:11,15,17
apply  102:5
  103:15,25
  119:5,6 165:4
  165:9 235:11
  241:4,12
  242:25 244:12
applying  99:22
  164:9 245:14

appointment
  101:25 105:3,9
  105:20,24
  106:7 151:24
  159:21,22
  160:4 161:14
  161:17,21
  167:7,8 178:7
  215:16
appointments
  160:11 212:9
  212:11
approval  89:19
  90:15 111:16
  111:24 112:5
  119:8 200:5
approved
  88:25 107:25
  108:9 235:15
  235:18
approximately
  87:13 116:2
  210:24
april  98:12,17
  98:20 99:12,22
  105:23 106:6
  109:10,14
  215:2 227:3,9
  252:4,5 264:15
arrangements
  212:2 213:10
arthur  264:23
articulated
  148:16

**arts**  163:25
  189:13 191:24
**asked**  115:5
  125:6 133:7
  135:13 144:19
  144:24 147:14
  148:14 183:2
  195:5 203:22
  203:24 205:5
  219:12 223:5
  228:11 236:4
  237:7 247:15
  263:10
**asking**  91:17
  94:21,22
  127:25 174:16
  182:19 252:13
  253:6
**aspects**  254:20
**assailed**  175:3
  175:4
**asserting**  267:5
**assertion**
  112:21
**assignment**
  271:2
**assignments**
  212:20 248:20
**assistant**  98:14
  98:19 101:20
  102:5 119:25
  160:23 161:4
  162:14 167:4,6
**associate**  98:14
  98:19 102:6

119:13,19,25
**assume**  83:3
  169:2,3 261:19
**athe**  182:8
**attempt**  122:10
**attempts**
  164:12
**attention**
  131:18,22
  195:15 199:14
**attest**  232:13
**attorneys**  80:10
  81:5
**attributable**
  252:15 253:8
**august**  92:21
  93:3 95:3,9
  116:4 171:25
**austin**  244:21
**authentication**
  234:17
**authority**  114:6
  114:22
**available**
  230:21
**avoid**  246:18
**awarded**  134:3
  181:6,9
**aware**  116:6,11
  126:19,22
  137:24 147:24
  148:24 149:13
  149:21 150:6
  150:10 156:7
  156:12,15

157:2 160:2,8
  160:12 167:10
  179:6 180:6,21
  181:3 204:22
  206:9 207:10
  212:25 213:6
  223:7,16,19
  230:25 235:25
  259:4,6,7,8

**b**

**b**  82:3 189:4
  270:2
**b12**  258:11
**back**  88:4,7,13
  94:17 97:13
  112:11 122:7
  125:23 143:11
  160:16 167:24
  172:25 173:14
  175:3,4 176:21
  178:11,15
  182:10 211:10
  224:23 237:24
  258:6,17
  260:19,20
  261:2
**backup**  84:11
**bank**  201:23
**based**  119:7
  126:24 132:16
  134:23 135:25
  144:4 153:15
  153:19 154:3
  176:6 198:21
  215:12 243:7

258:15
**basic**  168:17
**basically**  99:5
  207:24 226:20
  227:8 237:19
**basis**  102:20
  107:8 108:20
  111:8,15,23
  134:13,16
  136:24 152:16
  161:15,19
  162:23 176:3
  176:11,13
  181:20 182:2
  183:25 212:3
  217:14 226:13
  238:17 241:22
  242:2,9 243:12
  243:16,18
  249:25 251:7
  256:22 263:15
  264:25
**bates**  105:13
  122:11 127:11
  128:23 131:3
  142:19 155:12
  183:10 195:11
  197:4 202:8
  215:24 220:6
  222:5 223:25
  231:11
**bathroom**
  210:15 260:10
  260:21 261:18

| | | | |
|---|---|---|---|
| **bathrooms** | 107:1 108:1 | 177:1 178:1 | 247:1 248:1 |
| 210:14 211:12 | 109:1 110:1 | 179:1 180:1 | 249:1 250:1 |
| 261:18,20,21 | 111:1 112:1 | 181:1 182:1 | 251:1 252:1 |
| **bear** 203:2 | 113:1 114:1 | 183:1 184:1 | 253:1 254:1 |
| **bearing** 127:11 | 115:1 116:1 | 185:1 186:1 | 255:1 256:1 |
| 195:11 220:6 | 117:1 118:1,13 | 187:1 188:1 | 257:1 258:1 |
| 231:11 | 119:1 120:1 | 189:1,9 190:1 | 259:1,24 260:1 |
| **becker** 158:23 | 121:1 122:1 | 191:1 192:1 | 261:1 262:1 |
| 159:12 167:3 | 123:1 124:1 | 193:1 194:1 | 263:1 264:1 |
| 179:3 180:12 | 125:1 126:1 | 195:1 196:1 | 265:1 266:1 |
| 181:7 232:13 | 127:1,15 128:1 | 197:1 198:1 | 267:1 268:1,11 |
| **bedroom** 83:22 | 129:1 130:1 | 199:1 200:1 | 269:1,9 270:1 |
| **began** 93:3 | 131:1 132:1 | 201:1 202:1 | 271:3,4,20 |
| 192:11 247:14 | 133:1 134:1 | 203:1 204:1 | **belief** 107:9 |
| 259:11 | 135:1 136:1 | 205:1 206:1 | 108:20 111:9 |
| **beginning** | 137:1 138:1 | 207:1 208:1 | 134:14 152:17 |
| 209:17 248:25 | 139:1 140:1 | 209:1 210:1 | 161:16,20 |
| 252:4 | 141:1 142:1 | 211:1 212:1 | 176:12 181:16 |
| **begins** 177:17 | 143:1 144:1 | 213:1 214:1 | 181:21 182:3 |
| **behavior** | 145:1 146:1 | 215:1 216:1 | 226:14 242:3 |
| 144:16 156:14 | 147:1 148:1 | 217:1 218:1 | 242:10 243:13 |
| 157:4 182:6,15 | 149:1 150:1 | 219:1 220:1 | 243:17 |
| 182:22 251:18 | 151:1 152:1 | 221:1 222:1,9 | **believe** 86:4,19 |
| **belanger** 79:5 | 153:1 154:1 | 223:1 224:1 | 89:2 90:3 |
| 79:15 80:4 | 155:1,16 156:1 | 225:1 226:1 | 97:17 98:20 |
| 82:1,9 83:1 | 157:1,16 158:1 | 227:1 228:1 | 100:11 101:6 |
| 84:1 85:1 86:1 | 159:1 160:1 | 229:1 230:1 | 106:17 108:12 |
| 87:1 88:1 89:1 | 161:1 162:1 | 231:1 232:1 | 116:3 117:8 |
| 90:1 91:1 92:1 | 163:1 164:1 | 233:1 234:1 | 121:8,23 |
| 93:1 94:1 95:1 | 165:1 166:1 | 235:1 236:1 | 123:21 124:16 |
| 96:1 97:1 98:1 | 167:1 168:1 | 237:1 238:1 | 124:21,23 |
| 99:1 100:1 | 169:1 170:1 | 239:1 240:1 | 129:17,21 |
| 101:1 102:1 | 171:1 172:1 | 241:1 242:1 | 133:11,22 |
| 103:1 104:1,14 | 173:1 174:1 | 243:1 244:1 | 134:16,22 |
| 105:1 106:1 | 175:1 176:1 | 245:1 246:1 | 135:22,25 |

136:21 137:17
137:23 138:14
141:18 143:7
144:7 145:15
145:25 147:14
151:22 152:15
153:9,20 154:9
155:7 156:21
159:12 164:6
165:18 169:14
172:5 173:24
174:8,19 176:3
176:8,9 180:16
181:7 184:11
186:20,22
192:5,13 197:5
198:8 200:10
203:10,18
205:4,22 207:3
208:23 209:9
212:17 214:22
215:17 221:25
223:4 224:17
225:12,13,21
225:22 226:9
228:13 232:18
234:25 235:20
239:17 240:3
240:13,21,23
241:22 242:6
243:6,10,14
244:2 245:17
246:22 252:5
252:14 253:8
253:20 255:16

264:2,5 265:19
266:5,12,21
**believed** 107:5
153:6 161:12
**belittled** 173:3
173:4
**belittling**
173:12,13
**bending** 262:4
**best** 174:2
200:23
**beter** 254:13
**better** 254:6
**beyond** 92:13
196:9,10
199:20 235:8
235:12 238:12
238:20 267:10
**bit** 171:18
265:16
**black** 243:15
249:20
**blamed** 173:2,4
173:23
**blaming** 173:12
**blank** 209:2
**blood** 219:16
252:20 254:23
255:3 257:13
258:20
**bottom** 105:13
118:7,16
**box** 249:20
**bradley** 115:3
202:21

**brandon**
264:23
**break** 82:15,18
83:17 122:3,5
187:22 189:9
228:18 259:19
**breakdown**
133:14
**breaking**
203:12
**breaks** 98:3
**brick** 210:10
**bring** 197:13
**broadly** 265:8
**broadway** 80:6
80:11 228:23
**brown** 204:19
240:7,11
**bruce** 264:22
**budget** 137:19
137:22
**budgeted** 138:3
**building** 153:2
209:11 211:13
251:2 261:21
**bullet** 158:12
159:3,7 160:20
161:6 162:16
162:17 163:14
168:20 170:10
172:17 175:10
175:11 176:5
178:19
**burner'd**
112:11

**business** 88:22
88:24 89:17
90:9 92:13
206:19
**button** 209:18
209:21 210:5
**buy** 93:20

**c**

**c** 80:2 82:2
269:2,2
**calcium** 258:13
**calculation**
256:25
**call** 138:11
**called** 89:2
216:7
**campus** 86:13
87:2,16 144:20
144:24 145:8
146:4,15,20
181:13,23
182:4 183:5
184:22,23
185:2 208:5,7
208:12 209:23
209:24 261:12
**campuses**
86:14,16
**cancer** 256:5
**candidate**
246:2
**canes** 211:8
**capacity**
229:15

**care** 131:8
**carroll** 264:22
**carrying** 225:7
**case** 84:10
158:24 167:9
167:19,21
168:11 241:17
242:4 271:3
**cases** 244:8
**casey** 266:12,15
266:21
**cause** 262:4
**caused** 148:9
207:5
**cbd** 258:7,25
**certain** 111:17
112:4,16
160:22 184:25
187:18 192:25
239:12
**certainly** 102:7
108:17 111:13
151:22 160:12
203:22,24
206:17 218:12
222:17 242:12
242:14 261:25
**certification**
194:9 199:11
200:15 201:6,8
203:8 249:23
**certify** 269:8,13
**cetera** 255:15
**chain** 131:2,12
197:10 207:18

**chains** 206:18
**chair** 205:25
206:2,23
**chairs** 208:4
**challenge** 112:9
**chance** 210:13
**chancellor**
183:22 184:6,7
184:9,19
185:10 186:7
186:15,25
189:12,19,25
191:23 192:9
213:21 214:16
216:7 217:11
217:15 218:9
219:7
**chances** 239:2
**change** 234:15
271:5
**changed** 133:3
135:9 136:21
234:11
**changes** 227:4
**characteristic**
251:8
**characteristics**
153:19 154:4
176:7
**characterizati...**
149:19
**characterize**
139:24 151:2
156:12 160:18

**characterized**
152:24
**charge** 238:15
242:16
**charges** 147:20
152:8
**charles** 79:5,15
80:4 104:14
268:11 269:9
271:3,4,20
**chart** 230:17
**chat** 234:2
**chatting** 141:5
**check** 232:22
**checking**
219:17
**china** 88:11
94:11,14 95:16
246:18 250:7
258:17
**chinese** 85:9
106:19 158:19
159:9,15
201:23 246:18
**choice** 145:2
150:17,21
151:4,7
**choose** 250:19
**choosing**
226:17
**christian**
124:17 139:5
148:4 165:16
232:12

**circumstances**
89:16 91:25
99:21 100:14
102:22 135:23
179:7,9,23,24
187:20 192:21
206:13 213:9
214:14,19
239:12,18
266:7
**city** 208:7
**claim** 173:2
212:4 225:15
238:18 256:22
267:5
**claiming** 100:8
153:25 186:5
201:19 211:14
219:6 221:22
251:5,21 260:7
**claims** 176:25
256:21
**clarified**
147:13
**class** 134:24
**classes** 232:10
**classification**
182:5
**clear** 103:22
134:21 162:11
185:2 191:5
223:3 251:13
**cleared** 194:14
194:18

**clearly** 106:12 111:19 152:9 177:22 181:24 181:25 182:25 205:10

**clerical** 120:12 120:15,22 238:21 239:3

**close** 100:19 171:19

**closer** 144:12

**cobblestone** 210:9

**codirector** 128:12

**cohabitating** 248:10

**cohen** 102:25 115:19 123:6 127:3,21 128:7 130:16 136:4 168:6 174:7 175:15,18 192:10 217:10 219:8 220:13 242:5,14 248:23 266:3 266:18,23

