# EXHIBIT "14"

| | |
|---|---|
| **From:** | Joanna Waley-Cohen <joanna.waleycohen@nyu.edu> |
| **Sent:** | Friday, March 24, 2017 7:46 AM |
| **To:** | Matthew Belanger |
| **Cc:** | Maria E Montoya; Joanna Waley-Cohen (jw5@nyu.edu) |
| **Subject:** | Re: Latest Offer Letter |

Hi Matthew

Best you continue this conversation with Maria as I know you discussed this with her before she left.

Hope your back pain is improving and will soon be gone.

best,
Joanna

On Fri, Mar 24, 2017 at 12:02 PM, <mb1065@nyu.edu> wrote:

> Hi both, the latest offer letter is a bit of a surprise to me. It's a
> full year shorter than the one I received in January, not sure if that
> is a simple mistake? It's also more vague in relation to course
> overload compensation when I was pushing for greater clarity. At a
> minimum it shouldn't be less clear / more open to interpretation than
> my current offer. Those course banking protections from my current
> offer, I honestly haven't even benefitted from because it's not like
> I've actually been able to take the release time I've accrued, however
> they are important to me because of the degree to which it has been
> necessary for me to overload. My current offer does explicitly say
> that my course banking will apply to future offers as well, yet the
> new offer doesn't provide nearly the same level of clarity, quite the
> opposite, it seems to attempt to establish ambiguity. I sought clarity
> because I recognized that the actual terms of my current offer were
> not sustainable under my new teaching load. And I honestly did it as
> much to protect the institution as myself. Can we discuss as soon as
> possible? Today if at all possible? I recognize that Maria is in transit. But I'd really appreciate closure on all this asap.
>
> Best,
> Matt



--

*Joanna Waley-Cohen 衛 周 安*

Provost, NYU Shanghai 上海纽约大学教务长

Julius Silver Professor of History, NYU

1

纽约大学历史系Julius Silver讲席教授

Room 1424, 1555 Century Avenue

Pudong New District, Shanghai 200122, China

中国上海市浦东新区世纪大道1555号1424室, 200122

T Shanghai office 上海办公室 +86 021 2059 5021 T China mobile 中国手机 +86 189 3009 8769 T New York office 纽约办公室 +1 212 998 4137 T US mobile 美国手机 +1 203 824 3791 E 电子邮件 jw5@nyu.edu

<jw5@nyu.edu>