UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELANGER,<br><br>                Plaintiff,<br><br>-against-<br><br>NEW YORK UNIVERSITY, et al.,<br><br>                Defendants. | No. 21 CV 1644 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On July 2, 2021, the above action was referred to the magistrate judge for general pretrial purposes. (See dkt. no. 19.) Reference to a magistrate judge is hereby withdrawn.

**SO ORDERED.**

Dated:   August 6, 2024
         New York, New York

*[signature]*
LORETTA A. PRESKA
Senior United States District Judge