**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MATTHEW CHARLES BELANGER,

                      Plaintiff,

    -against-                                21 **CIVIL** 1644 (LAP)

                                                    **JUDGMENT**

NEW YORK UNIVERSITY AND SHANGHAI
NEW YORK UNIVERSITY,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 31, 2025, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                    **TAMMI M HELLWIG**
                                                      _____
                                                         **Clerk of Court**

                        **BY:**                    K. Mango

                                                     _____
                                                         **Deputy Clerk**