# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 29, 2025

Matthew Charles Belanger

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:21 CV 01644   ( LAP  )( JLC  )

-against-

**NOTICE OF APPEAL**

New York University

Shanghai New York University

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Matthew Charles Belanger

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the  ☒ judgment  ☐ order  entered on: 03/31/2025

(date that judgment or order was entered on docket)

that:

(If the appeal is from an order, provide a brief description above of the decision in the order.)

04/29/2025
Dated

/s/Matthew Charles Belanger
Signature*

Belanger, Matthew, C
Name (Last, First, MI)

447 Broadway, 2nd Floor #345    New York    NY    10013
Address                          City         State  Zip Code

917-742-0123                     matt@fatbits.com
Telephone Number                 E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13