**cohen's** 181:4

**colleagues** 228:12

**college** 244:22

**colocation** 227:25

**colyer** 204:19 240:7,11

**come** 88:3,12 91:5 144:24 146:19 178:15 181:23 185:2 190:21

**coming** 88:7 113:16 179:2,3

**comments** 121:13 135:6

**commission** 271:25

**committee** 89:2 89:3,12 90:2 91:20 139:8 140:21 174:2 174:20,21 234:5 265:10

**common** 115:6

**communicate** 189:15 204:17 240:19

**communicated** 222:20

**communication** 218:2,2,20 223:4 233:17 233:25 239:13 265:4

**communicati...** 103:6,13 185:9 185:13,15 189:11,18 191:14 192:6,8

192:15,17 217:21,21 233:24 235:5 240:10,17

**community** 191:12

**comparable** 177:20 179:8,8

**compare** 267:21

**compared** 244:4

**compensated** 85:4,7

**compensation** 159:14 160:9 249:13 256:15

**compete** 225:6

**competed** 225:14

**competes** 225:23

**competing** 225:17

**complaint** 86:12 110:20 228:23 250:15 256:18 259:14 264:14 267:9 267:22

**complaints** 157:3

**completed** 164:23 192:16

**completely** 215:9 239:17

**component** 257:3

**comprehend** 234:13

**computer** 84:8 190:11

**conceived** 126:7 134:2 136:22 137:2,3

**concentrate** 83:15 252:21

**concentrating** 255:12 257:7 257:10

**concentration** 83:18 267:11

**conceptualized** 132:24

**conclude** 130:9

**concluded** 130:4 164:17

**conclusion** 165:24

**concrete** 147:22

**concretely** 148:20

**condition** 90:6 109:6 111:12 111:23 112:6 112:17,20 214:17 246:13

**[conditions - correct]**                                        Page 10

| | | | |
|---|---|---|---|
| **conditions** | **consistent** | **continue** 82:10 | 181:5,8 |
| 93:18 | 138:2 216:13 | 127:24 165:14 | **contributing** |
| **conduct** 147:10 | **consistently** | 167:25 199:20 | 251:17 266:19 |
| 156:8,9 191:7 | 234:19 | 211:16 217:9 | **contributions** |
| 234:18 253:8 | **consult** 151:10 | 264:8 | 159:10,13 |
| 260:4 | 151:12 | **continued** | **control** 215:14 |
| **conducted** | **consultation** | 79:14 82:7 | 232:3 |
| 205:13 237:3 | 249:10 | 189:7 206:19 | **convention** |
| **confided** | **contact** 115:9 | 211:15 216:16 | 106:19 |
| 266:12,14 | 184:19 217:11 | 219:10 234:14 | **conversation** |
| **confident** | 217:16 219:10 | 247:21 | 107:15 113:19 |
| 246:12 | 246:13 | **continuing** | 141:22 146:9 |
| **confirm** 128:3 | **contacted** | 241:8 | 192:22 194:6 |
| 215:13 | 115:6,8 145:11 | **continuously** | 198:18,24 |
| **confirming** | 145:15,17,24 | 201:12 | **conversations** |
| 215:6 | 191:16 | **contract** 85:17 | 100:10 103:10 |
| **conflict** 99:10 | **contacting** | 86:2,8 102:8 | 106:2,5 130:3 |
| **conlin** 264:23 | 183:24 | 102:10,12 | 187:4,12,15,19 |
| **connected** | **contend** 179:24 | 103:16 104:4,7 | **convert** 98:10 |
| 110:2,10 | **contending** | 104:22 106:24 | **convey** 236:14 |
| **connection** | 99:14 153:13 | 108:11 112:25 | **conveyed** |
| 84:12 107:18 | 179:14 262:21 | 113:4,5 119:15 | 236:12 |
| 111:2 133:19 | 262:24 | 119:21 157:23 | **copy** 123:6 |
| 191:9 256:20 | **contention** | 157:23 159:9 | 124:24 |
| 263:12 | 108:13 133:13 | 159:15,24 | **corner** 230:12 |
| **consent** 89:22 | 133:16 135:3 | 179:16,21,23 | **corpis** 156:19 |
| **consequence** | 135:15 136:16 | 180:22,25 | **correct** 83:24 |
| 102:4 | 152:11 154:6 | 235:8,12,15 | 85:6,13 86:13 |
| **consider** | 162:24 171:24 | 236:2,5,9,24 | 101:5 102:13 |
| 116:22 | 211:21 243:22 | 237:18 238:7 | 104:2,3,16 |
| **consideration** | 262:16 263:20 | 238:11,20,24 | 105:21,25 |
| 107:7,10 | **contest** 231:23 | 239:9 | 106:8,25 107:4 |
| **considered** | 232:9 | **contracts** 85:22 | 108:2,3,5,11 |
| 107:13,21 | **context** 184:4 | 158:8,18 | 115:19,20 |
| 165:22 | | 160:22 180:8 | 116:23 117:5 |

118:20,21
128:9,13,14
137:15 138:7
140:15,22
142:4 144:21
148:5 149:4,9
151:19 153:8
153:16 154:17
155:4,22 156:4
165:6 167:8,9
171:9 177:2
179:19 194:4
194:16 196:9
198:2 199:11
200:12 201:7
201:14 202:4
206:2,4,7
209:12,13
210:22 215:17
226:6,21 228:7
228:15 233:4
233:19 235:9
235:16,19,22
236:21 239:2
240:12,25
247:20 248:6
249:23 251:19
253:2,16
255:20 264:4
**corrected**
120:16,23
238:23
**correctly**
117:10 121:13
153:13 258:3

**corresponden...**
90:12,14
128:22 190:24
194:11 216:6
223:24
**couch**  139:14
**counter**  257:17
**counteroffer**
128:18
**counterpropo...**
129:19
**couple**  170:6
**course**  96:13,16
96:19 112:24
132:22 169:12
169:20 170:12
172:3 190:7
208:24,25
220:12
**courses**  205:13
205:16 209:6,8
**court**  79:2
81:18
**courtesy**
199:19
**covers**  168:23
**covid**  87:15
133:2 203:12
**coworking**
229:3,22,23
**crcc**  271:2
**created**  137:18
**creating**  225:5
**creation**  138:17

**creativity**
139:3
**credentials**
228:6,11,15
264:4
**criticism**
115:12
**criticisms**
114:7
**criticized**
112:19 113:8
113:12,22,24
**cross**  212:9,11
**cs5908233**
79:25
**currency**  85:10
**current**  171:8
247:24 248:13
248:16
**currently**  83:21
238:15
**curriculum**
173:25 174:20
174:21 265:10
**cut**  164:16
**cyclobenzapr...**
258:2

| d |
| --- |

**d**  80:13 258:10
**damages**
256:19,23
**dan**  116:15
127:22 128:10
130:3 133:7
175:14,17

**danger**  217:22
217:23 218:3
**dangerous**
219:16
**daniel**  128:7
242:15,23
249:10 259:4
259:13
**date**  106:18,20
111:18 118:12
127:6 136:10
155:24 169:17
170:14 180:23
193:5,23
197:14 202:5
247:3,13
269:10 271:3
**dated**  106:15
117:9 122:24
123:4 130:25
131:3 155:13
197:11 199:15
232:20
**dates**  109:21
186:8
**dating**  247:14
247:24 248:13
**david**  248:22
**day**  95:5,5 98:5
112:7,7 145:16
145:20 212:24
253:25 268:14
271:22
**days**  145:18,21
151:18,21

**[days - dhabi]** Page 12

211:13 215:18
**deadline**
151:13,15,16
203:10 204:9
205:20 218:22
235:22
**deal** 258:5
**dealing** 254:22
**dean** 101:20
107:14 109:2
109:12 110:3
110:11,21,24
112:19 113:7
113:21 114:5
114:12,17,21
116:22 117:3
118:17 120:10
121:20 162:14
167:5,6 189:12
189:25 191:24
192:10 217:10
217:16 219:8
226:24 236:12
236:14 248:22
265:6,18 266:3
266:18,22
**deans** 160:23
160:23 161:4
**dear** 195:19
197:12
**debate** 126:23
**debbie** 79:17
182:9 269:6,23
**december**
248:5

**decided** 198:4
198:20
**decision** 115:5
135:5 136:16
165:5,10 195:8
**decisions**
137:12
**declaration**
217:15
**declined** 246:2
**defendants**
79:10,15 80:10
105:14,15
117:13 122:12
122:16 127:11
127:12 128:23
128:25 131:4,5
142:14,20
155:9,13
157:13 183:11
183:12 190:14
195:12 196:22
199:16 202:8
202:10 213:17
215:24 216:2
220:7 222:6
224:2,3 230:4
231:12,13
251:23 252:3
252:16 253:9
253:16 260:4
261:11
**deferred** 115:4
**define** 87:6

**defined** 152:10
**defining** 189:23
**definitely**
114:19
**degree** 137:16
261:13
**degrees** 217:19
**delay** 111:15
111:23 207:5
**delayed** 90:5
**demands**
254:20
**demonstrated**
198:9
**denial** 157:22
226:9
**denied** 172:13
172:16,22
**denying** 165:6
165:10
**department**
215:5
**depicted**
144:19
**depose** 239:5
**deposition**
79:14 82:10
84:17 85:2,21
181:5 210:21
220:12 267:3
267:21 271:3
**depression**
239:22
**deprioritize**
112:16

**deprioritized**
112:12
**described**
176:5
**describing**
185:23,25
**description**
270:4
**desk** 98:7,10
206:3
**detail** 112:4
**details** 126:15
126:16 159:24
174:23
**determination**
130:11 165:3
166:6 215:12
251:6
**determine**
153:3
**determined**
249:12
**develop** 119:2
**developed**
126:17
**developing**
112:21
**development**
90:4 163:5,10
**device** 84:9
**devices** 84:7
**dhabi** 86:18
92:8 163:18
164:2

**diagnosed**
  266:16
**diagnosis**
  255:13
**dialogue**
  200:18
**diane**   161:4
**diet**   258:12
**differ**   158:15
**differed**   158:8
**different**
  156:24 158:13
  166:13 180:19
  202:15 254:10
**differently**
  160:19 179:10
  185:5
**difficult**   210:7
  210:11 216:17
  262:2,3 267:7
**difficulty**
  211:11 255:11
**diligently**
  232:14
**direct**   97:15,19
  131:21 146:3
  147:18 195:14
  199:14 230:11
  265:21
**directing**
  163:16 169:4
**direction**
  249:10
**director**   130:18
  163:21,24

249:4
**directorship**
  132:15 133:20
  133:25 134:3,4
  137:13 162:20
  241:7
**disabilities**
  209:12 239:19
**disability**
  134:25 135:4
  135:16 153:16
  154:5 176:6
  251:9,10,11
  259:5,7
**disabled**
  234:10
**disagree**
  234:17
**disagreement**
  113:20 114:13
  138:5,9,12
**disciplinary**
  146:25 147:7,8
  147:15 148:2
  148:17,23
  149:3,6 150:20
  151:6 152:5,7
  152:13 154:14
  154:21 156:23
  191:6 234:5
**discovery**
  185:21 254:20
  267:23
**discretion**
  167:17,22

**discriminated**
  133:17,23
  153:20 263:9
  264:17
**discriminating**
  112:22 134:17
  134:23
**discrimination**
  108:24 109:2
  109:13 110:3
  110:11,21
  111:3 136:3
  242:6 243:25
  259:15
**discriminatory**
  99:15,20 100:9
  108:14,18
  111:7,10
  134:11 152:14
  152:23 153:15
  154:3,3 179:15
  179:25 181:17
  181:25 221:23
  226:10 241:24
  243:8 250:13
  250:14,16,23
  251:7 263:4,21
  265:20
**discuss**   98:13
  98:18
**discussed**
  106:17 136:6
  138:22 180:4
  198:3 199:2
  267:8

**discussing**
  138:13,17
**discussion**
  125:21 138:24
  138:25 139:22
  147:25
**discussions**
  100:6 127:2
**disorder**
  255:14,15
  265:24 266:4
  266:17
**dispute**   178:2
**disputes**   178:3
**disputing**
  201:17
**dissolved**   248:5
**distinct**   86:3
**distinction**
  95:18
**distress**   251:22
  252:2,7 257:3
**district**   79:2,3
**docket**   107:6
  107:17,20
**doctor**   151:24
  194:23 215:13
  258:5
**doctors**   151:11
  195:6 239:23
**document**
  104:17 122:11
  127:14 129:15
  150:5 155:20
  190:16,25

**[document - either]** Page 14

191:13 195:10
202:6 212:8,12
212:21 213:14
213:15,21,24
218:7 220:5
222:4,8 230:13
230:22,22
231:7,10,11,19
**documentation**
198:9 199:22
239:25 240:5
262:17 263:2
263:11
**documents**
84:5,19,21
229:9
**doha** 246:5
**doing** 102:15
102:19 112:9
200:23
**dollars** 85:13
85:15
**domangue**
115:3
**domestic** 248:2
248:4,8
**don** 267:25
**door** 131:7
209:17,23
210:2,4
**doors** 150:2,9
**doubt** 224:9
**downloading**
104:19

**dozen** 208:5
**dozens** 87:17
91:12,14
244:17
**drafted** 173:10
**draw** 131:18
**drawing** 209:2
**drink** 142:23
**driveway** 210:7
**drone** 113:18
**dual** 257:18
**due** 97:12
105:20,24
106:7 243:8,24
**duly** 82:4 189:5
269:9
**duration**
238:25
**duress** 151:8,9
**duties** 212:10
**duty** 194:8
199:10 200:15
203:7 220:15
249:22
**dwayne** 156:19

**e**

**e** 80:2,2 82:2,2
82:3,3 100:18
100:19 103:4,8
103:20 112:3
113:10 115:13
115:25 117:9
117:15 118:8
122:24 123:4,9
123:19,23

124:22,25
125:13 127:10
127:17,23
128:2,22 129:4
129:15,25
130:2,6,7,11,25
131:2,12,15
132:7 133:10
133:11 135:17
140:6 141:15
141:16 146:5
160:15 165:16
168:2 170:14
173:8,15
174:15,19
179:21 183:3
183:15,20,21
184:4,5,15
185:13,16,20
187:9 189:2,2
189:4,4,4
190:21 191:17
192:7 195:15
197:11 199:14
200:8,9 202:13
202:21,24
203:5 207:11
214:21 215:18
216:23 218:25
219:11,18,18
219:24 220:2
220:17,18,25
221:4,9 223:24
224:6,10,13
226:24 232:22

232:24,25
233:6,8,18
234:23 235:2
239:12 240:11
240:17 256:14
262:11 266:9
269:2 270:2,5
270:6,7,8,9,11
270:12,13,14
270:15,16,17
270:18,20,21
270:23
**earlier** 111:14
136:20 152:8
173:20 186:20
213:20 240:23
242:21 247:15
**early** 106:25
119:11,17
173:9
**educational**
225:25
**eeoc** 238:16
**effect** 81:16
136:23 212:17
223:5
**effort** 97:20
135:19
**eighth** 261:19
**either** 140:21
146:18,24
147:6 150:17
191:23 196:19
261:6

elected 121:16
elevated 219:15
elevators
  210:10
eligible 98:25
  212:14,16
emergency
  256:9,10
emerging
  101:20 168:3
  226:5
emotional
  251:22 252:2,6
  257:2
emotions
  139:25
employed
  180:7 269:14
employees
  233:5,18
employment
  85:3,17 86:5,8
  86:25 87:3
  93:3 154:16
  179:16 180:23
  197:17 216:13
  216:17 218:18
  219:7 225:4,14
  225:22 233:3
  235:8 238:11
  244:5 248:18
  249:13,18
  255:19
encouraged
  97:23 98:2

99:2,4
ended 94:7
  166:3 247:18
engage 98:3
  148:21 225:6
engaged 156:8
  189:25 226:4
  247:6,9,13,24
  248:16 264:12
engaging
  217:20
engine 171:16
engrained
  103:5
enter 85:25
  210:3
entered 85:16
entire 131:14
  158:19 218:4
entirety 218:25
entitle 150:6
entitled 161:11
  161:12,16,20
  211:22
entitles 149:22
entity 228:3
enumerated
  230:17
episode 113:16
  114:24
episodes 136:9
ernie 156:21
errata 271:1
error 120:13,15
  120:23 238:21

239:3
especially
  239:18
esq 80:13,14
established
  164:11 182:25
  210:20
establishes
  211:24
et 255:15 271:3
europe 86:18
evaluate 90:21
  251:3
evaluated
  249:16,17,19
evaluation
  120:24 198:24
event 153:11
events 145:13
  266:25
eventually
  206:5,25 207:2
everybody
  208:2 228:19
evidence 234:4
  234:21 250:9
  267:22
exact 90:13
  93:8 94:6
  109:21 186:8
exactly 115:2
  204:4 211:6
  244:16
examination
  81:14 82:7

189:7
examined 82:6
example
  217:25
examples
  113:13 115:11
except 81:10
  166:4
exchange 191:3
  266:10
exchanges
  174:19 184:5
excluded
  168:17 169:7
  169:11,15,20
  170:11 171:14
  172:2,7,10
exclusion 183:5
exclusively
  134:8
excuse 95:6
  100:18 131:7
  153:9 196:14
  208:25
exercising 98:6
exhibit 104:9
  104:10,11,25
  105:5 117:8,12
  117:13,17,18
  117:20 118:3,5
  122:9,13,16,18
  122:18,23
  125:5 127:10
  127:12 128:21
  128:22,25

129:9,16
130:24,24
131:5,20
141:17 142:8
142:11,14,19
155:8,9,12
157:11,13,15
157:17 167:24
168:23 170:4
175:9 183:8,8
183:9,10,12,18
189:21 190:10
190:13,14,18
195:10,12,17
196:21,22,24
197:2,10 202:7
202:10,15,15
202:17 213:13
213:13,17,24
215:23,23
216:2,4 217:24
220:5,7,9
222:3,6,11
223:23,23
224:3,23
225:19 230:3,3
230:4 231:11
231:13,15
270:4
**exhibiting**
156:13
**exhibits** 117:11
117:19 122:19
**exist** 167:15

**existing** 112:8
120:12
**exists** 185:20
**expectation**
193:10,14,16
211:25 212:19
230:10,16
231:4
**expectations**
212:6 230:18
**expected**
178:15
**expended**
193:15
**experience**
90:23 163:8,8
257:6,9
**expire** 102:8
104:5 105:21
105:24 106:7
**expires** 271:25
**expiring**
102:11
**explain** 164:14
178:23 237:5
252:13
**explained**
148:12,14
177:22
**express** 246:14
**expressed**
100:12 114:7
153:5 204:14
237:9,10
251:16,20

**expressing**
109:19 118:25
**expressly** 116:9
**extend** 200:4,6
216:12
**extended** 92:12
105:9 196:8,13
200:11 218:22
235:16
**extension**
157:23
**extensions**
204:9 205:20
**extensively**
246:17

**f**

**f** 189:2 269:2
**face** 103:9,9,13
103:13,20
**facebook** 232:4
263:25 264:12
**faced** 147:20
**facility** 227:25
**facing** 147:21
148:17 149:5
152:9
**fact** 97:11
99:16 108:15
109:24 110:8
111:3,10 135:8
140:19 152:24
181:12 194:18
194:25 197:24
218:21 220:25
224:14 225:17

238:11,19
241:23
**factor** 135:4,16
153:10 251:18
**factors** 150:14
246:8 266:19
**facts** 135:2,14
136:14 243:19
244:9 263:18
**factual** 108:19
**faculty** 100:23
116:7,12
138:18,18
149:13,17,25
150:8 156:8,13
156:15 157:3,5
157:7,8,8
159:20 160:2
160:10 162:8
180:6,13,22
204:22 209:2
213:2 214:7,13
223:8,10,16
225:7 233:23
**failed** 191:10
232:10
**failing** 214:12
**fails** 191:10
**failure** 108:21
116:21 216:16
**failures** 214:6
**fair** 161:24
206:15
**fall** 117:5
118:19,24

119:12,18,23
171:11 172:7
200:7,16
208:11,15,17
232:12
**false** 201:2
**far** 126:19
237:23 263:10
**father** 255:21
255:23
**fault** 173:4,5
207:14
**favorable**
175:23 178:21
**february** 97:12
196:19 201:10
202:3,3 203:10
224:7
**feel** 83:16 99:24
112:18 113:8
131:15 134:10
157:5 189:14
250:3,24,25
**fell** 234:20
**felt** 103:14,23
113:11 140:8
152:2 154:2
177:5 217:18
250:12 251:16
**figure** 142:7,12
178:11
**file** 117:4,11
124:7,9 142:19
**filing** 81:6

**final** 220:20
**finalize** 232:10
**finalized** 113:2
**find** 151:24
177:11 194:23
214:4 217:9
229:2 239:5
**fining** 177:15
**finish** 127:24
159:2
**finished** 123:15
123:18 129:6
195:25
**first** 82:4
108:25 118:7
202:13 220:21
260:11 266:2
**fit** 220:14
**fitch** 248:22
**fitness** 111:19
115:18 135:7,8
167:25 168:5
168:14 194:8
199:10 200:15
203:7 221:3,5
221:10 249:22
250:8
**five** 151:18
163:15 228:18
**flare** 258:6
**flemming**
165:18
**floor** 228:23
**floors** 210:16
261:19

**flush** 261:25
**flying** 113:17
**folder** 122:19
**folks** 91:21
**followed**
145:18
**following**
105:17 112:20
125:11,12
163:14 169:10
174:21 197:21
203:24 260:13
264:19
**follows** 82:6
189:6
**force** 81:16
117:22
**forced** 250:19
**foregoing**
269:8,11
**forever** 104:20
**forget** 161:5,5
180:16 246:4
**forgetting**
264:24
**forgot** 178:19
**form** 81:11
161:9,10 176:9
186:22 224:18
233:17
**formally** 166:3
**format** 106:18
**former** 209:24
**forms** 239:13

**formula** 258:20
**forth** 162:19
**forward** 120:11
123:3 124:3
128:5,17 136:9
246:2
**forwarded**
229:9
**found** 113:21
115:7 154:14
154:22,23
173:12 185:19
186:16 190:2
213:22,22
244:5 267:16
**fourth** 158:12
160:19 224:25
**frankly** 217:22
**frequently**
87:22 167:23
253:22 261:22
**friedfel** 80:13
82:8 100:25
116:10 117:7
122:7 124:6
125:23 127:9
128:20 130:23
133:15 134:15
136:13 142:7
143:7,11,15,17
145:9 147:2
155:6 156:17
157:10 180:18
181:11 182:9
183:7 189:8

190:9 191:15
195:9 196:20
201:18 202:7
213:12 215:22
220:4 221:18
222:2 223:22
228:17,21
230:2 231:8
259:22 267:25
**friend** 256:4
**friends** 256:2
**front** 84:5
174:5,9,14,17
209:17
**froze** 102:16
**fulfilling**
220:22
**full** 155:21
159:14 201:13
201:20
**fully** 234:13
**funding** 163:16
**furniture**
206:23 207:6
207:20,22
**further** 81:9,13
144:20 146:4
146:16 172:12
175:2 189:6,16
197:9 269:13
**futon** 139:17
139:19
**future** 146:11
146:18 237:3,8

**g**

**g** 82:3 189:4
258:23
**garlique**
258:19,21,22
**gaslight** 186:25
**gaslighting**
186:22
**gaslit** 186:21
**gathered**
267:23
**generally**
219:25
**generated**
158:22
**generic** 257:19
**getting** 156:3
**gilman** 156:21
**give** 113:13
187:17
**given** 128:11
136:17 145:2
146:12,14
147:4 148:25
150:17,20
151:7,10,11,13
151:15,16,18
164:17,20
167:11 215:19
238:25 246:12
**giving** 218:21
**global** 211:20
212:13 230:8
**gmp** 213:2

**go** 87:15
100:23 101:3
114:5 117:17
120:24 122:19
125:18 126:10
143:8 159:4
160:14 166:19
172:25 173:14
207:12 228:25
229:11 234:14
237:14,15
253:11 256:9
256:10
**godoy** 208:24
232:5 264:4
**goes** 117:25
119:13,19
200:4
**going** 83:2
100:19,25
102:4 103:16
104:21 107:6,9
107:12 114:18
114:22 116:13
117:7,23
118:16 122:4,9
122:10 127:9
128:20 129:3
130:23 131:8
131:21 136:9
137:14 142:9
142:10,13,20
142:22 143:2,3
143:17 147:2
155:6,11

156:24 157:10
160:16 167:24
170:2,6 171:19
183:7,14 185:4
190:9 193:11
195:9,14 202:2
206:13 213:12
215:22 220:4
222:2 230:2,11
231:9,18
265:15
**gonzalez**
165:17
**good** 82:9
188:2 264:12
**gotten** 245:19
254:13,13,15
**gradually**
169:18
**graduate**
125:25 126:6,6
127:5
**grand** 261:20
**granted** 100:15
179:4 223:2,8
223:11 224:17
225:3
**great** 175:21
**greater** 112:3
**greenspan**
138:6,10
139:19 144:17
145:14 147:10
148:3 156:10
182:7,16,23

[greenspan - identify]                                                    Page 19

228:10
greg  163:22
greuel  139:5
    148:4 232:13
grievance
    164:13,16,22
    165:4,9,14,24
    166:2,5 180:5
    236:17,19,22
grieve  121:17
    164:18,21
ground  203:13
guess  89:5,14
    106:14 138:11
    142:9 194:2
    230:17
guide  204:7
    239:14
guidelines
    119:2 120:6,12
    125:8 237:13
    237:16
guides  239:16

**h**

h  82:2,2 189:4
    270:2
hall  143:6
handbook
    149:13
handed  185:17
    185:22 186:19
    213:21
handled  150:9
handling  144:6
    229:24

handrails
    261:23
hands  91:3
    215:9,10
happen  167:22
    169:18 233:25
    253:21
happened
    120:4,9 138:25
    144:15 185:6
    187:18 190:6,7
    214:21,22
    253:20
happening
    106:3 144:9
    167:16 198:25
happens  91:2
harassed
    264:18
harassing
    185:11,13,19
    186:5,17
    189:13,18
    190:3 213:23
    214:4,14
    217:20 218:2
    267:16
harassment
    186:23 267:13
hard  184:3
    242:18
hargus  264:23
head  116:20
    162:3 167:14
    205:23 267:8

header  231:7
heads  111:20
health  111:12
    111:22 256:7
    256:11 259:8
healthcare
    97:15
hear  82:22
    255:22
heard  181:6
held  79:16
    125:21 147:16
help  83:17,18
helped  255:10
hereto  81:6
high  252:20
    254:23
higher  141:21
highlight
    118:17
hiring  138:14
    139:8 140:21
    169:11,20
    170:11 172:2
home  83:23
    93:11,14 96:20
    122:21 207:19
    208:2
honestly
    150:12 193:18
hong  113:18
hopeful  177:12
hopefully
    122:13

hospital  168:3
    168:8,10
hospitalized
    97:12 168:12
    256:7
hotspot  84:10
hour  89:14
housed  227:24
hr  115:8
    173:20
human  114:25
hundred
    192:20
hurt  140:2,4

**i**

ibm  90:16
    111:16
idea  98:18
    188:2
identification
    117:14 122:17
    127:13 129:2
    131:6 142:15
    155:10 157:14
    183:13 190:15
    195:13 196:23
    202:11 213:18
    216:3 220:8
    222:7 224:4
    230:5 231:14
identified
    238:22 239:23
identify  88:20
    91:17 118:7
    130:5 160:25

**[identify - interaction]**                                         Page 20

189:17 217:6
232:2 253:7
**illness** 255:25
256:3
**ima** 125:25
126:5 127:4
138:19 168:19
220:24 227:16
227:20 242:16
249:4 263:25
**imb** 89:7 90:4
91:21 111:24
**impacted**
209:15
**implication**
102:7
**implies** 220:21
**important**
90:20 91:3
112:7
**impossible**
242:7,10
**impression**
132:7
**improved**
254:10,12,13
**improves** 254:8
**inability**
252:20
**inaccessibility**
261:16
**inaccessible**
261:17
**inadequately**
207:13

**inappropriate**
217:20 234:19
**incident** 148:6
148:9 156:9
158:4 172:9
173:20,23
182:6,15,22
214:8 228:10
**include** 136:9
227:3
**including** 89:20
89:20 101:24
152:7 153:4
169:11 170:11
171:11 195:7
206:20 214:8
239:11
**inconsistent**
109:4 236:11
237:8
**inconvenience**
216:8,25
**inconvenienc...**
215:3,5
**inconvenient**
184:8,10
214:18
**incorporated**
197:18
**increasing**
115:12
**increasingly**
112:19 113:8
168:17

**independent**
224:19 225:5
**indicate** 90:8
177:7 183:21
**indicated**
129:15 159:14
183:16 190:24
202:25 220:11
269:10
**indicates**
149:15
**individual**
162:24
**individuals**
137:12 192:23
265:2,19
**industry** 163:8
**influence** 83:7
**informal**
121:21
**information**
135:2 136:15
141:9 195:6
198:5,6,21
242:22 243:20
244:9 263:19
266:8,22
**informed** 161:7
165:2,8,12
202:2
**initial** 185:18
**initially** 132:25
183:14
**initiated** 140:7
140:14,17

**injured** 210:14
260:8,19,20
261:2
**injuries** 260:3
261:5 262:5,9
**injury** 109:6,6
260:6,18,25
261:17 262:4
**inpatient** 256:8
**input** 137:17
137:21
**inquire** 217:12
**inseparable**
182:18
**insinuate**
200:25
**insisting**
101:13
**instance** 88:20
**instances**
216:20
**institutions**
244:19 245:6
**instructed**
115:9 173:21
**instruction**
146:15
**intended**
132:25 135:10
**intention**
126:20 193:17
**intentionally**
246:17
**interaction**
139:25 141:20

144:17
**interactions**
  186:10 187:11
  265:6,9,17
  267:14
**interactive**
  88:24 163:17
  163:25
**interest**  227:2
**interested**
  257:21
**interfolio**  124:8
**intermittently**
  98:5
**internet**  84:11
**interview**
  241:19,24
  243:7,23
  245:24 246:7
**interviewed**
  245:7,9
**interviews**
  245:6,22
**introduce**
  127:10
**invasion**  139:3
**investigated**
  238:16
**investigation**
  176:24 191:6
**invited**  235:7
  241:23 243:7
  243:22 245:5
**involved**  163:4
  163:10 208:23

209:5
**involvement**
  163:9
**issued**  106:12
  197:20 198:13
  198:16 233:2,6
**issues**  207:18
  211:15,17
  251:15 254:8
**issuing**  199:2
**items**  207:6
**itp**  242:16
  243:2,4

**j**

**jackson**  80:9
**january**  201:11
  201:25 203:18
  231:20 232:20
  264:15
**jason**  264:23
**jeff**  115:4,6,8,9
  190:22 216:10
**jeffrey**  173:21
**joanna**  123:6
  127:3 130:3
  175:14,18
  242:13 248:23
**joanne's**  135:6
**job**  79:25 102:9
  168:2 177:20
  241:15 244:24
  246:11
**jobs**  164:9
  244:21 245:16
  245:18,20

**joint**  126:12,20
  126:24
**july**  197:11,23
**june**  117:9
  118:9,12
  193:22,24
  194:7 196:6
**junior**  163:6

**k**

**keep**  113:15
  177:20 267:7
**kelly**  204:18
  240:7,10
**kidney**  168:12
**kind**  147:20
  203:12
**kinds**  147:16
**knew**  113:21
  223:10 236:8
**know**  82:16,23
  83:15,19 84:20
  86:24 87:5
  88:12,14 90:11
  91:11 98:24
  99:4 108:6
  112:10,25
  113:10 114:3,4
  114:7 116:2,15
  120:7 125:6,16
  126:14,16,17
  129:5 130:17
  131:13,16
  132:13 133:3
  134:2,6 135:12
  136:2,8,19

137:16 138:4
140:16 141:2
145:3,3 147:13
147:17,21
148:11,15,16
149:10 155:24
156:11 157:6
162:2 166:14
166:25 167:13
167:20 168:25
169:12 170:21
170:22 171:5
175:13 178:25
181:10 182:24
183:3 184:6
185:19 187:10
187:16 193:13
194:2,10
195:24 198:3
201:15,23,24
204:6,7 206:18
207:8,21,25
208:3,9,10,13
213:8 216:11
218:5 231:19
233:20 234:3
235:3,10,23,24
244:4 248:8
249:15,19
256:3 257:19
257:20 259:11
259:17 261:7,9
262:9 265:14
266:10,24

**knowledge**
136:25 137:5,7
208:6 259:13
265:2
**known** 111:13
**kong** 113:18

**l**

**l** 81:2 82:2,3
189:4
**la** 208:24 232:5
264:4
**lab** 139:2
**lack** 121:17
209:15 250:8
**late** 168:13
266:5
**lawful** 250:4
**lawsuit** 238:9
238:14 256:16
267:6
**lawyer** 151:12
151:25 262:23
**lead** 99:25
220:24
**leadership**
111:14 154:10
183:23
**leading** 127:4
128:9 179:23
**learning** 91:2
**leave** 147:6
149:2,5,9,16,23
150:7,24 152:3
152:12,19,20
152:21,21,25

153:4,14,14,22
154:2,8 155:4
155:19,22,25
156:3 169:22
169:25 170:20
171:12 172:9
178:10,13,14
181:14,24
182:5,13,14,21
183:6 185:18
185:23 186:2
192:11 193:3,5
193:8,15 196:8
199:20,21
200:5,12 202:2
219:20,21
223:14,17,18
232:17 234:9
234:10 250:18
250:20,21,25
251:4,7
**leaves** 223:11
225:3
**leaving** 246:15
**led** 172:9
261:17
**left** 203:17
**legally** 248:5
**lehman** 115:4
173:22 187:11
190:22 191:4
192:9 213:21
214:16 216:7
217:11 218:9
219:7

**lehman's** 214:5
**lesser** 135:11
**letter** 100:16
101:8,18,20
105:2 106:9
109:4 125:12
125:12 155:12
155:18 156:2,5
158:22 173:10
175:5 185:17
185:18,22,23
185:25 186:4
186:19 193:14
197:19,25
198:4,13 199:3
199:21 200:3
214:4 215:12
215:16 231:24
232:19 270:19
**letters** 101:22
101:23 104:23
**level** 89:4
219:16 267:11
**lewis** 80:9
**lieu** 152:12
**life** 255:18
**light** 183:4
**likely** 108:17
136:9 231:25
255:7 261:6
**limbo** 120:7
**limitation**
181:18 182:3
**limited** 181:15

**linda** 157:19
190:22
**line** 131:22,24
131:25 138:18
224:25 230:17
271:5
**lisinopril**
257:15
**list** 243:15
**listed** 228:22
265:7
**listing** 241:15
**litigation**
254:21
**little** 171:18
258:13 265:16
**live** 92:17,20,23
93:4 94:3 95:5
96:11 191:11
**lived** 92:15,18
**liverpool** 245:3
**living** 88:11
95:11,18
246:18
**loading** 105:6
**loads** 84:21
**long** 89:10,10
90:5 144:14
196:13 200:18
207:9 211:4
229:14 247:9
247:12 264:12
**longer** 155:25
167:19 180:8
235:17 238:24

**look** 104:9
105:11 118:6
118:15 119:9
122:23 125:4
129:4 130:10
131:16 144:12
155:11 157:15
187:5 196:24
199:7 217:7,8
220:9 252:11
**looked** 143:23
262:11
**looking** 158:11
183:17 187:3
**looks** 127:19
162:21,21
191:2
**lost** 143:8
256:16
**lot** 120:4
257:19
**loud** 142:2
196:14
**loved** 255:24
**low** 125:25
126:5 127:4
132:19 133:20
162:20 163:5
163:11,22
205:17 249:9
**lower** 230:12
258:6
**lunch** 187:21
**luncheon** 188:5

**lying** 198:11,15

**m**

**m** 82:2 189:4
**ma'am** 252:24
**made** 103:22
110:3,20
124:16 125:9
132:11 140:3
157:3,4 159:11
165:3 172:22
178:25 179:7
205:21 206:6
211:19 212:18
213:10 221:16
231:24 234:15
240:16 242:7
242:10 256:25
259:14
**magnesium**
258:14
**mail** 100:18,19
103:4,8,20
115:13,25
117:9,15 118:8
122:24 123:4,9
123:19,23
124:22,25
125:13 127:10
127:17,23
128:2,22 129:4
129:25 130:2,6
130:7,25 131:2
131:12,15
132:7 133:10
133:11 135:17

140:6 141:15
141:16 146:5
160:15 165:16
168:2 170:14
173:8 174:15
174:19 183:21
184:4,15
185:13,16,20
190:21 191:17
192:7 195:15
197:11 199:14
200:8,9 202:13
202:21,24
203:5 214:21
215:18 216:23
218:25 219:11
219:18 220:17
220:18,25
221:4,9 223:24
224:6,10,13
226:24 229:4,6
229:24 232:22
232:24,25
233:6,8,18
234:23 235:2
239:12 240:11
240:17 262:11
266:9 270:5,6
270:7,8,9,11,12
270:13,14,15
270:16,17,18
270:20,21,23
**mails** 112:3
113:10 129:15
130:11 173:15

179:21 183:3
183:15,20
184:5 187:9
207:11 219:18
219:24 220:2
256:14
**maintain** 264:9
**maintained**
95:20 227:16
227:17,21
228:6
**maintaining**
232:6
**major** 88:23
89:5,7,18 90:4
111:16 112:4
255:25 266:19
**make** 107:19
112:15 113:8
124:4,14,18,20
129:19 130:11
132:14 144:8
194:23 195:8
211:9 215:11
219:8 242:17
265:15
**makes** 163:15
191:5,9
**making** 137:12
172:24 178:22
179:13 189:14
216:17
**managed** 255:9
**manifest** 252:7

**manner** 113:25
114:3 191:17
232:11
**marcella**
208:24 232:5
264:4
**march** 109:7,10
109:14 157:20
170:16 191:19
192:3 196:19
206:7,9 207:16
208:8 214:25
252:5
**maria** 98:15
103:12 118:9
118:11 123:5
123:10 124:16
141:16 145:25
165:18,19,20
173:6 223:24
238:22 248:23
256:14
**mark** 117:8
122:9 128:21
130:24 142:11
142:12,21
155:7 157:11
183:8 190:10
195:10 196:20
213:13 215:23
220:5 222:3
223:22 230:3
231:9
**marked** 85:22
104:10 117:11

117:13,19
122:16,19
127:12 128:25
129:16 131:5
141:17 142:14
155:9 157:13
183:12 190:14
190:17,17
195:12 196:22
202:10 213:17
216:2 220:7
222:6 224:3
230:4 231:13
**marker** 168:23
**marking**
142:18 196:25
231:10
**married** 246:23
247:4,10
**mary** 93:24
95:22,24 126:8
137:3,11,16,21
157:19 193:21
194:7 195:16
196:6 197:12
197:13 198:11
199:17 200:3
200:19 204:18
204:20,21
240:7,14
247:17,18,22
248:3,23 249:2
**massachusetts**
83:23 94:20

**material** 210:6
210:9 254:22
**matters** 88:15
88:16 141:13
**matthew** 79:5
79:14 80:4
104:13 118:13
155:16 195:19
268:11 269:9
271:3
**mb1065** 224:14
**mean** 85:19
86:24 87:14
88:3,10 91:15
94:19 95:15
96:9,14 97:8
99:23 100:11
103:17 109:19
111:25 126:15
132:19 137:3
137:10 154:24
159:23 160:21
161:24 164:14
167:21 176:17
178:2 179:22
181:22 203:11
203:22 207:8
207:12,21
208:4 209:20
211:6 218:17
218:24 219:25
225:13 226:22
236:11 237:5
239:10 242:12
252:8,8,9

265:7,9
**meaning** 93:11
257:22
**means** 91:9
184:20 241:14
**meant** 84:20
178:23
**mechanism**
262:2
**media** 88:24
101:21 163:25
226:5
**medical** 147:6
149:5,9,16,22
150:7 152:19
152:20,25
153:4 155:4
172:9 178:10
178:13,14
181:14,24
183:6 185:18
198:9 232:17
234:10 239:24
250:19,21,25
251:3,6 252:11
252:23 253:2,4
253:11,13
261:4 262:17
262:25 263:11
**medication**
255:2,6,9,10
257:13,14
**medications**
257:16

**[medicine - n]** Page 25

| | | | |
|---|---|---|---|
| **medicine** 257:18 | **men** 264:16 | **mobility** 211:15,16 | 226:25 238:22 242:5 248:23 |
| **medium** 163:17 | **mental** 256:7 256:11 | **modify** 97:20 97:22,25 | 256:14 264:19 265:6,11,18 |
| **meet** 91:20 92:4 141:6 186:6 214:6,12 | **mentioned** 173:20,22 187:11 205:19 | **moment** 130:22 161:23 170:3 209:3 | 266:3,18,22 **moon** 139:6 **moon's** 139:10 |
| **meeting** 89:23 121:4,7,9,24 140:7,14,17 141:3,10,12 146:11,18,21 175:24 196:5 197:15 236:13 236:15 | 257:12 **mentoring** 230:19 **message** 129:20 129:23 130:15 157:18 195:22 234:8,16 | **monica** 80:14 143:21 **month** 262:10 **months** 176:18 176:22 254:2 **montoya** 98:15 98:22 100:17 | **morning** 82:9 **motivated** 136:17 **motivation** 246:20 **motorcycle** 196:15 **move** 94:17 |
| **meetings** 121:25,25 174:21 186:11 186:14,18 187:8 190:8 265:13 | **messages** 234:13 **messaging** 234:3 **met** 121:20 175:25 193:21 193:25 | 101:13 102:25 103:3,7,12 108:23 109:2,2 109:12 110:4 110:11,22,24 112:19 113:7 | 168:25 219:4 246:2 **moved** 92:24 94:11,14 106:5 **multifactor** 234:16 |
| **member** 100:23 145:11 149:17 150:2,8 204:23 214:7,13 233:23 | **micro** 176:19 **middle** 195:15 **mikesell** 116:15 259:5,14 **mills** 157:19 | 113:21 114:12 114:17 115:7 116:23 117:3 118:9,11,17 120:10 121:20 | **multiple** 88:10 90:3 101:23 109:20 125:6 164:24 222:22 236:4 239:2 |
| **member's** 209:3 **members** 140:20 156:8 156:13,16 160:3 183:23 | 190:23 191:4 **mind** 127:24 130:8 **mine** 104:19 **minute** 142:22 | 123:5,10 136:3 140:6 141:16 145:25 147:22 152:19 153:4,5 154:9 165:19 | 241:10,10 248:21 260:8 264:16 **muscle** 258:4 |
| **memo** 270:24 **memory** 103:5 187:3 | 169:10 173:19 228:18 259:18 **minutes** 188:3 **missed** 215:18 220:2 | 166:18,21 173:6 174:7 179:2 192:10 217:10 219:8 219:10 223:25 | **n** |

**n**

| | |
|---|---|
| **n** 80:2 81:2 82:3 189:2,2,2 189:4 269:2 |

**[name - nyu]** Page 26

| | | | |
|---|---|---|---|
| **name** 139:10 | 250:25 251:3 | 95:12,21 96:5 | **notified** 234:14 |
| 156:21 161:5 | 261:13 | 96:12 97:3,5,8 | **notion** 152:3 |
| 180:17 209:3 | **needing** 112:15 | 119:14,21 | **november** |
| 244:18 246:4 | **negative** | 126:24 130:19 | 95:25 96:2 |
| 264:24 271:3,4 | 175:15 176:20 | 132:12,16,16 | 155:14 181:14 |
| **names** 161:5 | **negotiate** 210:7 | 132:20 133:6 | 191:18 192:2 |
| 213:5 | **negotiating** | 162:18 163:19 | 192:11,18,24 |
| **nature** 107:15 | 100:17 | 164:5 165:17 | 219:22 227:15 |
| 260:17 | **negotiations** | 198:8 204:24 | 246:24,25 |
| **navigate** 210:8 | 127:21 128:6 | 205:5,6,8 | 247:2,19 |
| **near** 113:18 | 130:4,9 133:9 | 208:6 211:22 | **number** 113:11 |
| **necessarily** | 133:14,19 | 212:6 213:3 | 129:8 142:10 |
| 132:17 196:7 | **neither** 93:18 | 228:24 242:8 | 147:14 163:13 |
| 240:18 265:21 | 137:11 | 242:11,16,18 | 183:17 214:15 |
| **necessary** | **network** | 244:5 271:3 | 220:11 239:10 |
| 144:13 | 211:20 212:13 | **nights** 96:17 | **numbered** |
| **need** 82:15 | 230:8 | **nine** 87:7 | 220:21 |
| 83:17 84:10 | **never** 97:2 | **ninth** 261:19 | **numbers** |
| 92:3 93:20 | 152:9 164:17 | **non** 162:12 | 104:15 |
| 114:15 115:14 | 164:17,20,23 | **nonpromotion** | **nuy** 183:23 |
| 117:16,17 | 180:4 200:14 | 164:23 | **nyu** 79:8 85:4 |
| 120:23 125:4 | **new** 79:3,8,19 | **nonrenewal** | 85:23 86:3,9 |
| 130:10 131:14 | 80:7,7,12 82:5 | 239:9 | 87:3,21,22 |
| 131:15 152:18 | 85:5,8,17 86:2 | **normal** 141:21 | 89:8 90:9 93:4 |
| 153:3 166:11 | 86:5,13,15,17 | **notary** 79:19 | 94:12,15 95:3 |
| 169:9 179:20 | 86:21 87:2,4 | 81:15 82:4 | 95:7 98:8 |
| 187:2 218:4 | 87:21,23 88:2 | 269:7 271:24 | 106:22 126:13 |
| 237:14 239:25 | 88:5,21,23 | **note** 143:18 | 126:13,21,21 |
| 259:18 261:10 | 89:17,23 90:9 | **noted** 268:4 | 149:14 150:5 |
| 262:18 267:21 | 90:17,18,23 | **notes** 84:4 | 150:10 162:5,6 |
| **needed** 89:5 | 91:6,11,14,23 | 199:18 226:25 | 162:7,8,9 |
| 100:13 103:21 | 92:3,12,15,17 | 269:12 | 164:9,11 |
| 146:6 200:2 | 92:18,20,23,24 | **notice** 79:16 | 166:23 167:23 |
| 222:21,25 | 93:5,10,11,14 | 144:20 146:4 | 180:7,22 |
| 236:2 250:20 | 93:17,23 94:3 | 146:16 255:7 | 191:25 199:19 |

204:23,23
205:8,13,16
206:20 207:4,5
207:13 208:3
209:10 211:22
211:24 212:23
212:25 213:3
215:11 224:13
225:14,17,24
225:25 228:2
232:4,22,23
233:3,5,9,13,15
233:17 235:2
240:24 241:6,7
243:23 244:6
244:13 248:18
249:13 251:15
255:19 259:15
267:15,15
**nyu's**  86:12
**nyu.edu**  233:18
**nyuedu**  224:14

**o**

**o**  81:2 128:10
130:3 133:7
189:2,2,2
269:2
**o'sullivan**
127:22 128:8
175:14,17
242:15,23
249:11
**oath**  82:11
**object**  99:23
100:2 149:18

**objected**
181:12 249:21
**objection**  250:2
**objections**
81:10
**obligation**
149:8,11
**obligations**
112:7 246:19
**observe**  265:5
265:12,17
**observed**  265:9
**observer**
265:22
**obstructed**
164:13
**obtain**  90:15
199:22
**obviously**
87:14 198:25
**occasion**  92:11
210:15
**occasions**  87:25
90:17 91:12,14
91:22 103:11
107:11 109:20
113:11 114:4
125:7 164:25
165:15 168:12
186:7 222:22
260:9,25 262:6
**occur**  115:23
174:17
**occurred**  100:9
112:6 116:3

132:19 168:7
174:22 176:21
187:19 214:8
246:10 262:6,9
**occurrences**
158:3 216:20
**occurring**
171:8,10
**october**  116:5
122:24 123:4
123:10,20
138:6,10
141:15 144:18
145:12 148:4
171:14,25
191:8 201:4
214:9 228:9
246:23 251:18
262:14
**oeo**  176:24
**offer**  100:16
101:8,17,19,22
101:23 105:2
109:3 128:12
128:15 134:10
134:18 135:5,9
135:23,24
136:17,21
149:9 152:12
153:14,21
154:2,8 155:19
162:18 216:12
218:23
**offered**  133:25
134:7 135:10

135:11 137:25
182:20 185:24
241:18 245:10
245:12,22
**offering**  250:17
**offers**  245:19
**office**  97:5,8
98:8 141:5
185:3 205:24
206:2,23
207:19,22
**official**  97:7
233:16
**oil**  258:7,25
**okay**  82:19,24
82:25 83:4,5
83:20 84:13
85:24 86:20
88:6 94:2 95:8
95:14 96:4,24
97:19,24 99:7
99:14 100:5,20
100:21 105:19
106:21 107:3
107:18 108:19
116:6 117:23
118:4,15 119:9
119:22 120:14
126:19,25
128:4,11,19
129:10,13,18
130:20 131:10
138:5,23
139:18 140:13
141:2,19

143:24 144:5
144:10 145:19
146:7,14,22
149:7,21
153:25 156:6
158:13 159:17
161:19 169:19
170:9,17
171:20 172:19
178:6,18
183:19 185:4,8
186:3,9,24
187:14,21
193:7 195:19
196:3 197:3,7
199:5 202:19
202:23 204:2
204:16 206:16
207:15 208:14
210:20 211:14
211:18 214:3
216:5 217:4
220:10 221:11
221:13 224:5
225:10 226:8
228:5,19
229:21 230:6
230:14,23
231:17,22
232:21 233:16
237:10 238:5
247:2,12,15
250:22 259:25
260:23 262:21
264:8,14

**older** 212:16
**omega** 258:15
**omitted** 159:9
**once** 87:9,11
  119:4
**one's** 210:3
**ones** 232:2
  245:8 255:24
  261:22
**ongoing** 111:12
  127:20 128:6
  178:3 198:18
  264:10
**onwards**
  163:12
**open** 104:17
  177:7,13,19
  180:24 208:7
  208:12 216:4
**operations**
  168:18 169:7
  169:16
**opportunities**
  90:24
**opportunity**
  150:24 151:3
  164:18,21
  182:21
**opposed** 141:3
  182:5 250:17
**opposition**
  164:19
**opted** 155:3
**options** 149:2

**oral** 192:22
**orally** 115:24
  184:13
**order** 199:21
  222:25 224:18
  235:25 236:8
**ordinary** 149:3
**organization**
  224:19,19
  226:2
**organizations**
  225:5
**organized**
  141:3,10
**organizing**
  141:11
**original** 122:24
  123:4 137:18
  174:10
**originally**
  136:22,25
**outburst**
  149:17,20
  153:7
**outcome**
  165:25
**outcomes** 155:2
**outline** 161:22
**outlined** 111:14
  123:23 154:25
  160:24
**outlines** 156:5
  212:9
**outside** 171:17
  196:15 243:2,4

244:13
**overlapping**
  88:19
**owens** 266:13
  266:21
**own** 210:3
**owned** 93:11
  94:19,22
**ownes** 266:15

**p**

**p** 80:2,2 81:2
**p.m.** 122:25
  123:5 188:5
  189:3 268:4
**package** 135:11
**packages** 160:9
**packet** 116:8
  116:13 120:17
  120:20 238:2,6
**page** 104:22,25
  105:5,6,13,16
  105:17,18
  131:22,25
  195:16 197:5,5
  199:7,8,16
  213:14 218:7
  222:4 230:12
  232:4 263:25
  264:7 270:4
  271:5
**pages** 218:25
  219:3
**paid** 85:9,12,15
  150:24 152:3
  152:12 155:4

155:19,21
156:3 196:8
199:20 201:12
202:2
**pain** 257:17
**painful** 210:8
**pandaemonium**
203:13
**pandemic**
205:10,12
206:11,17
**paragraph**
118:16 177:16
202:13 220:21
224:22,25
**parallel** 183:6
**part** 88:11 90:6
106:25 121:14
159:11 172:11
197:9 207:4
238:14 239:16
**participation**
264:19
**particular**
134:24 238:14
251:11 252:10
**particularly**
112:20 207:19
**particulars**
207:22
**parties** 81:6
89:20
**partner** 93:24
**partnership**
95:22,23

247:17,22
248:2,4,8
**parts** 131:19
**party** 250:7
269:14
**pass** 256:2
**passage** 216:10
**passed** 255:21
256:5
**passes** 196:16
**past** 237:9,11
258:16
**pause** 123:13
123:17 129:12
131:11 159:5
168:22 171:21
195:23 196:2
196:17 202:14
202:20 203:4
216:9 220:19
225:20 231:21
**pay** 201:20,22
**pc** 80:9
**pci** 139:2,2
**pdf** 197:6 199:8
**peer** 160:18
179:7
**peers** 158:9,14
158:16,18,20
158:21 174:6,9
174:15,16
178:20
**pending** 82:18
**penultimate**
175:11

**people** 89:23
90:12 134:17
156:20 161:2,3
166:22 172:24
176:20 187:12
209:12 217:13
243:14 248:21
**people's** 167:17
167:22
**perceived**
153:15 218:10
219:13
**percent** 192:20
**perform** 176:24
**performance**
189:23 214:10
249:16,17,20
**period** 86:23
90:5 94:5,7
109:10,14
112:25 116:17
169:22,23
170:19 171:4
173:9 181:14
184:20 201:13
207:16 210:17
219:19 247:7
247:23
**periodically**
87:2
**periods** 95:10
254:7,11
**permitted**
145:7 208:19
213:3

**perpetually**
120:7
**perpetuity**
161:17,18
**person** 91:24
92:4 95:11
163:15,20
173:8 186:10
186:11,13,14
187:7 194:3
228:6 232:6
**personal** 88:14
219:11 233:24
239:12 246:8
**personnel**
114:25
**perspective**
132:21,21
**peter** 165:17
**petite** 93:24
95:22,24 126:8
137:4,11
247:17,18,22
248:3,24
**petite's** 249:2
**phone** 240:21
**physical** 95:11
98:4,4 135:7
251:14 260:3,6
261:7
**physically** 91:4
91:19 94:2,25
96:22,23
139:13 229:11

**[pick - previously]**

| | | | |
|---|---|---|---|
| **pick** 229:12 | 139:21 144:22 | 164:5,7 178:16 | **prepare** 84:17 |
| **piece** 186:21 | 144:23 146:19 | 178:17 180:13 | **prescribed** |
| **pilot** 205:16 | 146:23 159:3,7 | 201:21 241:5,7 | 258:4 259:2,3 |
| **pioneered** | 160:20 162:16 | 245:10,13,25 | **presence** |
| 205:15 | 172:18 175:10 | **positions** | 132:23 148:3 |
| **place** 122:21 | 175:12 176:18 | 138:19 240:24 | 175:16 182:4 |
| 184:4 231:3 | 178:6 184:25 | 241:3,10,11,13 | **present** 89:5,6 |
| 253:11 | 192:10 194:20 | 241:19 243:2,3 | 91:19,19 92:3 |
| **places** 162:10 | 196:9,10 | 243:5,23 | 121:6,9 139:4 |
| 245:11 | 197:23 199:9 | 244:12 245:15 | 139:6,7,9 |
| **plains** 80:12 | 203:6 204:14 | **possession** | 140:21,24,25 |
| **plaintiff** 79:6 | 249:19 254:4,6 | 199:4 | 146:4 |
| **plan** 216:18 | 263:17 | **possessions** | **presentation** |
| **planning** | **policies** 150:13 | 96:14 | 89:11,13 |
| 169:12,21 | **policy** 149:14 | **possibilities** | **presented** |
| 170:12 171:6 | 149:22 150:4 | 155:2 | 89:18,25 |
| 172:3 | 150:11 154:15 | **possibility** | **presently** 83:6 |
| **plans** 133:3 | 161:24,25 | 111:7 127:4 | 163:18 177:2 |
| **play** 142:21 | 162:4,5,6,6,7,8 | 128:8 | **pressed** 209:25 |
| 143:2 144:11 | 164:12,19 | **possible** 155:2 | 210:5 |
| **playback** 144:4 | 167:15 211:24 | 158:2 187:13 | **pressure** |
| **playing** 143:16 | 212:5,7,8,21 | **possibly** 124:17 | 219:16 252:20 |
| **please** 82:23 | 230:8 233:21 | **potentially** | 254:24 255:3 |
| 123:14 182:10 | 239:16,16 | 91:20 109:11 | 257:13 258:20 |
| **plethora** 208:3 | **poorly** 242:13 | 109:14 156:22 | **pretty** 175:15 |
| **point** 83:16 | 242:14 | **powers** 120:9 | 177:22 242:18 |
| 86:11 94:18 | **portal** 162:8 | **practice** 126:17 | **previous** |
| 95:2 97:14 | **posed** 218:3 | 150:5 226:5 | 100:16 101:17 |
| 98:23 102:2 | **position** 101:21 | **preceded** 148:6 | 189:19 |
| 107:24 109:13 | 132:15 133:6 | **precipitated** | **previously** |
| 111:17 112:5 | 133:24 134:6 | 148:9 | 91:10 104:10 |
| 115:18 119:22 | 135:24 137:19 | **precise** 155:23 | 108:24 141:17 |
| 121:16 124:3 | 138:2 162:13 | 169:17 | 189:5 197:20 |
| 128:5 130:17 | 162:14,19 | **precluded** | 198:13,16 |
| 132:11 139:20 | 163:2,18,21 | 221:20 | 227:12 238:22 |

**primarily**
128:10 173:6
**primary**
159:20,21
**prior** 101:8
109:5 171:14
204:3 205:12
226:15 227:15
255:13 257:10
262:13 266:13
267:3
**privileges**
212:10
**pro** 80:5
**probably** 87:10
133:12 158:23
163:12 169:4
208:17
**problem** 97:13
**procedure**
150:20 165:9
**procedures**
106:23 152:13
**proceed** 198:7
**proceeding**
84:14 147:15
148:2 151:6
152:7 154:21
165:4
**proceedings**
147:7,8 148:18
148:23 149:6
152:5
**process** 101:14
111:16,24

112:5 120:24
121:22 149:3
154:14 161:9
161:10,13
166:19 171:6
172:3 177:10
204:8 237:14
237:20 239:15
267:24
**processes**
169:12,21
170:12 172:10
**produce** 252:25
**produced**
84:19 203:7,9
253:3 267:18
**production**
213:16
**professional**
241:9
**professor** 98:14
98:19 102:6
211:20 212:13
230:8
**professorial**
167:8,12
**program** 89:2,8
90:2,16,25
91:22 112:8
126:2,6,7,13,21
126:24 127:5
128:9,12
132:24 137:13
139:2 163:6,9
163:11,11,22

163:25 168:18
168:19 169:8
169:16 205:17
249:9
**programs** 89:4
89:21 90:25
163:17
**progress** 211:9
**promoted**
116:25 125:7
166:15,18,20
166:23 180:5
**promotion**
98:13,13,18,23
98:25 99:3,8
99:11,17,22
100:7,11,24
101:4 102:5
103:15,25
107:7,10,13,21
108:5,9,10,16
108:22 109:15
109:25 110:9
110:19 111:4
111:11 116:14
116:22 117:4
118:19,23
119:5,7,11,13
119:18,19,25
120:11 121:17
124:8,12 165:6
165:11,22
166:8,12 167:2
167:4,11 204:8
237:2,13,15,18

237:21,23
238:3 239:7,15
**pronouncing**
258:3
**property** 93:21
93:21 94:19,22
**proposal**
222:12,13,19
222:21,25
223:9,18
225:16,18
226:15,20
227:2,9,13
270:22
**proposals**
222:16 223:20
232:14
**propose** 129:18
129:22
**proposed**
130:15,18
137:6
**protected**
134:24 153:19
154:4 251:8
264:20
**protective**
176:7
**provide** 87:24
151:13 197:21
200:2 228:11
228:14 232:16
234:4,21 250:9
262:25 263:11

**[provided - reason]**

**provided** 109:3
121:10,10
122:2 125:2
185:20 187:16
197:24 198:10
199:10 205:24
206:21,22
216:14,15
236:17 239:14
264:3,5,6
**providers**
97:15
**provost** 107:14
111:18 115:17
115:19 127:3
127:21 128:7
130:16 165:17
189:12 191:24
192:9 217:10
217:16 219:8
220:13 266:3
266:18,22
**psychiatrist**
197:25
**psychotherap...**
197:16 198:2,8
198:14,19,23
200:20
**public** 79:19
81:16 82:5
269:7 271:24
**pull** 143:13
**purpose** 90:21
91:6 98:9
225:3

**purposes** 88:22
89:17 92:13
124:12 131:13
**pursuant** 79:16
106:22 156:2
193:2,20
**pursue** 99:7,11
99:17
**put** 118:18,23
119:11,17
120:11 128:17
166:12
**putzel** 163:22

**q**

**qualified** 153:3
163:2 251:2
**quantify** 91:8
**question** 81:11
82:18,22,22
83:3 86:7 96:8
99:24 100:2
101:2 106:6
111:19 126:12
131:14 134:20
135:7 145:4
153:17,23
156:25 168:14
169:5 171:22
174:11 180:19
180:20 182:8
182:10,19
185:5 192:16
193:9 199:12
220:16 223:12
223:15 227:18

234:20 236:7,8
237:25 263:5
265:16,25
**questionable**
156:14
**questioned**
115:18 168:2,5
174:5,6,14
221:3
**questioning**
135:7
**questions** 83:9
83:13 128:2
143:5 147:14
220:23 221:4,9
259:24 268:2
**quick** 228:18
**quickly** 210:12
**quite** 215:19

**r**

**r** 80:2 82:2,3
189:2,4 269:2
**raise** 141:19
149:25 171:18
**raised** 116:21
117:2 150:7
156:19 236:17
236:19,23
**ran** 183:5
258:17
**rank** 167:2,12
**rather** 163:2
187:10
**reach** 173:21
262:3

**reached** 165:16
177:9 246:14
**react** 210:12
**read** 123:12
129:5,10
131:14 168:20
170:5,7 182:10
182:11 195:20
195:21 202:12
218:4 220:17
225:18 267:21
**readiness**
198:19
**reading** 123:15
123:18 127:23
129:6 131:17
159:2 189:21
195:25 203:2
219:2
**really** 144:8
147:12 167:15
261:23 264:12
267:10
**reappointment**
113:3 161:8,13
162:12 204:8
237:2 239:15
**reason** 83:11
88:6,8 182:20
190:20 207:3
224:9,16
225:11 226:8
234:24 243:6,9
266:20 271:5

| | | | |
|---|---|---|---|
| **reasonable** | 159:19,23,24 | 200:10 203:5 | **records** 90:7 |
| 172:14 239:17 | 164:8 169:17 | 216:12 224:10 | 244:25 252:12 |
| 262:18 | 172:18,19,21 | 231:20 | 252:23 253:2,4 |
| **reasonably** | 172:23 173:16 | **receiving** 224:8 | 253:11,13 |
| 160:21 | 173:18 174:2 | 224:11 | 262:12 |
| **reasons** 88:10 | 174:18 179:12 | **recent** 131:2 | **recurring** |
| 140:24 | 186:8,12 | 258:5 | 170:22 |
| **reassigned** | 192:21 194:6 | **recently** 242:17 | **reduce** 97:20 |
| 204:23,25 | 194:17,21 | 245:24 254:9 | **reemployment** |
| 205:5 | 204:4 205:23 | 254:16 257:25 | 218:23 |
| **reassignment** | 206:12 208:21 | 258:15 | **reexposed** |
| 204:6 205:19 | 211:6 213:5 | **recess** 122:6 | 256:14 |
| **recall** 85:14,15 | 221:13 222:18 | 143:10 188:5 | **refer** 173:15 |
| 85:23 86:10,22 | 224:8,11 | 228:20 259:21 | 184:10 230:16 |
| 90:13 92:6 | 227:11,14 | **recipitated** | **reference** |
| 93:8 94:6 97:4 | 229:20 231:6 | 147:25 | 157:22 214:16 |
| 106:9 107:22 | 232:8,8 235:6 | **recognize** | 231:4 |
| 109:18,19 | 238:13 241:16 | 117:15 207:15 | **referenced** |
| 110:23 111:5 | 244:11,16,24 | **recollection** | 235:5 258:25 |
| 111:18 112:2 | 245:8 248:11 | 87:21 187:6 | **referred** 141:14 |
| 113:14 114:2 | 248:14 254:25 | 196:5 227:8 | 184:7 186:19 |
| 114:12 115:2 | 256:24 264:10 | **recommended** | 198:7,22 |
| 117:6 124:19 | 267:20 | 227:4 | 220:13,14 |
| 125:9,11 127:8 | **receipt** 207:6 | **record** 122:8 | **referring** |
| 129:24 130:12 | **receive** 123:7,9 | 125:18,22,24 | 101:19 103:8 |
| 130:14,22 | 123:19 129:14 | 143:9,12,18 | 113:5 156:18 |
| 132:23 134:12 | 190:23 201:20 | 182:11 244:2,7 | 157:24 162:12 |
| 137:20 139:6 | 202:24 224:6 | 268:3 | 162:14,15,19 |
| 139:12 140:12 | 229:4 234:23 | **recorded** 121:9 | 168:9,19 |
| 140:18,23 | 235:4 237:12 | 121:24,25 | 169:21,25 |
| 142:5 144:22 | **received** | **recording** | 170:18,23,24 |
| 145:22 146:8 | 127:17 140:5 | 84:13 121:14 | 170:25 213:25 |
| 146:10,17,20 | 159:13 178:21 | 236:18 270:10 | 216:24,25 |
| 151:20 157:9 | 183:15 185:10 | **recordings** | 220:18 221:2 |
| 157:25 158:6 | 191:3 200:5,7 | 183:4 267:17 | 230:20 264:21 |

**[reflect - residency]**

**reflect**  114:16
115:15 253:14
**refrain**  183:24
**refresh**  117:22
187:2,6 196:4
227:7
**refused**  232:22
**regard**  158:15
233:22
**regularly**
156:19
**relate**  255:19
**related**  153:7
182:4 191:7
251:12 261:10
269:14
**relates**  239:6
251:14
**relating**  211:20
263:2
**relationship**
86:5 233:9
247:16 253:14
254:19
**relaxer**  258:4
**relevant**  253:3
253:5
**relied**  261:22
**relinquish**
232:3
**reluctant**
176:23
**relying**  263:19
**remain**  177:12
177:19

**remedy**  166:8
**remember**
83:15 109:21
135:18 139:11
215:21
**remembering**
210:25 211:2
**remind**  82:13
**remitted**
201:23
**remote**  205:15
**remotely**  79:16
205:13 208:15
**rendered**  140:8
**renew**  161:21
235:7,11 236:2
**renewal**  102:12
104:5 106:24
107:4,24,24,25
108:11 178:9
235:14,22
236:3,6,10,23
237:18 238:6
**renewed**
103:16 109:24
236:9 238:12
238:20
**rent**  93:21
**rented**  93:14
**repeat**  82:24
221:8
**repeatedly**  91:7
91:9 178:21
185:8 186:21
189:22 195:5

219:12 235:21
237:24
**rephrase**  82:24
134:20 149:24
227:19 265:24
**reported**
265:23
**reporter**  79:18
269:7
**reporting**
136:4 242:5
**request**  107:4
107:20 119:24
124:4,11,15,18
132:11,14
172:24 178:25
179:2,4,8
184:2 189:14
199:6 200:13
203:19 204:3,6
204:7 212:18
222:22 229:8
235:22 236:2,9
237:21 238:2
249:21 262:17
262:25 263:2
263:12
**requested**
117:4 183:22
204:5,9 205:3
206:24 208:4
208:14 237:23
239:10,14
**requesting**
177:2 195:7

205:3 207:7
**requests**
125:10,14,17
172:14,15,22
178:22 179:9
197:17 204:17
205:21 206:6
222:18 240:15
**require**  99:5
100:23 101:9
132:22
**required**  88:21
89:16,19,22
90:8 91:13,16
91:23,24,24,25
93:19 101:3,6
101:7 103:24
106:23 107:2
200:16 210:12
241:15
**requirement**
103:23
**requiring**
101:11,15
103:14
**res**  125:25
126:5 127:5
132:19 133:20
162:20 163:22
**research**  226:4
**reserved**  81:12
**residence**  93:9
93:16,19,22
**residency**
163:5,11

205:17 249:9
**resign**  95:6
**resignation**
  95:3
**resolution**
  121:21
**resolve**  200:21
  254:3
**resources**
  114:25
**respect**  100:6
  100:10 145:13
  147:9,15
  150:12 153:21
  160:19 161:13
  172:17 176:5
  207:19 226:5
  231:4 236:5,16
  237:17 240:15
  242:15 249:8
  254:21 255:14
  261:5 263:20
  267:12
**respective**  81:6
**respects**  163:7
**respond**  83:2
  215:19 218:22
**responding**
  219:18
**response**
  129:19,22,25
  130:6,15
  207:12
**responsibilities**
  191:11 214:7

214:13 220:23
**responsibility**
  250:9
**responsible**
  154:22,23
  163:16 169:4,8
  209:7
**responsive**
  219:24
**rest**  162:17
**restate**  174:10
**restriction**
  194:19
**restrictions**
  194:15
**restroom**
  142:24
**resubmit**
  120:20 124:7
  165:21
**result**  112:10
  112:15 144:16
  182:14 206:11
  251:23 252:2
  260:4
**resulted**  148:23
**resume**  164:24
**resuming**
  256:13
**retaliated**
  133:18 263:9
  264:18
**retaliation**
  136:18 176:10
  243:25

**retaliatory**
  99:16,20 100:9
  108:17,21
  134:11 135:24
  154:7 179:15
  181:17,25
  221:24 226:11
  241:25 243:9
  263:4,21
  265:20
**retirement**
  159:10,13
**return**  95:15
  144:20 193:3
  193:11,18,19
  194:4,8,14,19
  194:25 197:19
  197:24 198:12
  199:22 200:2
  200:16 201:2,3
  201:5,8 203:20
  203:23,25
  204:3 215:8
**returned**
  196:18 197:15
  214:23
**returning**
  215:7
**review**  108:22
  109:15 113:9
  116:8 119:4
  120:17,21
  121:17 124:8
  166:16,21,24
  167:2,12

172:25 179:20
  179:21 231:18
  236:10 238:2,6
**reviewed**
  107:23 108:4,8
  108:15 109:25
  110:9,19 111:4
  111:11 116:14
  116:25 124:12
  166:7,11,17
  167:4
**reviewing**
  112:3 161:23
  234:6
**reviews**  89:3
**revolving**
  209:23 210:2,4
**right**  94:12
  96:12 102:2
  104:6 105:23
  106:21 119:15
  121:18 128:16
  130:12 134:12
  144:23 149:15
  150:18,21,23
  150:25 151:6
  154:19 157:25
  161:2 165:22
  166:12,14,16
  167:19 174:3
  177:22,24
  178:8,16
  179:12 181:2
  182:18 184:24
  191:5,8 193:4

**[right - september]**                                                                 Page 36

193:12,22
199:18,23
200:7 206:8
208:16 210:25
215:7,16
218:23 219:20
223:2 226:2
230:12 235:14
244:11 256:12
262:14
**rights** 212:10
**role** 159:17
249:2
**room** 84:3
143:25 256:9
256:11
**rose** 113:17,23
113:25 114:14
173:23
**routinely** 258:7
**running** 112:8
**ryo** 264:22
265:9

**s**

**s** 80:2 81:2,2
82:2 189:2,2,2
270:2 271:5
**sabbatical**
221:20 222:11
222:13,16,23
223:2,8,13,14
223:17,18
224:17 225:2
226:10,17
270:22

**salary** 158:19
158:19 159:8
159:11 201:13
**saw** 144:7
**saying** 121:13
132:10 168:7
171:13,15
173:16 176:20
182:17
**says** 105:3,8,14
118:17 119:10
119:16 132:5
155:16 169:2,3
169:10 170:11
177:5 212:5,7
212:12,16,18
216:11 224:24
226:25 232:9
**scanned** 229:9
**scattered** 162:9
**scenes** 126:15
**schedule**
151:23
**scheduled**
193:3
**school** 241:8
**sciences** 189:13
191:25
**scream** 149:23
**screaming**
141:23,24
**screen** 117:24
118:2 122:15
142:13,16
143:2 170:2,7

**scroll** 104:21
106:14 197:4
**se** 80:5
**sealing** 81:7
**second** 125:19
142:21 177:14
177:16 208:25
212:15 224:22
224:24 228:23
**security** 143:19
**see** 105:8,12,15
106:13 117:21
117:22,24
118:2,3,4,8,11
118:12 122:21
122:24 127:14
131:23 132:5,9
142:16 158:10
158:21 190:16
196:25 197:8
197:10 199:24
200:9 205:18
211:18 216:10
216:21 222:8
224:21 225:9
227:4,6 244:23
**seeing** 90:25
**seek** 99:2
106:23 164:12
261:4
**seeking** 98:23
239:20 256:15
256:19
**seem** 100:15

**seemed** 140:19
155:24 167:21
169:18
**seems** 113:15
118:25
**seen** 184:22
208:5 213:4
233:23,25
**selected** 162:25
**semester** 200:7
200:17 209:8
**semesters**
232:12,15
**send** 129:14
190:23 207:11
**sense** 194:23
**sent** 118:9
128:3 183:15
183:20 184:17
191:3 234:25
267:17
**sentence**
177:11,17
220:20 224:21
225:2 227:6
**separate**
230:22
**separated**
246:9
**separation**
248:9
**september**
92:24 116:4
199:8,15

**[series - south]**

series  85:22
104:14
server  212:24
servers  227:16
227:20,23
228:7
service  229:25
244:6
session  84:17
210:21 267:3
set  119:2
128:21 178:14
210:11
setback  211:10
setting  234:12
settled  178:4,5
settlement
177:8,8,13,19
settling  177:25
several  99:10
253:25
shanghai  79:9
85:4,5,7,23
86:3 87:3 89:8
90:10 93:4
94:12,15 95:4
95:7 96:22,22
96:23 98:8
106:22 126:13
126:21 132:8
132:19,20,23
133:2 134:8
149:14 150:11
162:6,7 163:17
166:23 167:23

180:7,22
191:25 197:15
199:19 203:15
203:17 204:23
205:8,14,16
207:5 209:11
213:2 214:24
225:25 232:4
232:22,23
233:3,5,10,17
248:19 249:14
251:15 255:20
259:16 267:15
share  104:9
117:17,18,24
122:14,14,18
142:8,13 170:2
170:7 174:23
183:9 196:24
shared  266:8,9
266:21
sharing  142:25
shed  183:4
sheet  271:1
short  164:16
215:20 234:20
shortcomings
189:24 191:7
214:10
shorthand
79:18 269:6
shortly  146:23
168:2 203:9,21
show  117:10
175:5 202:6

showed  186:2
shut  206:10,15
sick  234:9
sign  86:8
signature
155:15 269:22
signed  81:15,17
100:15 101:8
101:17 104:24
106:10,15
155:20 179:18
215:15
significant
255:17
signor  157:19
193:21 194:7
195:16 196:6
197:12 204:20
204:21 240:7
240:14
silenced  154:12
similar  89:21
156:9,12
178:22 229:16
229:18
simply  150:19
sit  97:23
sites  86:18
sitting  98:11
139:14,16,19
situation  172:8
194:24 200:20
207:14
situations
157:7 173:25

259:8
skype  130:2
133:12 240:22
slam  150:2
slammed  150:9
sleep  96:15,17
slept  96:19
slow  210:2
small  113:20
solely  209:7
somebody
102:3 141:4
somebody's
141:4
sorry  102:16
109:25 115:21
123:2 126:11
129:7 140:10
149:24 151:14
153:24 159:4
160:15 170:22
171:16 192:15
193:8,21 198:2
202:17 221:6
226:23 237:4
255:22 265:25
sort  146:12
167:16 187:17
257:24
sorts  146:13
sought  89:22
sound  143:20
sounds  206:8
south  80:11

| | | | |
|---|---|---|---|
| **southern** 79:3 | **spoke** 97:10 | **standup** 98:7 | **stern** 89:20 |
| **space** 139:13 | 113:25 146:7 | **start** 94:8 | 91:21 241:10 |
| 229:3,22,23 | 194:3 240:21 | 131:17 132:25 | 243:3,4,5 |
| **span** 215:19 | 242:12,14 | 255:5 | **stipulated** 81:4 |
| **speak** 135:20 | **spontaneous** | **started** 169:15 | 81:9,13 239:4 |
| 146:6 162:3 | 252:17 253:19 | 248:13 253:20 | **stlu** 245:3,7 |
| 233:7 | **spring** 100:7 | 258:14 | **stones** 168:13 |
| **speaking** 142:2 | 108:9,16 | **starts** 225:2 | **stop** 219:12 |
| 158:3,23 159:6 | 109:15 110:19 | **state** 79:19 | 248:9 |
| 159:8 179:12 | 116:7,12,18,24 | 82:5 171:22 | **stopped** 93:9 |
| 265:8 | 117:5 118:19 | 191:10 263:5 | **stressors** |
| **speaks** 144:15 | 118:24 119:12 | **stated** 256:19 | 255:18 |
| 191:13 | 119:14,18,20 | **statement** | **stretching** 98:6 |
| **specific** 87:20 | 119:23 127:2 | 214:5 225:12 | **structured** |
| 93:2 99:25 | 136:6 171:8 | **statements** | 137:14 160:4 |
| 126:12,14 | 207:17 208:7 | 231:24 | **structures** |
| 191:21 223:12 | 215:7 232:11 | **states** 79:2 88:4 | 160:9 |
| 223:15 265:16 | 232:19 | 88:7 94:18 | **student** 113:17 |
| **specifically** | **squeaky** 131:8 | 206:10 | 233:12,15 |
| 109:18 128:2 | **staffed** 207:13 | **status** 107:16 | **students** 90:22 |
| 140:18 174:18 | **stage** 245:25 | **stay** 92:12 | 157:7 205:7 |
| 181:4 205:4 | **stamp** 105:13 | 132:8 146:15 | 227:17,21 |
| 241:16 | 127:11 170:5 | 152:4 | **studies** 241:9 |
| **specificity** | 195:11 197:5 | **stayed** 151:5 | **studying** 90:22 |
| 86:22 87:25 | 220:6 231:12 | **staying** 112:6 | **subject** 146:24 |
| 129:24 175:22 | **stamped** | **steinhardt** | 147:7 |
| 191:12 | 122:11 128:23 | 89:21 91:21 | **subjected** |
| **specifics** 112:2 | 131:4 142:20 | **stellar** 244:3,6 | 176:17 267:4 |
| **specified** | 155:13 183:10 | **stenographic** | **submission** |
| 158:18 | 202:8 215:24 | 269:12 | 107:19 |
| **specifies** | 222:5 223:25 | **step** 104:18 | **submit** 119:24 |
| 236:25 | **standards** | 121:21 | 201:9 222:21 |
| **specify** 262:10 | 119:4,8 | **steps** 123:23 | 222:25 223:5,9 |
| **speculate** | **standing** 98:11 | 165:13 | 237:25 238:5 |
| 166:10 | 139:15 206:3 | | 239:24 240:4 |

249:22
**submitted**
  107:3,5,17
  116:8,12 120:6
  120:16 200:14
  201:5,8 222:12
  222:14,15,17
  223:21 225:16
  226:19 227:2,9
  227:12 240:6
**submitting**
  223:17
**subscribed**
  268:13 271:21
**substance** 83:7
  90:13 114:3
**substantial**
  207:18
**substantiate**
  262:18
**subtle** 112:23
  112:23 114:10
  114:11
**successfully**
  244:5
**suddenly** 256:5
**suffer** 251:25
  252:9 253:18
  253:23
**suffered** 251:22
  255:24 260:3,7
**suggest** 109:23
  112:14 119:6
  119:10,16
  120:19 121:2

122:4 132:18
141:9 214:11
**suggested**
  107:12 110:8
  110:18,25
  120:10,14,22
  120:25 166:18
  215:2,4
**suggesting**
  239:7
**suggests** 118:22
  214:9 230:9
**suitcase** 142:3
  142:6 144:2,6
  144:8 150:9
**sum** 256:20
**summarize**
  218:24
**summer** 168:13
  195:2 207:17
  208:11 266:6
**supervisor** 92:2
**supplements**
  257:20,22
  258:8,9
**supply** 206:18
  207:18
**support** 135:3
  135:15 136:15
  243:21
**supportive**
  98:22,25
**suppose** 220:15
**supposed** 141:6

**supposition**
  232:21
**sure** 85:19
  87:17,19 110:6
  110:14 113:21
  120:8 125:3
  132:6 135:8
  141:12 145:6
  147:12 155:23
  160:6,7 168:21
  174:12 188:4
  192:20 195:21
  204:12 225:19
  226:22 229:16
  239:4 254:25
  255:7 257:5
  258:3 259:20
  262:20 263:7
  263:16,23
  265:13
**susan** 80:13
**sworn** 81:15,17
  82:4 189:5
  268:13 269:9
  271:21
**symbol** 209:24
**symptom**
  253:23 254:3
**symptoms**
  252:10,14
  253:7,15

**t**

**t** 81:2,2 82:2,2
  189:2,4,4
  269:2,2 270:2

**table** 100:17
  230:21,23
  231:2
**tag** 190:20
**take** 82:15,18
  98:2 122:3
  123:22 129:4
  131:8 142:22
  142:23 143:20
  144:12 147:6
  152:19 155:3
  157:15 165:13
  182:21 187:21
  188:2 226:16
  228:18 250:20
  255:2 257:12
  257:16,17,19
  257:25 258:6,9
  258:10,11,13
  258:19 259:18
**takeaway**
  103:18
**taken** 79:15
  122:6 143:10
  228:20 246:11
  258:16 259:21
**talk** 84:24 95:8
  162:18 216:24
  218:14
**talked** 97:10
  104:23 218:12
  243:14
**talking** 96:8
  104:8,13 106:4
  113:23 141:15

**[talking - time]**                                                    Page 40

| | | | |
|---|---|---|---|
| 168:11 189:10 | 163:7 180:8 | 187:18 191:2 | **tied** 182:13 |
| 195:17 230:15 | 193:2,20 | 204:13 239:22 | **time** 81:12 |
| **talks** 189:22 | 199:20 216:13 | 249:8 266:11 | 82:15,16 86:23 |
| **taught** 208:22 | **testified** 82:6 | **think** 83:10,12 | 88:12 90:5 |
| **tax** 246:19 | 136:20 189:6 | 115:15,16 | 91:7 92:15 |
| **teach** 94:12 | 210:22 213:20 | 116:19 133:2 | 93:8 94:5 95:2 |
| 97:3 205:7 | 230:7 240:23 | 139:2 144:13 | 95:10 97:14 |
| 208:14 211:22 | 242:21 243:21 | 146:10 157:6 | 99:6,8,17 |
| 213:3 | 247:18 267:2 | 161:11 166:8 | 100:13 101:4 |
| **teaching** 96:21 | **testify** 267:18 | 166:22 167:3 | 101:14 102:3 |
| 101:24 132:20 | **testimony** | 169:9 177:9,25 | 102:11,12 |
| 178:17 209:8 | 189:19 | 190:10 194:21 | 103:3,25 104:7 |
| 211:25 212:6 | **texas** 244:21 | 194:22 196:19 | 106:18 108:5 |
| 212:19 230:10 | **text** 168:24 | 199:3 201:10 | 109:10 110:16 |
| 230:18 231:5 | 186:4 234:2 | 206:14,18 | 112:24 114:15 |
| 245:15 | **textured** 210:9 | 210:20,22 | 115:15 116:17 |
| **tell** 102:3 | **thank** 268:2 | 211:2 213:11 | 116:23 124:2 |
| 123:14 144:3 | **therapy** 98:4 | 213:15 217:4 | 126:15 133:4 |
| 175:17 190:11 | 261:7 | 241:20,21 | 135:19 139:4,8 |
| 233:8 | **thing** 82:17 | 244:23 | 141:7 148:22 |
| **telling** 253:10 | 92:5 96:11 | **thirds** 177:17 | 151:10,12,17 |
| **ten** 96:8 | 139:17 165:23 | **thought** 116:13 | 151:23 158:6 |
| **tenured** 138:18 | 210:10 213:7 | 234:10 251:12 | 159:18,25 |
| 138:18 | 218:5 232:23 | **threat** 218:11 | 160:24 168:15 |
| **term** 105:3 | 257:25 | 219:13,14 | 169:18,23,25 |
| 180:24 182:13 | **things** 82:14 | **threats** 219:6,9 | 170:19,23,25 |
| **terminate** | 99:10 112:11 | **three** 92:10 | 171:5 172:20 |
| 219:6 | 112:12,16 | 103:11 180:8 | 173:17,18 |
| **terminated** | 113:15 120:4 | 192:23 217:19 | 174:25 175:25 |
| 154:16 | 135:18 138:21 | 260:14,15,24 | 178:7,11 |
| **termination** | 147:17 156:22 | 262:6 | 179:11,22 |
| 154:25 180:23 | 167:15,21 | **threw** 142:3 | 186:8 190:2,2 |
| 218:13,15,17 | 173:3,5 174:22 | 144:3 | 192:7 194:11 |
| **terms** 152:6 | 175:16,23 | **throwing** 142:5 | 194:13,20 |
| 158:7 162:18 | 176:20 182:12 | 143:25 | 199:2,4 201:14 |

202:25 203:11
203:16 210:18
211:13 213:6
214:23 215:18
215:20 219:19
219:25 221:15
226:17 247:7
247:23 249:3
254:7,11
256:13,24
260:11,13,14
263:17 265:23
266:2 267:20
268:3,4
**timeframe** 95:9
**timeline** 172:23
216:15
**timely** 232:11
**times** 87:12,18
91:5 92:9 96:4
114:6 214:15
218:16 220:11
253:25 260:14
260:15
**timing** 113:14
**tisch** 125:7
237:13,16
239:16 241:11
**title** 211:21,22
213:2 230:9
**today** 83:9
84:18 220:12
267:2
**toehold** 187:17

**toilet** 260:9
262:2
**tokyo** 241:7
**told** 133:5
146:19,22
152:18 159:16
165:20 185:2
194:13 199:25
226:16 235:21
250:20 266:3
**tons** 178:3
**took** 171:12
207:9
**top** 112:6
116:20 118:8
167:13 190:22
205:23
**topic** 103:7
114:19 138:14
**tour** 261:21
**track** 244:2
**training** 230:18
**transcription**
269:12
**transit** 215:20
**transmitted**
229:6
**traveled** 246:17
**treated** 160:18
164:11 179:10
265:3
**treatment**
178:21 198:23
261:5,8,10

**trial** 81:12
**tried** 99:5
121:19 123:24
164:24 165:15
165:18
**triggering**
114:20 254:22
**trip** 89:24
**trips** 90:4
**trouble** 257:6,9
**troubled** 214:6
**true** 214:11
225:12 246:16
269:11
**try** 82:23
117:23 118:17
123:25
**trying** 94:24
99:24 114:5
157:6 178:11
210:15 216:22
260:9
**turn** 232:10
246:6
**turned** 128:15
234:11 245:23
**twice** 91:9
172:13
**two** 92:10
101:22 103:11
177:17 209:5
210:24 212:20
213:14 230:24
**type** 139:17
152:20 177:8

210:9 223:14
261:8 267:4
**types** 174:22
234:2 245:16
245:18,20

**u**

**u** 81:2
**u.s.** 85:12,15
88:13 214:24
**ultimately**
101:16 103:24
134:3 135:11
155:3 162:25
163:20 198:4,7
198:20 200:11
**ultimatum**
146:12 147:5,5
150:15,16
**unable** 234:16
**uncomfortable**
152:2
**under** 82:11
83:6 100:13
117:18 120:11
125:7 149:8,10
151:7 179:8
187:19 213:9
214:14,19
237:13,16
239:18
**undergo** 152:5
**undergoing**
149:2
**undergone**
150:19

**undergraduate**
  88:25 89:4,25
**understand**
  82:11,21 83:8
  83:13 94:24
  95:17,20
  110:15 121:12
  153:12,23
  216:22 221:7
  237:5
**understanding**
  102:14,18,21
  108:7 124:9
  154:18 158:17
  163:23 250:6
**understood**
  82:20 83:3
  148:8,14,15
  149:7 150:18
  222:24
**unexpectedly**
  256:3
**unfairly**  113:12
  174:5,6,14
**unimportant**
  140:9
**united**  79:2
  88:4 94:18
  206:10
**units**  230:19
**university**  79:8
  85:5,8,18 86:2
  86:6,15 149:8
  150:19 154:15
  154:20 161:22

  177:21 191:18
  191:20 205:6
  225:8 244:3,7
  244:20 245:4
  245:25 246:3
  246:13 271:3
**unlawful**
  238:10,19
  239:8 250:5
  262:19
**unprofessional**
  234:18
**unsafe**  157:5
  189:14
**unusual**  166:22
**upcoming**
  138:15 161:7
  170:13,24
  171:3,7
**upset**  140:2,4
  156:20
**use**  142:23
  210:11,15
  229:15 234:16
  239:11 258:12
  260:9 262:3
**used**  107:6,9
  261:24
**using**  84:8
  211:11 233:24

**v**

**v**  271:3
**variable**  253:24
**varied**  87:14

**various**  86:14
  89:19 90:12,24
  167:16 172:24
  186:7 187:3
  212:9 218:16
  266:11
**varying**  217:19
  229:8
**vegetarian**
  258:12
**verify**  201:16
**veritext**  271:1
**version**  170:4
  212:15,16
**versions**  212:20
  230:25
**versus**  179:3,4
  204:5
**vice**  183:22
  184:6,7,9,19
  185:10 186:6
  186:15,25
  189:11,18,25
  191:23 192:9
  213:20 214:16
  216:7 217:10
  217:15 218:9
  219:7
**video**  142:19
  143:3,14,16,19
  143:22 144:6
  144:11,14,19
  145:14 147:11
  270:10

**videoconfere...**
  79:17
**violated**  154:15
**virtue**  215:5
  233:2
**visit**  168:9,10
**visited**  87:2
**visiting**  95:19
**visits**  87:21
**vitamin**  258:10
  258:11
**vitamins**
  257:23,24
**voice**  141:19,21
  142:2 149:25
  150:8 156:20
**volume**  171:18
**vomiting**
  252:17 253:19
**vulnerable**
  177:6

**w**

**w**  82:2 189:4
**wages**  256:16
**wait**  196:15
**waived**  81:8
**waley**  115:19
  123:6 127:3,21
  128:7 130:16
  136:4 168:6
  174:7 175:15
  175:18 181:4
  192:10 217:10
  219:8 220:13
  242:5,14

248:23 266:3
266:18,23
**walk** 98:3
**walkers** 211:8
**walking** 141:4
143:24
**want** 82:13
106:16 118:18
129:4 142:23
188:2 200:25
218:5 246:9
**wanted** 128:3
154:10,11,11
166:2 178:4,4
193:19 197:13
201:3
**warrant** 156:22
**watch** 143:4
**way** 91:3 96:7
97:25 99:25
101:9 110:10
133:22 135:22
150:16 152:13
154:11 160:4
160:24 162:22
163:4 166:13
172:6 178:11
180:2 193:17
201:15 204:25
205:2,3 209:14
210:3,11
221:23 226:11
234:12 250:10
261:16 263:3

**ways** 169:6
180:3 186:24
229:8 236:25
**web** 212:23
**website** 162:9
**wee** 241:23
**week** 92:13
96:6 197:18,22
210:24 211:17
**weekend**
151:21
**weeks** 207:11
254:2
**welcome**
142:24
**went** 82:14
84:20 88:5
155:25 258:17
**wheelchair**
209:18,19,24
210:18,23
211:5,7,11
260:12 261:24
261:25
**white** 80:12
264:16
**wife** 246:10
247:3,25
248:13,16
**wifi** 84:10
**williams**
244:22
**willing** 132:8
132:18

**willy** 102:25
**window** 171:17
171:19
**withdraw**
101:2 145:9
147:3 180:18
185:4
**withdrawn**
116:10 124:6
133:15 134:15
136:13 156:17
181:11 191:15
201:18 221:18
231:8
**witness** 143:8
269:8 271:4
**word** 230:16
**words** 102:23
102:24 170:6,8
171:3 180:24
**work** 86:16,20
88:15 94:15
97:16,17,20,21
97:22,25
178:12 193:11
194:4,8,15,19
194:25 196:18
197:19,25
198:12,20
199:22 200:2
201:2,3,5,8
203:20,23,25
204:3 219:18
227:17,21
242:8,11,18

246:12 248:19
256:13
**worked** 86:12
86:14,17 87:8
88:23 210:16
**working** 208:2
232:14
**worse** 254:14
254:16,18
**write** 197:12
**writing** 115:23
124:20 125:15
125:17 184:13
184:14,21
190:5,6 192:19
204:11,13,14
267:17
**written** 107:19
**wrong** 105:16
122:20 210:23
210:25 211:3
**wrote** 132:6
157:18 174:15

| x |
|---|

**x** 79:4,11 270:2

| y |
|---|

**yang** 161:4
**year** 87:9,11,12
91:12 95:25
106:20 134:8
138:15,16
169:3,13
170:13,24
171:4,7,9

| | z |
|---|---|
| 172:3 216:18 | |
| 246:24,25 | **zaromatidis** |
| 247:2 255:21 | 79:18 269:6,23 |
| **years** 87:7,16 | **zarski** 80:14 |
| 87:16 92:19 | 142:25 143:13 |
| 96:9 167:14 | **zero** 203:13 |
| 180:9 249:18 | **zinc** 258:14 |
| **york** 79:3,8,19 | **zoom** 79:17 |
| 80:7,7,12 82:5 | 84:8 |
| 85:5,8,17 86:2 | |
| 86:5,13,15,17 | |
| 86:21 87:2,4 | |
| 87:21,23 88:2 | |
| 88:5,21 89:17 | |
| 89:23 90:9,17 | |
| 90:18,23 91:6 | |
| 91:11,14,23 | |
| 92:3,12,16,17 | |
| 92:18,20,23,24 | |
| 93:5,10,12,14 | |
| 93:17,23 94:3 | |
| 95:12,21 96:5 | |
| 96:12 97:3,6,8 | |
| 126:24 130:19 | |
| 132:12,16,16 | |
| 132:20 133:6 | |
| 163:19 164:5 | |
| 165:17 204:24 | |
| 205:5,6,8 | |
| 208:7 211:23 | |
| 212:6 213:3 | |
| 228:24 242:8 | |
| 242:11,16,19 | |
| 244:5 271:3 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.